UNITED STATES DISTRICT COURT                                            MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 1/10/2011           CASE NUMBER:   11-00035M-001

USA vs.  Jared Lee Loughner

U.S. MAGISTRATE JUDGE:  LAWRENCE O. ANDERSON   #: 70BI

A.U.S. Attorney   Wallace H. Kleindienst/Beverly Anderson           INTERPRETER
                                                                                                                     LANGUAGE

Attorney for Defendant Judy Clarke, Mark Fleming, and Federal Defenders of San Diego, Inc.  (Appointed)/ Jon Sands (FPD)

DEFENDANT:  ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  1/8/2011              ☒  Initial Appearance                    ☒  Appointment of counsel hearing held
☐  Financial Afdvt taken   ☐  Defendant Sworn                       ☒  Financial Afdvt sealed
☐  Rule 5(c)(3)            ☐  Defendant states true name to be ___. Further proceedings  ORDERED
                              in Defendant's true name.

| **DETENTION HEARING:**<br>☐ Held  ☐ Con't  ☒ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☒ Defendant continued detained pending trial<br>　　☐ Flight risk  ☒ Danger | **IDENTITY HEARING:**<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
|---|---|
| **PRELIMINARY HEARING:**<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:   1/24/11 at 1:30 PM<br>Before:    MAGISTRATE JUDGE ANDERSON<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: _____<br>☐ Held  ☐ Con't  ☐ Reset<br>Set for:<br>Before: |

Other: Oral motion by the Federal Public Defender Jon Sands to have Judy Clarke, Mark Fleming, and Federal Defenders of San Diego, Inc. of California  appointed to represent this defendant. No objection. Motion **GRANTED**.  Oral motion by defense counsel to seal the Financial Affidavit.  No objection.  Motion **GRANTED.**  Judy Clarke and Mark Fleming are directed to file an application to appear *pro hac vice* on or before Friday, January 14, 2011. Counsel shall comply with the District Court's Local Rules. Later: If defense counsel desire that every District of Arizona district judge and magistrate judge recuse from handling any aspect of this case, they shall promptly file a motion in that regard and it will be addressed by Chief Judge Roslyn Silver.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Recorded by Courtsmart
　　　　　　　　　　　　　　　　　　　　　　　　　　　BY:   Sherise M. Hargrove
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

IA 32 mins