IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | 11-0035M |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Jared Lee Loughner, | |
| Defendant. | |

Upon motion of the Federal Public Defender, and good cause shown therefore,

IT IS HEREBY ORDERED granting the Motion and appointing Judy Clarke and Mark Fleming as counsel of record to represent the defendant.

IT IS FURTHER ORDERED appointing the Federal Defenders of San Diego, Inc. as third counsel on this case.

DATED this 10th day of January 2011.

Lawrence O. Anderson
United States Magistrate Judge