# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  11-0035-M |
| Jared Lee Loughner | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Jared Lee Loughner,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   X Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1) Did attempt to kill Gabrielle Giffords, a member of Congress, in violation of Title 18, U.S.C. §351(c)
2) Did unlawfully kill Gabriel Zimmerman, an employee of the United States who was engaged in performance of official duties, in violation of Title 18 U.S.C. §1114 and 1111
3) Did lawfully kill John M. Roll, a United States District Court Judge for the District of Arizona, an employee of the United States was engaged in performance of official duties, in violation of Title 18 U.S.C. §1114 and 1111
4) did, with intent to kill, attempt to kill Pamela Simon, an employee of the United States who was engaged in performance of official duties, in violation of Title 18 U.S.C. 1114 and 1113; and
5) did, with intent to kill, attempt to kill Ron Barber, an employee of the United States who was engaged in performance of official duties, in violation of Title 18, U.S.C. §1114 and 1113

Date: Jan 9, 2011

*Issuing officer's signature*

City and state:   Phoenix, Arizona

Michelle H. Burns, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 1/10/11, and the person was arrested on (date) 1/10/11
at (city and state) Tucson, Arizona.

Date: 1/10/11

*Arresting officer's signature*

AO 442 (Rev. 01/09) Arrest Warrant

JAMES T. McLAUGHLIN, SPECIAL AGENT
*Printed name and title*

JAMES T. McLAUGHLIN, SPECIAL AGENT