DENNIS K. BURKE
United States Attorney
District of Arizona
MARY SUE FELDMEIER
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: mary.sue.feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> v. <br> Jared Lee Loughner, <br> Defendant. | 11-00035M-MHB <br><br> **NOTICE OF APPEARANCE** <br> **OF GOVERNMENT COUNSEL** |

Now comes the United States of America, by and through its attorneys undersigned, and gives notice that MARY SUE FELDMEIER files her appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted this 11th day of January, 2011.

    DENNIS K. BURKE
    United States Attorney
    District of Arizona

    *s/Mary Sue Feldmeier*

    MARY SUE FELDMEIER
    Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 11th day of January, 2011, to:

Judy C Clarke, Esq.
Mark Francis Fleming, Esq.