|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | 11-35M |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jared Lee Loughner, | ) | |
| Defendant. | ) | |

On January 8, 2011, in Tucson, Arizona, events occurred resulting in the death of United States District Judge John M. Roll. On the same day, Magistrate Judge Glenda Edmonds was contacted by the United States Attorney's Office regarding the initiation of federal criminal matters. Immediately upon this contact, Magistrate Judge Edmonds recused. Shortly thereafter, Deputy Chief Judge Raner Collins, after consultation with Chief Judge Roslyn O. Silver, issued an order recusing all District and Magistrate Judges in the Tucson Division of the District of Arizona.

Because of the Tucson Division's recusal, on January 9, 2011, Magistrate Judge Michelle Burns in the Phoenix Division of the District of Arizona was assigned to review for possible filing a federal criminal complaint charging Defendant with various federal crimes. According to the five-count criminal complaint, Defendant allegedly committed crimes in Tucson, Arizona, on January 8, 2011, including the unlawful killing of United States District

1 Judge John M. Roll.  The complaint was filed and on January 10, 2011, Defendant made his
2 initial appearance before assigned Phoenix Magistrate Judge Lawrence O. Anderson.

3 Based upon the circumstances occurring on January 8, 2011 in Tucson and the
4 initiation of proceedings in conjunction with them, the impartiality of the District and
5 Magistrate Judges in the District of Arizona might reasonably be questioned.  It is therefore
6 determined, pursuant to 28 U.S.C. § 455(a), all District and Magistrate Judges in the District
7 of Arizona must be disqualified from presiding in this case and all related matters.

8 Accordingly,

9 **IT IS ORDERED** all District and Magistrate Judges in the District of Arizona are
10 recused from hearing case number 11-35M and all related matters.

11 **IT IS FURTHER ORDERED** this matter will be referred to Alex Kozinski, Chief
12 Judge of the United States Ninth Circuit Court of Appeals, for the assignment of a judge
13 other than from the District of Arizona to sit by designation and hear case number 11-35M
14 and all related matters.

15 DATED this 12th day of January, 2011.

_____
Roslyn O. Silver
United States District Judge

- 2 -