# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Trying a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Larry A. Burns**, United States District Judge for the Southern District of California to perform the duties of United States District Judge temporarily for the District of Arizona for the specific case *United States of America v. Jared Lee Loughner*, Case No. 2:11-00035 and all related matters.

Dated: January 12, 2011

Alex Kozinski
Chief Judge

cc:   Hon. Larry A. Burns
      Hon. Irma E. Gonzalez, Chief Judge, Southern District of California
      Hon. Roslyn Silver, Chief Judge, District of Arizona
      Sam Hamrick, Clerk, Southern District of California
      Richard Weare, Clerk, District of Arizona