DENNIS K. BURKE
United States Attorney
District of Arizona
Christina M. Cabanillas
Assistant U.S. Attorney
State Bar No. 014304
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Email: christina.cabanillas@usdoj.gov
Telephone (520) 620-7300
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | 11-00035M-MHB |
| v. | **NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL** |
| Jared Lee Loughner, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and gives notice that CHRISTINA M. CABANILLAS files her appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted this 12th day of January, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/ Christina M. Cabanillas*

Christina M. Cabanillas
Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means this 12th day of January, 2011, to:

Judy C. Clark, Esq.
Mark Francis Fleming, Esq.