FILED ____ LODGED
RECEIVED ____ COPY
JAN 1 3 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Untied States of America

    Plaintiff(s)/Petitioner(s),

vs.

Jared Lee Loughner

    Defendant(s)/Respondent(s)

CASE NO: 11-0035 m

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

### NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, Judy C. Clarke, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Jared Lee Loughner.

**City and State of Principal Residence:** San Diego, California
**Firm Name:** Clarke & Rice, APC
**Address:** 1010 2nd Avenue    **Suite:** 1800
**City:** San Diego, California    **State:** CA    **Zip:** 92101
**Firm/Business Phone:** (619) 308-8484
**Firm Fax Phone:** (619) 243-7386    **E-mail Address:** judyclarke@jcsrlaw.net

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State Bar of Calfornia | 12/21/1977 | ☑ Yes ☐ No* |
| United States District Court, Southern District of California | " | ☑ Yes ☐ No* |
| United States Supreme Court | 1981 | ☑ Yes ☐ No* |
| Ninth Circuit Court of Appeals | 1978 | ✓ |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1-9-11
**Date**
**Signature of Applicant**
**Fee Receipt #** AX0105268

(Rev. 06/10)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA       } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Judy C Clarke was duly admitted to practice in said Court on December 21, 1977, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA            W. SAMUEL HAMRICK, JR.
                                                                           Clerk

on January 11, 2011                 By _____,
                                                                   E. Silvas, Deputy Clerk