# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

    Plaintiff(s)/Petitioner(s),

vs.

JARED LEE LOUGHNER,

    Defendant(s)/Respondent(s)

CASE NO: 11-00035M-001

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

FILED ___ RECEIVED ___
JAN 1 3 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, **REUBEN CAMPER CAHN**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **JARED LEE LOUGHNER**.

City and State of Principal Residence: SAN DIEGO, CA
Firm Name: FEDERAL DEFENDERS OF SAN DIEGO, INC.
Address: 225 BROADWAY    Suite: 900
City: SAN DIEGO    State: CA    Zip: 92101
Firm/Business Phone: (619) 234-8467
Firm Fax Phone: (619) 687-2666    E-mail Address: Reuben_Cahn@fd.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| S.D. California | 02/01/2008 | ☑ Yes   ☐ No* |
| S.D. Florida | 02/01/1992 | ☑ Yes   ☐ No* |
| District of Columbia | 09/15/2009 | ☑ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

Date: 1/12/11    Signature of Applicant: [signed]

Fee Receipt # PHX 105 437

(Rev. 06/10)

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. **# 874299**

I, **STEVEN M. LARIMORE**,   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that *Reuben Camper Cahn* was duly admitted to practice

in said Court on **November 18, 1992**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this January 11, 2011.

**STEVEN M. LARIMORE**
Court Administrator • Clerk of Court

By _____
Deputy Clerk