1 REUBEN CAMPER CAHN
California Bar No. 255158
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Reuben_Cahn@fd.org
5

6 Attorneys for Defendant Jared Lee Loughner

7

8                            UNITED STATES DISTRICT COURT

9                            FOR THE DISTRICT OF ARIZONA

10 | UNITED STATES OF AM ERICA,          ) Case No. 11mj0035-LAB
   |                                     )
11 |         Plaintiff,                  )
   |                                     )
12 | v.                                  ) **NOTICE OF APPEARANCE**
   |                                     )
13 | JARED LEE LOUGHNER,                 )
   |                                     )
14 |         Defendant.                  )
   |                                     )
15 |                                     )

16         Pursuant to implementation of the CM/ECF procedures in the District of Arizona, Reuben Camper

17 Cahn and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the above-

18 captioned case.

19                                       Respectfully submitted,

20

21 Dated: January 14, 2011              /s/ *Reuben Camper Cahn*
                                        **REUBEN CAMPER CAHN**
22                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Jared Lee Loughner
23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Wallace Heath Kleindienst, US Attorney's Office
Email: wallace.kleindienst@usdoj.gov

Beverly K Anderson, US Attorney's Office
Email: bev.anderson@usdoj.gov

Christina Marie Cabanillas, US Attorney's Office
Email:  christina.cabanillas@usdoj.gov

Mary Sue Feldmeier, US Attorney's Office
Email: mary.sue.feldmeier@usdoj.gov

Judy C. Clarke, Lead Attorney
Email:  judyclarke@jcsrlaw.net

Mark F. Fleming, Co-counsel
Email:  mfflaw@cox.net

Respectfully submitted,

DATED:  January 14, 2011          /s/ Reuben Camper Cahn
                                  REUBEN CAMPER CAHN
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Jared Lee Loughner