JUDY C. CLARKE
California Bar No. 76071
CLARKE & RICE, APC
1010 2nd Avenue, Suite 1800
San Diego, California  92101
Telephone:  (619) 308-8484
Facsimile: (619) 243-7386
Email:  Judyclarke@jcsrlaw.net

Attorneys for Defendant Jared Lee Loughner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AM ERICA, | ) Case No.  11mj0035-LAB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| JARED LEE LOUGHNER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
|_____| ) |

Pursuant to implementation of the CM/ECF procedures in the District of Arizona, Judy C. Clarke

files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,


Dated:  January 14, 2011          _/s/  Judy C. Clarke_____
                                  **JUDY C. CLARKE**
                                  Attorneys for Jared Lee Loughner

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Wallace Heath Kleindienst, US Attorney's Office
Email: wallace.kleindienst@usdoj.gov

Beverly K Anderson, US Attorney's Office
Email: bev.anderson@usdoj.gov

Christina Marie Cabanillas, US Attorney's Office
Email:  christina.cabanillas@usdoj.gov

Mary Sue Feldmeier, US Attorney's Office
Email: mary.sue.feldmeier@usdoj.gov

Reuben Camper Cahn
Email:  Reuben_Cahn@fd.org

Mark F. Fleming, Co-counsel
Email:  mfflaw@cox.net

Respectfully submitted,


DATED:  January 14, 2011          */s/ Judy C. Clarke*____
                                  JUDY C. CLARKE
                                  Email:  judyclarke@jcsrlaw.net

                                  Attorneys for Jared Lee Loughner