# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>JARED LEE LOUGHNER,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 11MJ0035-LAB<br><br>**ORDER MOVING PROCEEDINGS TO COURTROOM 200** |

　　　The hearing scheduled in this matter January 24, 2011, at 1:30 p.m., in Courtroom 302, shall instead be heard at that time in Special Proceedings Courtroom 200 of the Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona.

　　**IT IS SO ORDERED**.

DATED: January 18, 2011

　　　　　　　　　　　　　　　　　　　*Larry A. Burns*

　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　United States District Judge