

**EX PARTE / UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 11mj0035-LAB |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JARED LEE LOUGHNER, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the attached Motion, Order Allowing Access to Defendant, and this Order be filed under seal, due to the sensitive nature of the documents.

**SO ORDERED.**

DATED: 1-14-11

HON. LARRY A. BURNS
~~Sitting by Designation,~~ District Court Judge

11mj0035-LAB