1 **REUBEN CAMPER CAHN**
California Bar No. 255158
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4

5 Attorneys for Mr. Jared Lee Loughner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | Case No. 11mj0035-LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR PRODUCTION** |
| | ) | **OF RECORDS MAINTAINED** |
| JARED LEE LOUGHNER, | ) | **BY THE BUREAU OF PRISONS** |
| | ) | |
| Defendant. | ) | |

The defendant, JARED LEE LOUGHNER, by and through counsel, Reuben Camper Cahn, and Federal Defenders of San Diego, Inc. hereby requests that the Court order the Bureau of Prisons to provide copies of Mr. Loughner's records to defense counsel of record. Counsel at FCI Phoenix advised defense counsel that the Bureau would provide the records upon service of a subpoena or a court order. Immediate production of these records is critical to the defense of Mr. Loughner.

It is also requested that the Court seal this Motion and the Order thereon.

Respectfully submitted,

DATED: 1-14-11              /s/ Reuben Camper Cahn
                            REUBEN CAMPER CAHN
                            Attorney for Jared Lee Loughner

11mj0035-LAB