**UNDER SEAL**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 11mj0035-LAB |
| Plaintiff, | ) | |
| v. | ) | **EX PARTE / SEALED ORDER FOR PRODUCTION OF RECORDS** |
| **JARED LEE LOUGHNER,** | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that:

The Bureau of Prisons provide a copy of all records relating to Jared Lee Loughner to counsel of record, Judy Clarke. These records shall include but not be limited to: all medical, intake and psychological records maintained by the Bureau of Prisons on Mr. Loughner. This order shall be filed under seal. LAB-

**SO ORDERED.**

Dated: 1-14-11

_____
HON. LARRY A. BURNS
~~Sitting by Designation~~, District Court Judge

11mj0035-LAB