DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

FILED

2011 JAN 19 A 5:36

RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA

BY_____
   DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Jared Lee Loughner,

Defendant.

CR11-0187 TUC LAB

INDICTMENT

Violations:   **VICTIM CASE**

18 U.S.C. § 351(c)
18 U.S.C. § 1114
18 U.S.C. § 1113

(Attempted Assassination of a Member of Congress; Attempted Murder of A Federal Employee)

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, with the intent to kill, attempted to kill Gabrielle D. Giffords, a member of Congress.

In violation of Title 18, United States Code, Section 351(c).

**COUNT TWO**

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, with the intent to kill, attempted to kill Ronald S. Barber, an employee of the United States, while Ronald S. Barber was engaged in and on account of the performance of his official duties, and while he was assisting Gabrielle D. Giffords, an officer and employee of the United States, to wit: a member of Congress, who was engaged in or on account of the performance of her official duties.

In violation of Title 18, United States Code, Sections 1114 and 1113.

**COUNT THREE**

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, with the intent to kill, attempted to kill Pamela K. Simon, an employee of the United States, while Pamela K. Simon was engaged in and on account of the performance of her official duties, and while she was assisting Gabrielle D. Giffords, an officer and employee of the United States, to wit: a member of Congress, who was engaged in or on account of the performance of her official duties.

In violation of Title 18, United States Code, Sections 1114 and 1113.



A T[REDACTED]

DENNIS K. BURKE
United States Attorney
District of Arizona

*signature*
WALLACE H. KLEINDIENST
Assistant United States Attorney

JAN 1 9 2011

REDACTED FOR
PUBLIC DISCLOSURE

*United States v. Jared Lee Loughner*
*Indictment Page 2 of 2*