EX PARTE / UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR11-0187TUC LAB |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SEAL** |
| JARED LEE LOUGHNER, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the attached Motion and Amended Order for Production of Records, and this Order be filed under seal, due to the sensitive nature of the documents.

**SO ORDERED.**

DATED: 1-20-11

**HON. LARRY ALAN BURNS**
United States District Judge