1  **REUBEN CAMPER CAHN**
   California Bar No. 255158
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4

5  Attorneys for Mr. Jared Lee Loughner

6

7

8                    **UNDER SEAL**

9            UNITED STATES DISTRICT COURT

10            FOR THE DISTRICT OF ARIZONA

11              **(HONORABLE LARRY A. BURNS)**

12

13 | UNITED STATES OF AMERICA,  )   Case No. CR11-0187TUC LAB
                               )
14 |         Plaintiff,         )
                                )
15 | v.                         )   **MOTION TO AMEND PRIOR**
                                )   **ORDER FOR PRODUCTION**
                                )   **OF RECORDS MAINTAINED**
16 | JARED LEE LOUGHNER,        )   **BY THE BUREAU OF PRISONS**
                                )
17 |         Defendant.         )
                                )
18

19

20      The defendant, JARED LEE LOUGHNER, by and through counsel, Reuben Camper Cahn, and

21 Federal Defenders of San Diego, Inc., hereby requests that the Court modify its prior ORDER that the

22 Bureau of Prisons provide copies of Mr. Loughner's records to defense counsel of record.  Counsel at

23 FCI Phoenix have suggested modification of the prior order to clarify BOP's responsibilities

24 thereunder.  Specifically, BOP counsel have suggested that the order set out how regularly records are

25 to be produced and specify that certain materials are included within the general term "records."

26 Immediate and continued regular production of these records is critical to the defense of Mr. Loughner.

27

28 //

                                                                           CR11-0187TUC LAB

1  It is also requested that the Court seal this Motion and the Order thereon.

2  Respectfully submitted,

3

4  DATED:  1-20-11        /s/ Reuben Camper Cahn
   REUBEN CAMPER CAHN
5  Attorney for Jared Lee Loughner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR11-0187TUC LAB