**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**JARED LEE LOUGHNER**,<br><br>　　　　　　Defendant. | CASE NO. CR11-0187 TUC LAB<br><br>**EX PARTE/SEALED AMENDED ORDER FOR PRODUCTION OF RECORDS** |

**IT IS HEREBY ORDERED** that:

The Bureau of Prisons (B.O.P.) provide a copy of all records (B.O.P.) relating to Jared Lee Loughner to counsel of record, Judy Clarke. These records shall include but not be limited to: all medical, intake and psychological records maintained by the Bureau of Prisons on Mr. Loughner, as well as any audio or video recordings of Mr. Loughner, and all mail sent to or by Mr. Loughner. Such records shall be produced on a weekly basis.

**SO ORDERED.**

Dated: 1-20-11

　　　　　　　　　　　　　　　　　　　_Larry A. Burns_
　　　　　　　　　　　　　　　　　　　HON. LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　　　United States District Judge