# FEDERAL DEFENDERS OF SAN DIEGO, INC.

The Federal Community Defender Organization for the Southern District of California
www.fdsdi.com

**Received in Chambers**
JAN 20 2011
Hon. Larry Alan Burns

January 20, 2011

Dear Judge Burns:

I have been in contact with Doug Curless, FCI Phoenix to confirm the language of the order. He finds it appropriate and agreeable.

If you have any questions or concerns please call me.

Sincerely,

REUBEN CAMPER CAHN

SEALED by Order of
District Judge Larry Alan Burns
Date 1-20-11

US District Judge

☐ San Diego Office
225 Broadway
Suite 900
San Diego
California
92101-5030
(619) 234-8467
FAX (619) 687-2666

☐ El Centro Office
1122 State Street
Suite E
El Centro
California
92243
(760) 335-3510
FAX (760) 335-3610