**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

DATE: 1/24/2011         CASE NUMBER:   CR-11-00187-001-TUC-LAB

USA vs.  Jared Lee Loughner

U.S. DISTRICT JUDGE:  LARRY A. BURNS  #: 7422

A.U.S. Attorney  Wallace Heath Kleindienst, Beverly K. Anderson, Christina M. Cabanillas, and Mary Sue Feldmeier

Attorney for Defendant  Judy C. Clarke (CJA), Reuben Camper Cahn (AFPD), Mark Francis Fleming (CJA)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA___          ☐ Initial Appearance        ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☐ Defendant Sworn  ☐ Financial Afdvt sealed

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset

Set for:
Before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal

☐ Defendant ordered released _____

☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**ARRAIGNMENT HEARING:**
☒ Held  ☐ Con't  ☐ Reset

Set for:
Before:

Plea of NOT guilty entered to Counts all pending.

Date of Motion Deadline: TO BE SET AT A LATER DATE

Defendant bound over to U.S.D.C. for trial on:
TO BE SET AT A LATER DATE

**STATUS HEARING AND DATE SETTING :**  Set for March 9, 2011 at 1:30 p.m. before Larry A. Burns in the Robert C. Broomfield Special Proceedings Courtroom, Courtroom 200

---

Other: Defense counsel has no concern with the Defendant's ability to assist defense counsel at this time.  The Government does not have any concerns regarding the same at this time.  The Government informs the Court there is the possibility of a Superseding Indictment.  The Government estimates this to be done in approximately thirty days.  The parties inform the Court that discovery is ongoing.  The Court takes under advisement the Government's Motion to Hold Future Court Proceedings in Tucson (Doc. 45).

Time in Court: 9 min.                              Court Reporter: Merilyn Sanchez
                                                   BY:  Christine Boucher
                                                   Deputy Clerk