**U N D E R   S E A L**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**(HONORABLE LARRY ALAN BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR11-0187TUC LAB |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SEAL** |
| JARED LEE LOUGHNER, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the attached Emergency Motion to Quash Subpoenas Exceeding the Grand Jury's Authority; Emergency Motion for Temporary Stay of Grand Jury Proceedings, and this Order be filed <u>under seal</u>.

**SO ORDERED.**

DATED: _____    _____
                                            **HONORABLE LARRY ALAN BURNS**
                                            District Court Judge