UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **USA** <br> PLAINTIFF(S) <br><br> v. <br><br> **Jared Lee Loughner** <br> DEFENDANT(S) | CASE NO.  **4:11cr187-LAB** <br><br> NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

  Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion to Seal #49* filed by *Judy Clarke*:

  ☒ Incorrect PDF document attached.

**ACTION REQUIRED BY THE FILER**

☒   The deficiency must be corrected within one (1) business day of this notice.
☒ Re-file corrected document.