# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JARED LEE LOUGHNER,<br><br>　　　　　　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER ON MOTION TO FILE DOCUMENTS UNDER SEAL AND TO STAY GRAND JURY PROCEEDINGS**<br><br><u>UNDER SEAL</u> |

The defendant has filed an Emergency Motion to Quash Subpoenas Exceeding the Grand Jury's Authority; a motion to Temporarily Stay Grand Jury Proceedings, and a request to file the motions and proposed order under seal. The motion to file under seal is **GRANTED;** however, the other motions are **DENIED WITHOUT PREJUDICE**.

Counsel for the defendant shall forthwith serve a copy of the motions and proposed order on the government, and shall file proof of service with this Court. The U.S. Attorney shall forthwith file a response to the motions.

The parties shall await further order of this Court as to whether there is a need for oral argument on the motions. The subpoenas at issue shall be not be enforced pending the Court's ruling on the motions.

The defendant's alternative motion to stay the grand jury proceedings in this case is **DENIED.**

This order shall be filed <u>under seal</u>, with a copy served on all counsel.

**IT IS SO ORDERED.**

DATED: January 27, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge