**REUBEN CAMPER CAHN**
California Bar No. 255158
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467

Attorneys for Mr. Jared Lee Loughner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>             Plaintiff,                             )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>JARED LEE LOUGHNER,                 )<br>                                                            )<br>             Defendant.                          )<br>                                                            ) | Case No. CR 11-0187-TUC LAB<br><br><br>**MOTION FOR ORDER<br>TO SEAL DOCUMENTS** |

The defendant, JARED LEE LOUGHNER, by and through counsel, Judy Clarke, Mark Fleming, Reuben Camper Cahn, and Federal Defenders of San Diego, Inc. hereby moves this Court for an order to file the Emergency Motion to Quash and Orders thereon <u>UNDER SEAL</u>.

Respectfully submitted,

DATED:  January 26, 2011                       /s/ Reuben Camper Cahn
                                                                    JUDY CLARKE
                                                                    MARK FLEMING
                                                                    REUBEN CAMPER CAHN

                                                                    Attorneys for Jared Lee Loughner

Copy to:
Wallace Kleindienst, AUSA

CR 11-0187-TUC LAB