DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindientst@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | **STIPULATION** |
| v. | |
| Jared Lee Loughner, | |
| Defendant. | (Pursuant to: LR Civ. 77.1) |

Now comes the United States of America, by and through its attorneys undersigned, and the Defendant Jared Lee Loughner, by and through his attorneys undersigned, and state that the parties have conferred, an in accordance with LR Civ. 77.1(c), agree that the proceedings in the above-captioned matter shall be held in the Tucson Division, without waiving the right of either party to raise motions or objections to venue in the future.

Respectfully submitted this 25th day of January, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

_/s/ Wallace H. Kleindienst_                    _/s/ Judy Clarke_
WALLACE H. KLEINDIENST                          JUDY CLARKE, Esq.
Assistant U.S. Attorneys                        Attorney for Jared Lee Loughner