ORDERED SEALED BY COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11cr0187 TUC LAB |
| Plaintiff, | **ORDER SCHEDULING HEARING** |
| vs. | |
| JARED LEE LOUGHNER, | |
| Defendant. | |

The Court will hold a hearing in this case on Friday, February 4 at 1:30 p.m. PST to resolve three issues: (1) whether counsel should be appointed for certain grand jury witnesses; (2) whether the ex parte order issued on January 20, 2011, directing the Bureau of Prisons (BOP) to produce certain records to the defense, should be modified as recommended by BOP senior counsel in his letter to the Court dated February 1, 2011; and (3) whether certain grand jury subpoenas should be quashed because they seek information beyond the scope of the grand jury's authority. Because the subject matter of the hearing relates to an ongoing grand jury investigation and to a sealed ex parte order the Court previously issued, and with the consent of all parties, the hearing shall be closed to the public. See F.R.Crim.P. 6. The defendant shall not be present at the hearing as counsel for the defendant has agreed to waive the defendant's presence.

Counsel may appear in person or by telephone. Counsel appearing telephonically shall check in with court clerk, Ms. Tisha Weisbeck, at (619) 557-2901 at least ten minutes before the hearing to confirm their appearances.

**IT IS SO ORDERED**.

DATED: ___2/2/2011___

HONORABLE LARRY ALAN BURNS
United States District Judge

- 1 -                                                                11cr0187-TUC LAB