# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>JARED LEE LOUGHNER,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER** |

The Court has received the government's motion to remove to federal court a motion filed by Phoenix Newspapers, Inc. (PNI) to unseal a search warrant in this case. The removal motion is under consideration, but PNI may file an opposition, if it chooses, by no later than Monday, February 7 at 5:00 p.m. PST. The opposition should indicate whether oral argument on the question of removal is necessary. If PNI does not intend to oppose the removal motion, it shall file a statement of non-opposition immediately. If the Court grants the removal motion, a further hearing on the merits of PNI's motion to unseal will be scheduled in due course.

**IT IS SO ORDERED**.

DATED: 2/2/2011

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -　　　　　　　　　　　11cr0187-TUC LAB