UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR11-0187-TUC-LAB |
|---|---|
| Plaintiff, | **ORDER TO SEAL** |
| v. | |
| Jared Lee Loughner, | |
| Defendant. | |

*DENIED*
*NO GOOD CAUSE SHOWN*
*LAB 2-4-11*

The United States has moved to seal Doc. #67, certain documents related to the motion by a third party to unseal a search warrant, and good cause appearing,

IT IS ORDERED sealing the United States' Notice of Removal, any Order on that Motion, the Motion to Seal and this Order.

Dated:

LARRY ALAN BURNS
United States District Court