UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>v.<br><br>Jared Lee Loughner,<br><br>        Defendant. | CR11-0187-TUC-LAB<br><br>**ORDER TO SEAL**<br><br>*DENIED*<br>*NO GOOD*<br>*CAUSE SHOWN*<br>*LAB 2-4-11* |

    The United States has moved to seal Doc. #67, certain documents related to the motion by a third party to unseal a search warrant, and good cause appearing,

    IT IS ORDERED sealing the United States' Notice of Removal, any Order on that Motion, the Motion to Seal and this Order.

Dated:

                                                               LARRY ALAN BURNS<br>                                                               United States District Court