# SEALED
## Minutes of the United States District Court
### District of Arizona

**Friday February 4, 2011**

| Hon. LARRY A. BURNS | Deputy Clerk: L. FUCHIGAMI | Reporter: Melinda Setterman |
|---|---|---|

Time: 18 mins

11cr0187-LAB

USA v
  JARED LEE LOUGHNER    N/A            Judy Clarke, Mark Fleming, FD
                                       Heather Williams, FD (Telephonic)

                                       Wallace Kleindinst, AUSA (Telephonic)
                                       Mary Feldmeyer, Anderson, AUSA (Telephonic)

(Sealed Transcripts may be prepared and release upon request by the U.S. Attorney or Defense counsel who were present)
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

All parties agree this is a closed proceeding:

  Defense counsel orally waives defendants presence during these proceedings.

  Motion to appoint counsel for Loughner's parents- Denied