STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite. 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile:  (602) 257-5299

David J. Bodney (06065)
dbodney@steptoe.com
Peter S. Kozinets (019856)
pkozinets@steptoe.com

Attorneys for Phoenix Newspapers, Inc.
and KPNX Broadcasting Co.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR11-0187-TUC-LAB |
| Plaintiff, | ) | **NOTICE OF ERRATA** |
| vs. | ) | |
| JARED LEE LOUGHNER, | ) | |
| Defendant. | ) | |

Please take notice that the following filings submitted by Phoenix Newspapers, Inc. ("PNI") and KPNX Broadcasting Co. ("KPNX") (collectively, "Intervenors") were filed with the Arizona state court caption relating to the search warrant issue in the above-referenced matter:

ECF No. 77   Notice of Non-Opposition of Phoenix Newspapers, Inc. and KPNX Broadcasting Co. to the United States' Notice of Removal; and

ECF No. 78   Reply in Support of Application for Leave to Intervene for the Limited Purpose of Seeking to Vacate the Court's Order Sealing Search Warrant Records.

Both filings should bear the following federal case name and number: *United States of America v. Jared Lee Loughner*, CR11-0187-TUC-LAB.  Corrected versions of these filings will be filed forthwith.

1 | RESPECTFULLY SUBMITTED this 7th day of January 2011.

2 | STEPTOE & JOHNSON LLP

4 | /s/ Peter S. Kozinets
David J. Bodney
Peter S. Kozinets
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004

Attorneys for Phoenix Newspapers, Inc. and KPNX Broadcasting Co

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

>Wallace H. Kleindienst
>Wallace.Kleindienst@usdoj.gov
>Beverly K. Anderson
>Bev.Anderson@usdoj.gov
>Christina M. Cabanillas
>Christina.Cabanillas@usdoj.gov
>Mary Sue Feldmeier
>Mary.Sue.Feldmeier@usdoj.gov
>Attorneys for Plaintiff

>Judy C. Clarke
>judyclarke@jcsrlaw.net
>Reuben Camper Cahn
>Reuben_Cahn@fd.org
>Mark Francis Fleming
>mfflaw@cox.net
>Attorneys for Defendant

I hereby certify that on February 7, 2011, I caused the attached document to be mailed to the following:

>The Honorable Larry Alan Burns
>United States District Court
>Southern District of California
>940 Front Street, Suite 2190
>San Diego, CA 92101

>/s/ Monica Medlin
>Legal Secretary