| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts  TRANSCRIPT ORDER  Read Instructions on Back. | FOR COURT USE ONLY  DUE DATE: FEB 03 2011  FILED RECEIVED LODGED COPY  CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY |
|---|---|---|

| 1. NAME  Mayumi Maruyama | 2. PHONE NUMBER  (310) 367-8908 | 3. DATE  2/1/2011 |
|---|---|---|
| 4. FIRM NAME  NHK Japan Broadcasting Corporation | | |
| 5. MAILING ADDRESS  1620 26th Street, 1050N | 6. CITY  Santa Monica | 7. STATE  CA  8. ZIP CODE  90404 |
| 9. CASE NUMBER  4:11-cr-00187-LAB | 10. JUDGE  Larry Alan Burns | DATES OF PROCEEDINGS  11. 1/24/2011   12. |
| 13. CASE NAME  US vs Jared Lee Loughner | | LOCATION OF PROCEEDINGS  14. Phoenix   15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)   1/24/11 Arraignment

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☐ | ☐ | | E-MAIL ☑ | |
| DAILY | ☐ | ☑ | 1 | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
maruyama@nhkla.com

19. SIGNATURE
Mayumi Maruyama    /s/ Mayumi Maruyama

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE  2/1/2011

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY   PHONE NUMBER | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY