# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NO. 11cr0187 TUC LAB |
|---|---|
| Plaintiff, | **ORDER ON MOTION TO COMPEL** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

The Government has filed a Motion to Compel Handwriting Exemplars from the Defendant. If Defendant opposes the motion, he may file a response and opposition by no later than **February 18, 2011.** The motion will be heard and decided at the status conference on March 9, 2011, at 1:30 p.m., in the United States District Court for the District of Arizona, Tucson Division.

**IT IS SO ORDERED.**

DATED this 9th day of February, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge