```
 1  DENNIS K. BURKE
    United States Attorney
 2  District of Arizona
    WALLACE H. KLEINDIENST
 3  BEVERLY K. ANDERSON
    CHRISTINA M. CABANILLAS
 4  MARY SUE FELDMEIER
    Assistant U.S. Attorneys
 5  United States Courthouse
    405 W. Congress St., Suite 4800
 6  Tucson, Arizona 85701
    Telephone: (520) 620-7300
 7  Wallace.Kleindienst@usdoj.gov
    Bev.Anderson@usdoj.gov
 8  Christina.Cabanillas@usdoj.gov
    Mary.Sue.Feldmeier@usdoj.gov
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>      Plaintiff,<br>  v.<br><br>Jared Lee Loughner,<br><br>      Defendant. | CR 11-0187-TUC-LAB<br><br>**NOTICE OF LODGED SEALED DOCUMENTS PER COURT ORDER DOC.#85** |
|---|---|

Now comes the United States of America, by and through its attorneys undersigned, and pursuant to the Court's Order filed February 9, 2011, hereby gives notice of the lodging of the following sealed documents:

Exhibit A: Loughner Telephonic Search Warrant Transcript - Jan. 8, 2011

Exhibit B: Loughner Search Warrant, Affidavit, Return - Jan. 8, 2011

Exhibit C: Loughner Search Warrant, Affidavit, Attachments, Return - Jan. 12, 2011

Respectfully submitted this 10th day of February, 2011.

                DENNIS K. BURKE
                United States Attorney
                District of Arizona

                *s/Mary Sue Feldmeier*

                MARY SUE FELDMEIER
                Assistant U.S. Attorney

1 | Copy of the foregoing served electronically
2 | or by other means this 10th day of February, 2011, to:
3 | Judy Clarke, Esq.
    Reuben Camper Cahn, Esq.
    Mark Fleming, Esq.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28