|   |   |   |
|---|---|---|
| 1 |   | **TAPED TELEPHONIC SEARCH WARRANT** |
| 2 |   | **CASE #110108078** |

3  LEGEND:        Q. DET. HOGAN        A. JUDGE BROWNING
4  ─────────────────────────────────────────────────────────

5   A.   Thank you.

6   Q.   Okay, and I'm recording. Um, uh, Judge Brown, this is Detective Hogan of the Sheriff's
7        Department's. Will you swear me in, please?
8   A.   Yes, do you swear the information you are about to provide is the truth, the whole truth
9        and nothing but the truth, so help you God?

10  Q.   I do, Your Honor. Um, this is Deputy Hogan, Badge 1233, of The Pima County Sheriff's
11       Department. I am calling you on January 8, 2011, with Detective Parenteau, Badge 1007,
12       standing by as a witness. The time now is approximately, uh, 1535 hours.

13       Uh, I am calling for a Telephonic Search Warrant and have just, probable and reasonable
14       cause to believe that there is now:

15       I've checked, uh:
16       On the person of Jared Lee Loughner, L-O-U-G-H-N-E-R, birth date 09-10 of '88.

17       I've checked:
18       On the premises known as 7741 North Soledad Avenue, a, um, a one story home made of
19       beige block and tan, with, uh, brown trim and the numbers 7741 on the mailbox out front.
20       Uh, to include any outbuildings on the curtilage.

21       And I've also checked:
22       In the vehicles described as a green in color Chevy, license plate, Golf, Papa, November,
23       621, uh, last, uh, with a VIN number of 113279, Whiskey, 402651,

24       Uh, or any other vehicles located within the curtilage of the Soledad Avenue address or
25       within the garage.

26       Um, uh, the following property to-wit: Any firearms, firearm parts, holsters, gun cases,
27       ammunition, spent casings, gun cleaning kits, or firearm related paperwork or periodicals.
28       Can, can you still hear my, Your Honor?
29  A.   Yes.

30  Q.   Okay. Any cellular telephones or associated media and storage to include complete
31       forensic analysis and viewing of contents. Uh, any computers, hard drives, thumb drives,
32       disks, memory cards or computer associated storage and media to include forensic
33       analysis and viewing of contents. Uh, any notes, journals, ledgers, CD's, mu-, or movies.
34       Any writings or correspondence that would indicate participation, motive or preplanning
35       for this crime. Uh, any books, periodicals, uniforms, photographs or other paraphernalia
36       associated with extremism or anti-government movements. Uh, indicia of occupancy or

1   ownership to include, but not limited to, bills, mail, photographs, writings, personal items
2   with names on them. Uh, complete set of physical characteristics on Jared Lee Loughner,
3   L-O-U-G-H-N-E-R, 9-10 of '88, birth date, to include buccal cell swabs for DNA, major
4   case fingerprinting, photographing of subject. Uh, complete forensic processing of Jared
5   Lee Loughner, to include, but not limited to, collection of all clothing he is wearing,
6   processing for trace evidence such as swabbing of hands and person. And photographing
7   of person and future forensic analysis of all evidence obtained, uh, from his person or
8   other evidence, uh, gathered in this case

9   Uh, together with other fruits, instrumentalities and evidence of the crimes of: Violation
10  of Arizona Homicide Laws.

11  As set for in this Affidavit, I, Deputy Hogan, Badge 1233, your Affiant, am a Peace
12  Officer in the State of Arizona. I have been employed with the Pima County Sheriff's
13  Department since August 1998 and have the following training and experience.

14  I attended the Southern Arizona Law Enforcement Training Center Basic Academy, The
15  Pima County Sheriff's Department Advanced Academy, The Pima County Sheriff's
16  Department Detective Training Course. I have attended numerous, uh, trainings within
17  the Department, uh, which we attend on, uh, annual basis several times a year from
18  various, uh, areas including crime scene processing, interview and interrogation, uh, and
19  current, uh, investigative procedures. Uh, I've also been to training outside of the
20  Department to include in, crime scene, uh, analysis and processing, interview and
21  interrogation. I've been, uh, with the Sheriff's Department since '98. I worked for, on
22  street pa-, patrol for approximately three years on the South Side District, uh, making
23  arrests of vary, investigating all types of crimes, uh, up to and including homicides. I
24  then became a Detective with the Sheriff's Department, where I worked with the
25  Domestic Violence Unit. I then went to the Robbery/Assault Unit where I worked, uh,
26  any kind of robbery, home invasion, bank robbery, store robbery or shooting. I then went
27  to the Homicide Unit. Uh, I spent five years with the Homicide Unit, uh, investigating,
28  uh, over 100 to 125 homicides of various types, uh, where we in, uh, I have processed
29  multiple crime scenes, uh, conducted interviews and gathered and analysed evidence. I
30  was then a member of the Fugitive Investigative Strike Team locating fugitives for
31  approximately a year and half and currently am back with the Homicide Unit.

