FILED
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT

11 JAN 11 AM 10 02

D. WANDELL, DEPUTY

ARIZONA SUPERIOR COURT, PIMA COUNTY

JUDGE: HON. CHRISTOPHER BROWNING    CASE NO.    11 SW 0026

DATE:    January 11, 2011

IN RE THE MATTER OF:

10 SW 0026

# ORDER

**IN CHAMBERS:**

No parties are present.

**IT IS ORDERED** that the Warrant, Affidavit and Return be sealed until further order of the Court.

_____
HON. CHRISTOPHER BROWNING

cc:    Clerk of Court - Criminal Desk

Rhonda Lowery
Judicial Administrative Assistant

ORIGINAL

IN THE SUPERIOR COURT
COUNTY OF PIMA, STATE OF ARIZONA



FILED
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT
11 JAN 11 AM 10:02
D. WANDELL, DEPUTY

State of Arizona

vs.

Jared Lee Loughner

Affidavit For Search Warrant Number  11 SW 0026

The undersigned, being first duly sworn and says that for the reasons set forth herein, he believes that:

On the person(s) of:

    Jared Lee Loughner  09/10/1988

On the premises or building(s) known as:

    7741 N. Soledad Ave.  A one story home made of beige block with brown trim. The numbers 7741 on the mailbox out front. To include any out building on curtilage.

In the vehicle(s) described as:

    A green in color Chevy, with AZ license plate, GPN-621 with V.I.N. # 113279W402651 currently on N. Soledad, or any other vehicles in the garage of the N. Soledad address or on curtilage.

That there is property, things or person(s) which:

____ Property which was stolen or embezzled

_X_ Property used as a means of committing a public offense

_X_ Property or things in the possession of a person having the intent to use them as a means of committing a public offense

____ Property or things in the possession of _____ which was delivered to him by _____ for the purpose of concealing it or preventing it from being discovered

X  Property or thing which constitutes any item of evidence which tends to show that a public offense has been committed or tends to show that a particular person committed the public

offense.

11 SW 0026

\_\_\_\_ Property to be searched and inspected by an appropriate official, to wit \_\_\_\_
in the interest of the public health, safety, or welfare as part of an inspection
program authorized by law

_____, who is the subject of an outstanding arrest warrant

That property, person(s), or thing is described as:

Any firearms, firearm parts, holsters, gun cases, ammunition, spent casings, gun cleaning kits, or firearm related paperwork or periodicals.

Any cellular telephones or associated media and storage to include complete forensic analysis and viewing of contents.

Any computers, hard drives, thumb drives, discs, memory cards, or computer associated storage and media to include forensic analysis and viewing of contents.

Any notes ledgers, journals, writings, or correspondence that would indicate motive, participation or planning of this crime
Any books, periodicals, uniforms, photographs or other paraphernalia associated with extremism or anti government movements.

Indicia of occupancy or ownership to include but not limited to bills, mail, photographs, writings, cameras, or video cameras. Any personal items with names on them that may indicate occupancy or ownership.

Complete set of physical characteristics on Jared Lee Loughner 09/10/88 to include buccal cell swabs for D.N.A., major case fingerprinting, and photographing of subject.

Complete forensic processing of Jared Lee Loughner 09/10/88 to include but not limited to collection of all clothing he was or is wearing, processing for trace evidence such as swabbing of hands and person and detailed photographing of person.

Future forensic analysis and processing of all evidence gathered

Any other fruits and instrumentalities of the crimes of violation of Arizona or Federal Homicide Laws.

I Detective Hogan your affiant am a certified Peace Officer in the State of Arizona and have the following training and experience. I have been with the Sheriff's department since 1998. I attended the Southern Arizona Law Enforcement basic academy, the Pima County Sheriff's Department Advanced basic academy, and the Pima County Sheriff's Detective training course. I attend training through the department numerous times a year on subjects such as crime scene processing, interview and interrogation, and legal updates. I have attended training outside of the department in areas such as crime scene processing and interview and interrogation. I worked on street patrol for approximately three years investigating all types of crimes and then became a Detective. As a Detective I have worked with the Domestic Violence Unit, the Robbery Assault Unit and the Fugitive Unit. I have worked a total of approximately five and a half years as a homicide Detective and have

11 SW 0026

investigated over one hundred homicides with duties including processing crime scenes, interviewing witnesses and suspects, and obtaining search warrants. I have experience in searching cellular telephones and computers and the evidence that may be gathered from them. I have obtained search warrants on many occasions in the past and evidence from these warrants has been used throughout the investigative phase and prosecution phase.

