# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                         Plaintiff,<br>  vs.<br><br>Jared Lee Loughner,<br><br>                         Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER RE: EMERGENCY MOTION TO BAR RELEASE OF PHOTOGRAPHIC IMAGES** |

    The Defendant has filed an emergency motion to bar release to the public of his "mug shots" – photos taken of him by jailers at or around the time he was booked into custody.

    The Government shall file an opposition or, alternatively, a statement of non-opposition to the motion, no later than February 14, 2011.  The Court will hear and decide this motion at the hearing scheduled for February 18, 2011, at 1:30 p.m., in Courtroom 9 of the United States District Court for the Southern District of California.  Counsel for the Defendant shall notify the Court no later than February 14, 2011 whether they will waive the Defendant's presence for this hearing.

    Pending the determination of this motion by the Court, public release of any photographic images of the Defendant by federal law enforcement shall be stayed.

    **IT IS SO ORDERED.**

DATED this 10th day of February, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge