UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br>Jared Lee Loughner,<br><br>    Defendant. | CR 11-0187-TUC-LAB<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

    This matter coming before the Court on the United States of America's motion to dismiss Counts 2 and 3 of the Complaint without prejudice,

    IT IS HEREBY ORDERED that Counts 2 and 3 of the Complaint are dismissed without prejudice to the government to later refile these charges.

Dated this 11th day of February, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge