Judy Clarke
Clarke and Rice, APC
1010 2nd Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

Mark Fleming
Law Office of Mark Fleming
1350 Columbia Street, #600
San Diego, CA 92101
(619) 794-0220

Reuben Camper Cahn
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 234-8467

Attorneys for Defendant Jared Lee Loughner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR00187-LAB |
| Plaintiff, | Date: February 18, 2011<br>Time: 1:30 p.m. |
| v. | |
| JARED LEE LOUGHNER, | WAIVER OF DEFENDANT'S PRESENCE AT HEARINGS ON FEBRUARY 18, 2011 RE: MOTION TO UNSEAL SEARCH WARRANTS, and EMERGENCY MOTION TO BAR RELEASE OF PHOTOGRAPHIC IMAGES |
| Defendant. | |

By way of Orders dated February 9, 2011 (DE 85) and February 11, 2011 (DE 88), the Court directed counsel for the Defendant to notify the Court no later than February 14, 2011 whether they will waive the Defendant's presence for hearings on February 18, 2011. These hearings will address (1) a motion filed by two media outlets to unseal search warrant materials and (2) the defendant's emergency motion to bar public release of a "mug shot" photograph taken

1  by the U.S. Marshal's Service.  Defense counsel hereby waive the Defendant's presence at these
2  hearings.  *See* Fed. R. Crim. P. 43(b)(3).

3  DATED: February 14, 2011            Respectfully submitted,

4                                       */s/ Judy Clarke*

5                                      _____
                                       Judy Clarke
6                                      Clarke & Rice APC

7                                      Mark Fleming
                                       Law Office of Mark Fleming
8
                                       Reuben Camper Cahn
9                                      Federal Defenders of San Diego, Inc.

10                                     Attorneys for Defendant Jared Lee Loughner

26  Copy of the foregoing served electronically to:

27  Wallace H. Kleindienst, Beverly K. Anderson
    Christina M. Cabanillas, Mary Sue Feldmeier
28