DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
(520) 620-7300
Wallace.Kleindienst@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br>     v.<br><br>Jared Lee Loughner,<br><br>             Defendant. | CR11-0187-TUC-LAB<br><br>**GOVERNMENT'S NOTICE OF FILING OF PROPOSED REDACTIONS UNDER SEAL** |

Now comes the United States of America, through counsel undersigned and files this notice of filing of proposed redactions under seal, at the direction of the Court. To the extent the Court declines to accept the defendant's and government's joint proposal to defer consideration of the motion to unseal the search warrants until the filing of dispositive motions, the government proposes redactions to the search warrant packet as indicated by grey shading on the search warrant copies lodged under seal on this date. These redactions encompass all information that has not been released to the public by the government as of today's date.

Respectfully submitted this 14th day of February, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 14th day of February, 2011.

Judy C. Clarke
Mark Francis Fleming
Reuben Camper Cahn
Counsel for the Defendant Jared Lee Loughner

David C. Bodney
Peter S. Kozinets
Counsel for Phoenix Newspapers, Inc.