1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**U N D E R   S E A L**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. CR11-0187TUC LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| Jared Lee Loughner, | ) | [Doc. 101 and 102] |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that Doc. Nos. 101 and 102, and this order be filed under seal.

**SO ORDERED.**

DATED: February 16, 2011

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge