MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
FEBRUARY 18, 2011

<u>Case</u>:  USA VS. JARED LEE LOUGHNER  Case No:  4:11CR187-TUC LAB

<u>HON. Larry A. Burns</u>  <u>Clerk: T. Weisbeck    Court Reporter: Eva Oemick</u>

<u>Plaintiff(s)</u>:  Mary Sue Feldmeier; Beverly Anderson

<u>Defendant(s)</u>: Mark Fleming; Reuben Cahn; Judy Clarke

Attorneys for Phoenix Newspapers, Inc. and KPNX Broadcasting Co. - David Bodney, ESQ.

_____

1 hr. 30 mins.

Motion Hearing:

Application of Phoenix Newspapers, Inc. and KPNX Broadcasting to unseal the order sealing search warrant records - DENIED WITHOUT PREJUDICE.

Motion to bar release of mug shots - Court finds it has no authority to overrule binding 6th Circuit precedent interpreting FOIA. Court denies motion to bar release of photos on 6th Amendment grounds.