# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>Jared Lee Loughner,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER RE: SCHEDULING** |

　　　The United States Attorney has represented that a final indictment in this case will issue on or before March 9, 2011. Relying on that representation, the Court intends to set future proceedings dates in this case, including a trial date, at the hearing on March 9, 2011. The Court anticipates scheduling the trial in this case to commence by no later than September 20, 2011. The parties shall meet and confer, and shall submit a joint statement by no later than March 4, 2011 proposing hearing dates for other pretrial issues.

　　　**IT IS SO ORDERED.**

　　　DATED this 23 day of February, 2011.

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge