1 Judy Clarke
Clarke and Rice, APC
2 1010 2nd Avenue, Suite 1800
San Diego, CA 92101
3 (619) 308-8484

4 Mark Fleming
Law Office of Mark Fleming
5 1350 Columbia Street, #600
San Diego, CA 92101
6 (619) 794-0220

7 Reuben Camper Cahn
Federal Defenders of San Diego, Inc.
8 225 Broadway, Suite 900
San Diego, CA 92101
9 (619) 234-8467

10 Attorneys for Defendant Jared Lee Loughner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | Case No. CR 11-0187-TUC LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| JARED LEE LOUGHNER, | ) | MOTION TO JOIN GOVERNMENT'S MOTION TO RESTRAIN MEDICAL EXAMINER FROM MAKING EXTRAJUDICIAL STATEMENTS |
| Defendant. | ) | |

The defendant, JARED LEE LOUGHNER, by and through counsel, Judy Clarke, Mark Fleming, Reuben Camper Cahn, and Federal Defenders of San Diego, Inc., hereby moves to join in the Government's Motion to Restrain Medical Examiner from Making Extrajudicial Statements.

Respectfully submitted,

DATED: March 2, 2011            /s/ Reuben Camper Cahn
                                JUDY CLARKE
                                MARK FLEMING
                                REUBEN CAMPER CAHN
                                Attorneys for Jared Lee Loughner

Copy served electronically to:
Wallace Kleindienst, Beverly Anderson
Christina Cabanillas, Mary Sue Feldmeier