DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO FILE UNREDACTED SUPERSEDING INDICTMENT UNDER SEAL** |
| Jared Lee Loughner, | |
| Defendant. | **MOTION TO SEAL REDACTED SUPERSEDING INDICTMENT** |

Now comes the United States of America, by and through its attorneys undersigned, and pursuant to Fed. R. Crim. P. 49.1(a)(3), (d), (f) files a redacted copy of the superseding indictment for the public record, because the original document contains the names of juveniles. Pursuant to Fed. R. Crim. P. 49.1(f) the government additionally files the unredacted original superseding indictment under seal.

Furthermore, the government moves to seal the redacted superseding indictment until Friday, March 4, 2011, at 12:00 noon, in order to give the government an opportunity to notify the victims and defense counsel of the superseding indictment. The superseding indictment includes new counts and allegations that expands the number of victims substantially from the initial indictment. The government has not yet contacted these victims regarding their status as victims in this case. For these reasons, the government asks that the superseding indictment remained sealed until 12:00 noon, on March 4, 2011, so that a good

faith effort can be made to contact them. The government further requests that the superseding indictment be unsealed, without further order of court, at 12:00 noon, on March 4, 2011, which will then allow the public to be informed of the indictment.

Respectfully submitted this 3rd day of March, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

WALLACE H. KLEINDIENST
Assistant U.S. Attorney