UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jared Lee Loughner,<br><br>Defendant. | CR 11-0187-TUC-LAB<br><br>**ORDER** |

This matter having come before the Court on the United States of America's motion pursuant to Fed. R. Crim. P. 49.1(a)(3), (d), (f) to file a redacted copy of the superseding indictment for the public record; and to file the unredacted, original superseding indictment under seal; and the government's motion to seal the redacted superseding indictment until Friday, March 4, 2011 at 12:00 noon, good cause having been shown,

IT IS HEREBY ORDERED that the Clerk seal the unredacted, original superseding indictment and retain it as part of the record.

IT IS FURTHER ORDERED that the Clerk accept for public filing a redacted copy of the superseding indictment, and that it shall remain sealed until Friday, March 4, 2011 at 12:00 noon.

Dated this 3rd day of March, 2011.

HONORABLE PETER LEWIS
United States Magistrate Judge