32  I have obtained Search Warrants on numerous occasions in the past, including, uh,
33  regards to evidence requested, uh, to search for in this case. And, uh, this evidence has
34  been, uh, used throughout the prosecution phase, uh, in various investigations.

35  I am investigating the crimes of Violation of Arizona Homicide Laws, which I believe to
36  have been committed on or about the 8th day of January, 2011 in Pima County, based
37  upon the following reasons:

38  Q.  Uh, can you still hear me okay, Your Honor?
39  A.  Yeah, I've got you, fine.

SEARCH WARRANT OF JARED LEE LOUGHNER, 7741 NORTH SOLEDAD AVENUE
AND ALL VEHICLES — CASE #110108078                                                    3

| | | |
|---|---|---|
| 1 | Q. | Okay. On today's date, Saturday, January 8, 2011 at approximately 10:11 a.m., The Pima County Sheriff's Department began to received multiple 911 calls about a shooting situation at the Safeway Shopping Plaza at 7170 North Oracle Road, the southeast corner of Ina and Oracle. Uh, many of these calls indicated an active shooting situation and Patrol Deputy response was initiated. |

Un, Deputies arrived at, a extremely short time after the call was dispatched. Uh, when Deputies arrived in front of the Safeway, they encountered numerous victims in the case and found several civilians on top of and containing a male subject, later identified by Arizona driver's license, as Jared Lee Loughner, L-O-U-G-H-N-E-R, uh, 09-10 of 1988, target listed in this warrant.

Deputies approached and were able to detain Mr. Loughner at the scene. Uh, multiple witnesses at the scene indicated Mr. Loughner had been armed with a handgun, uh, approach the Safeway and began shooting at people in front of the Safeway. A handgun was located by Deputies next to Mr. Loughner on the ground. And these witnesses also indicated, uh, Mr. Loughner had been armed with this specific gun when they tackled and disarmed him, holding him down until Deputies arrived.

Uh, in Mr. Loughner's left front pocket, Deputies located two handgun magazines with rounds in them. And he was found to be wearing ear plugs at the time he was detained. I believe, uh, these, this is indication of preplanning and further indication, uh, that, uh, other evidence will be located.

At the scene in front of the Safeway, multiple people were found to have been wounded. A triage of the injured had, was begun and several were transported to local hospitals. Uh, at the scene, five victims were pronounced deceased in front of the Safeway. Multiple spent cartridge casings were located in front of the Safeway and this scene is being processed. Other victims were transferred to hospitals and the outcome on their status is still pending.

In Mr. Loughner's back pocket was located his Arizona driver's license. This license lists an address of 7741 North Soledad Avenue. Um, and this is the target address listed in, uh, this Warrant, Your Honor. Um, various computer checks have been done on Mr. Loughner and the address. He has listed this address as his home address on past contacts with the police.

Deputies responded today to the Soledad address after the shooting and contacted Mr. Loughner's parents inside the home. They confirmed to Deputies that he does, indeed, live at that address at this time. He has a bedroom there and also has complete access to the home and yard and garage where there is a, uh, vehicle inside the garage. Uh, they also told Deputies the following facts:

Uh, the morning of the shooting, earlier this morning, Mr. Loughner left the home in his green Chevy Nova listed in this Warrant. He came back some time later and the parents saw him removing a black bag or black backpack from the trunk of his Nova. He went

SEARCH WARRANT OF JARED LEE LOUGHNER, 7741 NORTH SOLEDAD AVENUE
AND ALL VEHICLES  – CASE #110108078                                              4

1  inside the home and the parents tried to talk to Mr. Loughner in the home. He would not
2  talk to them. And he eventually took off running from the home north and then east. Uh,
3  the Safeway is east from Mr. Loughner's home. The pa-, uh, the description of him and
4  what he was wearing matches, uh, what he is wearing at the time he was detained at the
5  Safeway.

6  The parents state Mr. Loughner is known to maintain journals and writings inside the
7  home and these items should be in the house. Uh, he is also known to have a shotgun
8  that, at this time, is locked in the trunk of the car inside the garage. Specifically, I have
9  listed any other vehicles in the garage or curtilage, as we cannot obtain a plate or vehicle
10 at the time, uh, in the garage on this car. Uh, he is also known to use a cellular telephone
11 to communicate. Uh, he also has a computer in the home and, uh, which is currently
12 located in the kitchen and specifically, a video he recently made, may be on the
13 computer, per the parents. They described this as a video he made about the First
14 Amendment that, uh, caused him to be dismissed from Pima Community College. Uh, all
15 this may be evidence of preplanning, uh, of this incident.