Your Co Affiant Special Agent Terwilliger is a certified Peace Officer in Arizona and Federal Special Agent with the Federal Bureau of Investigation (FBI). She has all of the required training for both positions and has been a Special Agent since January 2004. She is currently assigned to the Violent Crimes squad in Tucson, Arizona, primarily working Assault of Federal Officer cases. She had previously worked on a Counterterrorism squad, which investigated domestic terrorism groups. She is also a member of the FBI Evidence Response Team which is responsible for collecting evidence at crime scenes, as well as documentation of the scene.

I believe that based on my experience, training, and investigation that the facts establishing probable cause for the issuance of this search warrant for the foregoing described property, person(s), location, and vehicles are as follows:

On Saturday January 8, 2011 at approximately 1011 am the Pima County Sheriff's Department received multiple 911 calls about a shooting situation at the Safeway shopping plaza at 7170 N Oracle Road, the southwest corner of Ina and Oracle. These calls indicated an active shooting situation and Patrol Deputy response was initiated.

When Deputies arrived at the front of the Safeway they encountered numerous victims and found several civilians on top of and detaining a male subject later identified by Arizona drivers license as Jared Lee Loughner 09/10/1988 target listed in this warrant. Deputies approached and were able to detain Mr. Loughner at the scene. Multiple witnesses at the scene indicated Mr. Loughner had been armed with a handgun and was shooting people in front of the Safeway. A handgun was located by Deputies on the ground next to Mr. Loughner and these witnesses indicated Mr. Loughner had been armed with this gun when they tackled and disarmed him. In Mr. Loughner's left front pocket Deputies located two handgun magazines with rounds in them and he was found to be wearing earplugs at the time he was detained. All of this indicates planning and the possibility of evidence in the locations in this warrant.

At the scene in front of the Safeway multiple people were found to have been wounded. Triage of the injured was begun and several were transported to local hospitals. At the scene five victims were pronounced deceased. Multiple spent cartridge casings were located in front of the Safeway and this scene is being processed.

In Mr. Loughner's back pocket was his Arizona Driver's License. This license lists an address of 7741 N. Soledad Avenue target location in this warrant. This address is on the north side of Tucson as is the Safeway. Various computer checks have been done on Mr. Loughner. He has listed this address as his home address on past contacts with the police. Deputies responded to the Soledad address and contacted Mr. Loughner's parents inside the home. They confirmed to the Deputies that he does live at that address. He has a bedroom there and also has complete access to the home and yard. They also told Deputies the following facts. The morning of the shooting Mr. Loughner left the home in his green

Chevy Nova listed in this warrant. He came back home and was seen removing a black bag or backpack from the trunk of the nova. The parents tried to talk to Mr. Loughner in the home and he took off running from the home North then East. The Safeway is East from Mr. Loughner's home. The parents state Mr. Loughner is known to maintain journals and writings and these items should be in the house. He has a shotgun that is in the trunk of the car inside their garage. He does use a cellular telephone to communicate. He also uses a computer in the home and specifically a video he recently made may be on the computer. This is a video about the the first amendment that he was dismissed from Pima Community College for producing.

Computer checks on Mr. Loughner have determined the following. He has a past contact with the Pima County Sheriff's Department where he was spray painting extremist type symbols on a wall. Mr. Loughner has also had numerous recent involvements with Pima Community College and their Police Department. These contacts indicate extreme behavior to the point that he was dismissed from the College over a video he made about the First Amendment. All of this is consistent with the parents statement.

A check over the internet after the shooting by running Mr. Loughner's name has also located a MySpace account in the name of Jared Loughner. This site has anti government postings on it and a recent post this morning saying goodbye.

Regarding Cellular Telephones and their Analysis
Based on my training and experience cellular telephones and their contents can contain evidence and can be used to further an investigation. I have obtained and analyzed cellular telephones and have located text messages, photographs, and videos detailing crimes. This includes texts talking about crimes and photographs taken in preparing for a crime. In this case there is a pattern of pre-planning as well as cellular telephone use that would indicate evidence may be located on any cellular telephones found.