16 Uh, computer checks on Mr. Loughner have determined the following: Uh, he has a past
17 contact with The Pima County Sheriff's Department where he was spray painting, uh,
18 extremist, ty-, extremist type symbols on a wall. He has had, also, had numerous recent
19 contacts with Pima Community College Police and Pima Community College officials.
20 These contacts indicate extreme behavior to the point that he was dismissed from the
21 Pima Community College over the video he made about the First Amendment.

22 Um, a check over the Internet, after the shooting, by running Mr. Loughner's name, also
23 located a MySpace account in the name of Jared Loughner. This MySpace, uh, had anti-
24 government postings and specifically, earlier this morning, has a recent posting saying
25 goodbye. Uh, regarding cellular telephones and their analysis requested, based on my
26 training and experience, cellular telephones and their contents can contain evidence and
27 can be used to further an investigation. I have obtained and analysed cellular telephones
28 in the past and have located text messages, photographs and videos detailing crimes, uh,
29 their commission or their planning. This includes texts talking about crimes and
30 photograph taking in preparation for, uh, committing a crime.

31 In this case, there's a pattern of preplanning, uh, as I have indicated by the actions of Mr.
32 Loughner as well as other, uh, items. And the cell phone, cellular telephone, uh, use
33 would indicate evidence may be located on any phones we do find, uh, regarding
34 computers and associated items. Based on my training and experience, computers and
35 computer related storage and media can be, contain evidence and be used to further an
36 investigation.

37 I have seized and have analyzed computers in the past and evidence such as emails,
38 photographs and videos related to planning and commission of crimes has been located.
39 Also, specific to this incident, information already located on public areas of the Interset
40 (ph), Internet such as MySpace, indicates Mr. Loughner uses computers and any

SEARCH WARRANT OF JARED LEE LOUGHNER, 7741 NORTH SOLEDAD AVENUE
AND ALL VEHICLES – CASE #110108078                                            5

1  computers located may contain evidence of this crime and it's planning. This is, uh,
2  supported by the statements of his parents and their observations of him in the home.

3  Also, I and the other Deputies and Agents involved, have had training and experience
4  dealing with extremist groups and extremist individuals. These individuals and groups
5  are known to educate themselves and communicate through the Internet. They are also
6  known to publish periodicals and often times create writings about their views and plans.
7  Uh, Mrs, Mr. Loughner's recent contacts and Police, with Police and school officials
8  indicate a pattern consistent with this type of extremism. Uh, the, uh, the also, the
9  statements of Mr. Loughner's parents, uh, regarding writings indicate, uh, there may be,
10 uh, such items in the home.

11 Regarding physical characteristics and forensic processing of Mr. Loughner, uh, multiple
12 witnesses have identified Mr. Loughner as the shooter in this situation. And scene
13 analysis and witness statements indicate he was close to the victims at the time of, he was
14 shooting. He was also eventually tackled and held down by victims in this case, one of
15 which, uh, at this time, we believe to have been wounded.

16 All this would indicate evidence may be located on his person or clothing. Evidence such
17 as the weapon and casings have also been located at the scene. These items may reveal
18 forensic evidence such as fingerprints and DNA. Obtaining physical characteristics from
19 Mr. Loughner will allow comparison to these items. Uh, as of the time of this Search
20 Warrant, Mr., uh, Loughner has not made a statement to the police.

21 Q. Um, can you still hear me okay, Your Honor?
22 A. I've got you.

23 Q. Okay. Um, uh. Let's see. Based upon the preceding facts, I, Deputy Hogan, request that
24    a Telephone Search Warrant be issued. I also request that you consider this Affidavit and
25    incorporate it into the Warrant itself.

26 Q. Uh, this concludes my Affidavit, Your Honor.
27 A. All right. I will authorize the Warrant.

28 Q. Okay. I will now read, verbatim, to you the Standard Arizona Duplicate Original Search
29    Warrant, State of Arizona. Is it okay if I just indicate which spaces I have checked?
30 A. Yeah. I was gonna tell you, you can indicate only the ones you've checked. And you
31    can, um, incorporate the Affidavit by reference. You don't need to re-read that.

32 Q. Okay. Thank you, Your Honor. Um.

33 **STANDARD ARIZONA DUPLICATE ORIGINAL SEARCH WARRANT**
34 **STATE OF ARIZONA, COUNTY OF PIMA, STATE OF ARIZONA**

35 To any peace officer in the State of Arizona:

HOM\SEARCH WARRANT\HOGAN\19957-27693\159

SEARCH WARRANT OF JARED LEE LOUGHNER, 7741 NORTH SOLEDAD AVENUE
AND ALL VEHICLES – CASE #110108078                                        6

1  Uh, proof of Affidavit having been made this date before me by Detective Chris Hogan,
2  PCSD, #1233, I am satisfied that there is probable cause to believe that:

3  __X__ On the persons of Jared Lee Loughner, 9-10 of '88.