Regarding Computers and Associated Items
Based on my training and experience computers and computer related storage and media can contain evidence and be used to further an investigation. I have seized and had analyzed computers in the past and evidence such as e-mails, photographs, and videos related to planning and commission of crimes has been located. Also specific to this incident information already located on public areas of the internet such as MySpace indicates Mr. Loughner uses computers and that any computers located may contain evidence of this crime and its planning.

Also I and the other Deputies and Agents involved have had training and experience dealing with extremist groups and extremist individuals. These individuals and groups are known to educate themselves and communicate through the internet. They are also known to publish periodicals and create writings about their views and plans. Mr. Loughner's recent contacts with Police and school officials indicate a pattern consistent with this type of extremism.

Regarding Physical Characteristics and Forensic Processing of Mr. Loughner
Multiple witnesses have identified Mr. Loughner as a shooter in this situation and scene analysis and witness statements indicate he was close to the victims at the time he was

shooting. He was also eventually tackled and held down by victims in the case. All of this would indicate evidence may be located on his person or clothing. Evidence such as the weapon and casings have also been located at the scene. These items may yield forensic evidence such as fingerprints and D.N.A.. Obtaining physical characteristics from Mr. Loughner will allow comparison to these items.

Not applicable or requested

Based on the above facts your affiant requests that a search warrant be issued with respect to the above described person(s), premises, or thing(s).

_____
Detective Christopher Hogan #1233
Pima County Sheriff's Department

_____
Special Agent Michelle Terwilliger
Federal Bureau of Investigation

Sworn before me this 8th day of January, 2011.

_____
Judge of the Superior Court

5

# STANDARD ARIZONA INVENTORY, AFFIDAVIT, AND RETURN OF SEARCH WARRANT

FILED
PATRICIA A. NOLAND
SUPERIOR COURT
11 JAN 11 AM 10:02
D. WANDELL, DEPUTY

I, Detective Hogan #1233 of the Pima County Sheriff's Department, a law enforcement sworn peace officer of the state of Arizona, being first duly sworn upon oath, deposes and says: That on the 8th day of January, 2011 I executed this search warrant,

Warrant Number: **11 SW 0026**

issued by Judge Christopher Browning, of the Pima County Superior Court, and the following property/ evidence was seized:

1) Items on the attached Property Sheets

2) Major Case Print Cards on Jared Lee Loughner

3) Clothing from Jared Lee Loughner to include one fleece hoodie, one knit hat, one pair of pants, one t-shirt, one pair of sneakers, drivers license, Safeway receipt, credit/gift cards, and $93.01 in U.S. Currency.

4) Photographs Digitally Retained

I further certify that the foregoing inventory is a true and detailed account of all property taken pursuant to A.R.S. 13-3921. A copy of the warrant and receipt for all articles taken was left at 7741 N. Soledad Avenue and a copy was given to Jared Lee Laugner.

Detective Christopher Hogan #1233
Pima County Sheriff's Department

This warrant returned, subscribed, and sworn to before me on this 11th day of January 2011.

_____ Judge of the Pima County Superior Court

FD-597 (Rev 8-11-94)                                                                 Page 2 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 89A-PX-86099

11 SW 0026

On (date) 01/09/2011

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Jared Loughner
(Street Address) 7741 N. Soledad
(City) Tucson

Description of Item(s):

1) Enders Royal Service 12 Guage Double Barrel Shotgun Serial number 899918 - Item # 18 Location A (Garage)

2) Harrington + Richardson 12 Guage Shotgun Serial number HX217155 Topper Model 098 Item 18 Location A (Garage)

No Additional Items

01/09/2011

Received By: (Signature)    Received From: (Signature)

FD-597 (Rev 8-11-94)  Page 2 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 89B-PX-86099 / MLT  (A)

11 SW 0026

On (date) 01/09/2010 2011 / MLT

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Jared Loughtner (out)