4  __X__ On the premises known as 7741 North Soledad Avenue, one story home made
5         of beige block with brown trim. The numbers 7741 on the mailbox out front.
6         To include any outbuildings on curtilage.

7  __X__ In the vehicles described as a green in color Chevy, license plate, Golf, Papa,
8         November, 621. The VIN is 113279, Whiskey, 402651,

9  __X__ Or any other vehicles in the garage or curtilage

10     In the County of Pima, State of Arizona, there is now being processed or concealed
11     certain property or things described as:  and I'm gonna read the list, Your Honor.  Okay?
12  A. That's fine.

13  Q. Okay.
14  A. Go ahead.

15  Any firearms, firearm parts, holsters, gun cases, ammunition, spent casings, gun cleaning
16  kits, or firearm related paperwork or periodicals. Any cellular telephones or associated
17  meda-, media and storage, to include complete forensic analysis and viewing of contents.
18  Any computers, hard drives, thumb drives, disks, memory cards or computer associated
19  storage and media, to include forensic analysis and viewing of contents. Any notes,
20  journals, ledgers, CD's, movies, writings or correspondence that would indicate
21  participation, motive or preplanning for this crime. Uh, any books, uh, periodicals,
22  uniforms, photographs or other paraphernalia associated with extremism or anti-
23  government movements. Indicia of occupancy or ownership, to include, but not limited
24  to, bills, mail, photographs, writings, personal items with names on them. Complete set
25  of physical characteristics on Jared Lee Loughner, 9-10 of '88, to include buccal cell
26  swabs for DNA, major case fingerprints, photographing of subject. Complete forensic
27  processing of Jared Lee Loughner, 9-10 of '88, to include, but not limited to, collection
28  of all clothing he is wearing, processing for trace evidence such as swabbing of hands and
29  person, photographing of person and future forensic analysis of all evidence obtained.

30  **STANDARD ARIZONA DUPLICATE ORIGINAL SEARCH WARRANT**
31  **STATE OF ARIZONA**

32  Which property or things:

33  I've checked:
34  __X__ Were used as a means for committing a public offense.

35  __X__ Is being possessed with the intent to use it as a means of committing a public
36         offense.

HOM\SEARCH WARRANT\HOGAN\19957-27693\159

SEARCH WARRANT OF JARED LEE LOUGHNER, 7741 NORTH SOLEDAD AVENUE
AND ALL VEHICLES – CASE #110108078                                                7

1    I've checked:
2    __X__   Consists of any item or constitutes any evidence which tends to show that
3            a public offense has been committed, or tends to show that a particular person
4            committed the public offense.

5    I've checked:
6    __X__   In the daytime, excluding the time period between 10:00 p.m. and 6:30 a.m.

7    And I've checked:
8    __X__   And if you find the same or any part thereof, to retain such in your custody or in
9            the custody, uh, of the agency you represent, as provided by, uh, A.R.S. Section,
10           uh, 13-3920.

11   Return this Warrant to me within three (3) court business days after execution as directed
12   by A.R.S. Section 13-3918.

13   Given under my hand and dated this 8th day of January, 2010.

14   Q.   Um, how would you like me to sign your name, Your Honor?
15   A.   Christopher Browning.

16   Q.   Okay. And I'm gonna put Judge, uh, Pima County Superior Court. The time now is
17        approximately, um, 1550 hours. Uh, 1550 hours. And the date is Jan-, 1-8 of 2011. I'll
18        sign and have Detective sign. Can you hold on one second, Your Honor?
19   A.   Yeah. Did you say, you said January 8th, right?

20   Q.   Yeah.
21   A.   Oh, I thought you said January 1.

22   Q.   Yeah, today is January 8, 2011.
23   A.   Correct.

24   Q.   I signed. I dated it. And the time is 1550 hours.
25   A.   And you have the witness signing as well.

26   Q.   I am signing right now. And I'm having the witness, uh, sign right now. And can you
27        hold on one second while I turn off the tape recorder and check everything?
28   A.   Yeah.

29   Q.   Okay.
30   A.   Okay. Yes.

31   AFFIANT:                                              WITNESS:

32   __NOT REVIEWED_____                              _____
33   DET. HOGAN                    #1233                   DET. PARENTEAU             #1007

HOM\SEARCH WARRANT\HOGAN\19957-27693\159

SEARCH WARRANT OF JARED LEE LOUGHNER, 7741 NORTH SOLEDAD AVENUE
AND ALL VEHICLES  – CASE #110108078                                                                 8

1  TRANSCRIBED BY:
2  ROSEMARY SANFORD, JANUARY 10, 2011