(Street Address) 7741 N. Soledad Ave, Tucson, Arizona

(City) Tucson, Arizona

Description of Item(s): Room L   MLT

Item 2 - Court Documents of Jared Lougher
Item 3 - an anarchist cookbook Recipes for Disaster
Item 4 - Photo negatives
Item 5 - One (1) casing and six (6) live rounds of ammunition
Item 6 - Four (4) spent casings
Item 7 - United States History books
Item 8 - One (1) Notebook w/ writing
Item 9 - Drawings of weapons
Item 10 - Chase visa credit card - Jared L Loughner
Item 11 - Four (4) pieces of optical media
Item 12 - Chase account paperwork
Item 13 - book Mind Control - The Ancient Art of Psychological Warfare
Item 14 - Journal
Item 15 - Letter found in Jared Lougher's Room
Item 16 - (22) pieces of optical media and one piece of paper w/ typed writing
Item 17 - Black CD Holder w/ seven (7) pieces of optical media
Item 18 - MLT
Item 22 - Black CD Holder w/ thirty four (34) pieces of optical media
MLT

Received By: (Signature)     Received From: (Signature)

FD-597 (Rev 8-11-94)                                                Page 3 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 89A-PX-86099

11 SW 0026

On (date) 1/9/11

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Jared Loughner
(Street Address) 7741 N Soledad
(City) Tucson

Description of Item(s):

Item 19 Location A (Garage) - 16 rounds steel shot X-pert Winchester 12 Guage Ammunition, 3 rounds Federal steel shot 12 Guage Ammunition, 2 rounds Kent 12 Guage Ammunition

No Additional Items

01/09/2011

Received By: _____(Signature)    Received From: _____(Signature)

FD-597 (Rev 8-11-94)

Page 4 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 89A-PX-86099

11 SW 0026

On (date) 01/08/2011

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Jared Loughner
(Street Address) 7741 N. Soledad
(City) Tucson

Description of Item(s):

Item 20 Location A (Garage) - 2 pictures, song lyrics

No Additional Items

01/08/2011

Received By: _____ (Signature)   Received From: _____ (Signature)

FD-597 (Rev 8-11-94)                                        Page 5 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 89A-PX-86099

11 SW 0026

On (date) 1/9/11

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Jared ot Loughner
(Street Address) 7741 N. Soledad
(City) Tucson, AZ
Found by: Leroy Hoiland    Room: L

Description of Item(s): (21)(Contents of Safe) Letter from Gabrielle Giffords, Congress of the United States, to "Jared Loughney"; Regal R15LC Locking instructions for firearm w/ handwritten notes; Manila envelope containing two shell casings ("9mm Luger") – outside of envelope has handwritten notes "12/06/2010", "priceless" "These are the first 2 shells out of my gun!" "I planned ahead! My Assassination Love – Jared – Giffords" "DT"; "Shrooms" magnet; red gun lock and keys (2); handwritten note; black plastic rod; handwritten note "What is Government if words don't have a meaning?#" "by: Jared Loughner"; Eddie Bauer magnet; small orange and black pin/stake (23) PNY Optima SD HC 4GB CARD - 0936WF4457B

Received By: _____(Signature)     Received From: _____(Signature)

FD-597 (Rev 8-11-94)    Page 6 of 10

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 89A-PX-86099

11 SW 0026

On (date) 1/9/11

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Jared Lee Loughner
(Street Address) 7741 N. Soledad
(City) Tucson, AZ

Found by: Desiree Tolhurst   Room: F

Description of Item(s): (#24) Three (3) notebooks containing computer printouts and handwritten notes (#) , handwritten notes, photographs and negatives, sketch pad containing sketches, notepad containing notes. (25) Phone cards (2) for Net10, handwritten notes, Amendment/ printout, Constitution printout, applications for employment. (26) CD "Behemoth Evangelion" and (2) Red Floppy disks (or) White plastic box containing: 8-CDRs, CDs (commercial), CD cases — eight (8)

last item

Received By: (Signature)    Received From: _____ (Signature)

FD-597 (Rev 8-11-94) Page 7 of 10

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 89A-PX-86099

11 SW 0026

On (date) 01/09/2011

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Jared Loughner
(Street Address) 7741 N. Soledad
(City) Tucson

Description of Item(s):

27  1 roll of film located in Rm. N
28  1 roll of film located in Rm Q
29  3 rolls of film located in Rm Q
30  9 VHS tapes located in Rm Q
31  8 music CD's located in Rm Q
32  Piece of paper with various phone numbers/names Q
33  1 generic computer located in Rm N
34  4 page document titled "False Reality" - Rm N
35  1 JVC Everio video camera Rm N serial GZ-MS120BU
36  1 red notebook containing poems in Rm N
37  1 Nikon CoolPix S600 ser. 30455051 w/Blk case Rm N
38  1 Brown Purse containing threatning notes directed at police Rm N
39  Newspaper dated 3/21/08 with article about Giffords Rm N
40  CHASE BANK STATEMENTS FOR JARED LOUGHNER

Received By: (Signature)
Received From: (Signature)

FD-597 (Rev 8-11-94)  Page 8 of 10

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 79A-PX-86099

11 SW 0026

On (date) 1/9/11

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) Jared Loughner
(Street Address) 7741 N. Soledad
(City) Tucson, AZ
Found by: Leroy Hoiland    Room: F
Description of Item(s): (41) HP RT3090, Computer S/N: 4CE0210FJ
model number: p6510f

last item

Received By: _____ (Signature)   Received From: _____ (Signature)

FD-597 (Rev 8-11-94)                                                             Page 9 of 10

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 89A-PX-86099

11 SW 0026

On (date) 01/09/2011

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Jared Loughner
(Street Address) 7741 N. Soledad Tucson AZ
(City) Tucson

Description of Item(s) (42) Uniden telephone and answering machine BF4095827B

last item

Received By: _____(Signature)      Received From: _____ (Signature)

FD-597 (Rev 8-11-94)                                                       Page _10_ of _10_

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __89A-PX-86099__

11 SW 0026

On (date) __1/9/11__

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) __Jared Loughner__
(Street Address) __7741 N. Soledad__
(City) __Tucson, AZ__
__Room G__

Description of Item(s): __#43 - Pima County College. Complaint form and approximate "11" page essay.__

Nothing follows

Received By: ___(Signature)___   Received From: ___(Signature)___


11 SW 0026

# Pima County Sheriff's Department
## 1750 E. Benson Highway – Tucson, AZ 85714
### Evidence Control Form

Case #: 11-CV-08-076
☑ Felony   ☐ Civil
☐ Misdemeanor
UCR Code: 0101
Form #: 1 of 1

**EVIDENCE TECHNICIAN USE ONLY**
Evidence Locator(s):
Received By:
Time:    Date:
# Envelopes
# Paper Bags
# Boxes
# Other (specify)

**Please Print Entire Form Clearly**

| Location Data | Location/Address Found or Received: 1750 E Benson Hwy | Received by Deputy (Name & Badge): Preuss 1075 | Time: 2000 | Date: 1-8-11 |
|---|---|---|---|---|
| Placed into evidence by (Name & Badge): | Time: | Date: | District: | Locker #: |

| Citizen Finder | Citizen's Name: | Citizen's Address: | Telephone: |
|---|---|---|---|

Case Deputy / Badge #: HOGAN
District/CID Unit: CID/Homs
Business Phone: 1034

| Owner | Last Name/Business: LOUGHNER | First Name: JARED | M.I.: L | D.O.B.: 9/10/88 | Home Phone: | Business Phone: |
|---|---|---|---|---|---|---|
| | Street Address: | | | City: | State: | Zip: |

| ☐ Suspect ☑ Arrestee | Last Name: LOUGHNER | First Name: JARED | M.I.: L | ☑ Adult ☐ Juvenile | Date of Birth: 9/10/88 |
|---|---|---|---|---|---|
| ☐ Suspect ☐ Arrestee | Last Name: | First Name: | M.I.: | ☐ Adult ☐ Juvenile | Date of Birth: |

Special Instructions – Provide Item # for Each Instruction: (e.g., KEEP FROZEN, BIO-HAZARD, FLAMMABLE, etc.)

*Use a separate Evidence Control Form for each item "type" or each owner.*

Type (check one only):   ☑ Evidence   ☐ Found Property   ☐ Safekeeping

| Item | Qty | Serial Number | Description |
|---|---|---|---|
| 1 | | | SWABS – RIGHT CHEEK |
| 2 | | | SWABS – LEFT CHEEK |
| 3 | | | SWABS – LEFT HAND FINGERS |
| 4 | | | SWABS – LEFT HAND – BACK |
| 5 | | | SWABS – LEFT HAND PALM |
| 6 | | | SWABS – RIGHT HAND BACK |
| 7 | | | SWABS – RIGHT HAND PALM |
| 8 | | | SWABS – RIGHT HAND FINGERS |

Distribution:   White – Evidence   Blue – Records   Pink – CID/Deputy   Goldenrod – Citizen Receipt