1   DENNIS K. BURKE
    United States Attorney
2   District of Arizona
    WALLACE H. KLEINDIENST
3   BEVERLY K. ANDERSON
    CHRISTINA M. CABANILLAS
    MARY SUE FELDMEIER
4   Assistant U.S. Attorneys
    United States Courthouse
5   405 W. Congress St., Suite 4800
    Tucson, Arizona 85701
6   Telephone: (520) 620-7300
    Wallace.Kleindienst@usdoj.gov
7   Bev.Anderson@usdoj.gov
    Christina.Cabanillas@usdoj.gov
    Mary.Sue.Feldmeier@usdoj.gov
8   Attorneys for Plaintiff

                    FILED      LODGED
                    RECEIVED    COPY

                    2011 MAR -3  P 6: 04

                    CLERK US DISTRICT COURT
                     DISTRICT OF ARIZONA

8

9              UNITED STATES DISTRICT COURT

                   DISTRICT OF ARIZONA

10   United States of America,        CR 11-0187-TUC-LAB

11              Plaintiff,            S U P E R S E D I N G    **VICTIM CASE**
12        v.                         I N D I C T M E N T

13   Jared Lee Loughner,             18 U.S.C. § 351(c)
                                     (Attempted Assassination of a Member of Congress)
14              Defendant.           (Count 1)

15                                   18 U.S.C. §§ 1114 and 1113
                                     (Attempted Murder of a Federal Employee)
16                                   (Counts 3, 11, 13)

17                                   18 U.S.C. § 924(c)(1)(A)(i), (ii) & (iii)
                                     (Use, Carry, Brandish and Discharge of a Firearm in
18                                   Relation to a Crime of Violence)
                                     (Counts 2, 4, 6, 9, 12, 14, 16, 19, 22, 25, 28, 31, 33, 35,
19                                   37, 39, 41, 43, 45, 47, 49)

20                                   18 U.S.C. §§ 1114 & 1111
                                     (Murder of a Federal Employee)
21                                   (Counts 5, 8)

22                                   18 U.S.C. § 924 (j)(1)
                                     (Causing Death Through Use of a Firearm)
23                                   (Counts 7, 10, 17, 20, 23, 26, 29)

24                                   18 U.S.C. § 245(b)(1)(B)
                                     (Causing Death to Participants at a Federally Provided
25                                   Activity)
                                     (Counts 15, 18, 21, 24, 27)

26                                   18 U.S.C. § 245(b)(1)(B)
                                     (Injuring Participants at a Federally Provided Activity)
27                                   (Counts 30, 32, 34, 36, 38, 40, 42, 44, 46, 48)

28                                   Notice of Special Findings

THE GRAND JURY CHARGES:

## COUNT 1

*(Attempted Assassination of a Member of Congress)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, with the intent to kill, attempted to kill Gabrielle D. Giffords, a Member of Congress.

In violation of Title 18, United States Code, Section 351(c).

## COUNT 2

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 3

*(Attempted Murder of a Federal Employee)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, with the intent to kill, attempted to kill Gabrielle D. Giffords, an officer and employee of the United States, while Gabrielle D. Giffords was engaged in and on account of the performance of her official duties.

In violation of Title 18, United States Code, Sections 1114 and 1113.

## COUNT 4

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Three of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 5

*(Murder of a Federal Employee)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did, with premeditation and malice aforethought, unlawfully kill John M. Roll, a United States District Judge for the District of Arizona, an employee of the United States, while John M. Roll was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114 and 1111.

## COUNT 6

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Five of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 3 of 28*

## COUNT 7

*(Causing Death Through Use of a Firearm)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, in the course of a violation of Title 18, United States Code, Section 924(c), as charged in Count Six of this Indictment, did knowingly and intentionally cause the death of a person through the use of a firearm, that is, a Glock 9mm semiautomatic pistol, which killing is a murder as defined by Title 18, United States Code, Section 1111(a), in that the defendant, with premeditation and malice aforethought, did unlawfully kill John M. Roll.

In violation of Title 18, United States Code, Section 924(j)(1).

## COUNT 8

*(Murder of a Federal Employee)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did, with premeditation and malice aforethought, unlawfully kill Gabriel M. Zimmerman, an employee of the United States, while Gabriel M. Zimmerman was engaged in and on account of the performance of his official duties, and while he was assisting Gabrielle D. Giffords, an officer and employee of the United States, to wit: a Member of Congress, in the performance of her official duties and on account of that assistance.

In violation of Title 18, United States Code, Sections 1114 and 1111.

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 4 of 28*

1

## COUNT 9

2 *(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

3   On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

4 JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that

5 is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which

6 he may be prosecuted in a court of the United States as charged in Count Eight of this

7 Indictment.

8   In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

9

10

## COUNT 10

11 *(Causing Death Through Use of a Firearm)*

12   On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

13 JARED LEE LOUGHNER, in the course of a violation of Title 18, United States Code,

14 Section 924(c), as charged in Count Nine of this Indictment, did knowingly and intentionally

15 cause the death of a person through the use of a firearm, that is, a Glock 9mm semiautomatic

16 pistol, which killing is a murder as defined by Title 18, United States Code, Section 1111(a),

17 in that the defendant, with premeditation and malice aforethought, did unlawfully kill Gabriel

18 M. Zimmerman.

19   In violation of Title 18, United States Code, Section 924(j)(1).

20

21

22

23

24

25

26

27

28

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 5 of 28*

1

## COUNT 11

*(Attempted Murder of a Federal Employee)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, with the intent to kill, attempted to kill Ronald S. Barber, an employee of the United States, while Ronald S. Barber was engaged in and on account of the performance of his official duties, and while he was assisting Gabrielle D. Giffords, an officer and employee of the United States, to wit: a Member of Congress, in the performance of her official duties and on account of that assistance.

In violation of Title 18, United States Code, Sections 1114 and 1113.

## COUNT 12

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Eleven of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 6 of 28*

1

## COUNT 13

*(Attempted Murder of a Federal Employee)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, with the intent to kill, attempted to kill Pamela K. Simon, an employee of the United States, while Pamela K. Simon was engaged in and on account of the performance of her official duties, and while she was assisting Gabrielle D. Giffords, an officer and employee of the United States, to wit: a Member of Congress, in the performance of her official duties and on account of that assistance.

In violation of Title 18, United States Code, Sections 1114 and 1113.

## COUNT 14

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9 mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Thirteen of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 7 of 28*

## COUNT 15

*(Causing Death of a Participant at Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with John M. Roll, because he was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in the death of John M. Roll.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

## COUNT 16

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Fifteen of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

1

## COUNT 17

2

*(Causing Death Through Use of a Firearm)*

3      On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

4   JARED LEE LOUGHNER, in the course of a violation of Title 18, United States Code,

5   Section 924(c), as charged in Count Sixteen of this Indictment, did knowingly and

6   intentionally cause the death of a person through the use of a firearm, that is, a Glock 9mm

7   semiautomatic pistol, which killing is a murder as defined by Title 18, United States Code,

8   Section 1111(a), in that the defendant, with premeditation and malice aforethought, did

9   unlawfully kill John M. Roll.

10      In violation of Title 18, United States Code, Section 924(j)(1).

11

12

## COUNT 18

13

*(Causing Death of a Participant at Activity Provided by the United States)*

14      On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

15   JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm

16   semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with,

17   and attempt to injure, intimidate and interfere with child victim C-T G., because she was and

18   had been participating in and enjoying a benefit, service, privilege, program, facility, and

19   activity provided and administered by the United States, to-wit: Congresswoman Gabrielle

20   D. Giffords' *Congress on Your Corner* event open to the public, which resulted in the death

21   of child victim C-T G.

22      In violation of Title 18, United States Code, Section 245(b)(1)(B).

23

24

25

26

27

28

1

## COUNT 19

2      *(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

3          On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

4      JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that

5      is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which

6      he may be prosecuted in a court of the United States as charged in Count Eighteen of this

7      Indictment.

8          In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

9

10

## COUNT 20

11      *(Causing Death Through Use of a Firearm)*

12          On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

13      JARED LEE LOUGHNER, in the course of a violation of Title 18, United States Code,

14      Section 924(c), as charged in Count Nineteen of this Indictment, did knowingly and

15      intentionally cause the death of a person through the use of a firearm, that is, a Glock 9mm

16      semiautomatic pistol, which killing is a murder as defined by Title 18, United States Code,

17      Section 1111(a), in that the defendant, with premeditation and malice aforethought, did

18      unlawfully kill child victim C-T G.

19          In violation of Title 18, United States Code, Section 924(j)(1).

20

21

22

23

24

25

26

27

28

## COUNT 21

*(Causing Death of a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with Dorothy J. Morris, because she was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in the death of Dorothy J. Morris.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

## COUNT 22

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Twenty-One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 23

*(Causing Death Through Use of a Firearm)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, in the course of a violation of Title 18, United States Code, Section 924(c), as charged in Count Twenty-Two of this Indictment, did knowingly and intentionally cause the death of a person through the use of a firearm, that is, a Glock 9mm semiautomatic pistol, which killing is a murder as defined by Title 18, United States Code, Section 1111(a), in that the defendant, with premeditation and malice aforethought, did unlawfully kill Dorothy J. Morris.

In violation of Title 18, United States Code, Section 924(j)(1).

## COUNT 24

*(Causing Death of a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with Phyllis C. Schneck, because she was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in the death of Phyllis C. Schneck.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 12 of 28*

## COUNT 25

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Twenty-Four of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 26

*(Causing Death Through Use of a Firearm)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, in the course of a violation of Title 18, United States Code, Section 924(c), as charged in Count Twenty-Five of this Indictment, did knowingly and intentionally cause the death of a person through the use of a firearm, that is, a Glock 9mm semiautomatic pistol, which killing is a murder as defined by Title 18, United States Code, Section 1111(a), in that the defendant, with premeditation and malice aforethought, did unlawfully kill Phyllis C. Schneck.

In violation of Title 18, United States Code, Section 924(j)(1).

## COUNT 27

*(Causing Death of a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with Dorwan C. Stoddard, because he was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in the death of Dorwan C. Stoddard.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

## COUNT 28

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Twenty-Seven of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 29

*(Causing Death Through Use of a Firearm)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, in the course of a violation of Title 18, United States Code, Section 924(c), as charged in Count Twenty-Eight of this Indictment, did knowingly and intentionally cause the death of a person through the use of a firearm, that is, a Glock 9mm semiautomatic pistol, which killing is a murder as defined by Title 18, United States Code, Section 1111(a), in that the defendant, with premeditation and malice aforethought, did unlawfully kill Dorwan C. Stoddard.

In violation of Title 18, United States Code, Section 924(j)(1).

## COUNT 30

*(Injuring a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with Bill D. Badger, because he was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily injury to Bill D. Badger.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 15 of 28*

1

## COUNT 31

2   *(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

3       On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

4   JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that

5   is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which

6   he may be prosecuted in a court of the United States as charged in Count Thirty of this

7   Indictment.

8       In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

9

10  ## COUNT 32

11  *(Injuring a Participant at an Activity Provided by the United States)*

12      On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

13  JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm

14  semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with,

15  and attempt to injure, intimidate and interfere with Kenneth W. Dorushka, because he was

16  and had been participating in and enjoying a benefit, service, privilege, program, facility, and

17  activity provided and administered by the United States, to-wit: Congresswoman Gabrielle

18  D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily

19  injury to Kenneth W. Dorushka.

20      In violation of Title 18, United States Code, Section 245(b)(1)(B).

21

22

23

24

25

26

27

28  *United States v. Jared Lee Loughner*
    *Superseding Indictment Page 16 of 28*

## COUNT 33

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Thirty-Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 34

*(Injuring a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with James E. Fuller, because he was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily injury to James E. Fuller.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

COUNT 35

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Thirty-Four of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

COUNT 36

*(Injuring a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomtic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with Randy W. Gardner, because he was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily injury to Randy W. Gardner.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

## COUNT 37

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Thirty-Six of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 38

*(Injuring a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with Susan A. Hileman, because she was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily injury to Susan A. Hileman.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

## COUNT 39

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Thirty-Eight of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 40

*(Injuring a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with George S. Morris, because he was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily injury to George S. Morris.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

## COUNT 41

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Forty of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 42

*(Injuring a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with Mary C. Reed, because she was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily injury to Mary C. Reed.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

1

## COUNT 43

2 *(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

3     On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

4 JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that

5 is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which

6 he may be prosecuted in a court of the United States as charged in Count Forty-Two of this

7 Indictment.

8     In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

9

10

## COUNT 44

11 *(Injuring a Participant at an Activity Provided by the United States)*

12     On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

13 JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm

14 semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with,

15 and attempt to injure, intimidate and interfere with Mavanell Stoddard, because she was and

16 had been participating in and enjoying a benefit, service, privilege, program, facility, and

17 activity provided and administered by the United States, to-wit: Congresswoman Gabrielle

18 D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily

19 injury to Mavanell Stoddard.

20     In violation of Title 18, United States Code, Section 245(b)(1)(B).

21

22

23

24

25

26

27

28

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 22 of 28*

## COUNT 45

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States as charged in Count Forty-Four of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

## COUNT 46

*(Injuring a Participant at an Activity Provided by the United States)*

On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant, JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm semiautomatic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with James L. Tucker, because he was and had been participating in and enjoying a benefit, service, privilege, program, facility, and activity provided and administered by the United States, to-wit: Congresswoman Gabrielle D. Giffords' *Congress on Your Corner* event open to the public, which resulted in bodily injury to James L. Tucker.

In violation of Title 18, United States Code, Section 245(b)(1)(B).

*United States v. Jared Lee Loughner*
*Superseding Indictment Page 23 of 28*

1

## COUNT 47

2

*(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

3      On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

4    JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that

5    is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which

6    he may be prosecuted in a court of the United States as charged in Count Forty-Six of this

7    Indictment.

8      In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

9

10

## COUNT 48

11

*(Injuring a Participant at an Activity Provided by the United States)*

12      On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

13    JARED LEE LOUGHNER, by force and threat of force, through the use of a Glock 9mm

14    semiautomtic pistol, a dangerous weapon, did willfully injure, intimidate and interfere with,

15    and attempt to injure, intimidate and interfere with Kenneth L. Veeder, Sr. because he was

16    and had been participating in and enjoying a benefit, service, privilege, program, facility, and

17    activity provided and administered by the United States, to-wit: Congresswoman Gabrielle

18    D. Giffords' *Congress on Your Corner* function open to the public which resulted in bodily

19    injury to Kenneth L. Veeder, Sr.

20      In violation of Title 18, United States Code, Section 245(b)(1)(B).

21

22

23

24

25

26

27

28
*United States v. Jared Lee Loughner*
*Superseding Indictment Page 24 of 28*

1

## COUNT 49

2 *(Use, Carry, Brandish and Discharge of a Firearm in Relation to a Crime of Violence)*

3     On or about January 8, 2011, at or near Tucson, in the District of Arizona, the defendant,

4 JARED LEE LOUGHNER, did knowingly use, carry, brandish and discharge a firearm, that

5 is, a Glock 9mm semiautomatic pistol, during and in relation to a crime of violence for which

6 he may be prosecuted in a court of the United States as charged in Count Forty-Eight of this

7 Indictment.

8     In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) & (iii).

9

10

## NOTICE OF SPECIAL FINDINGS

11     1. The defendant, JARED LEE LOUGHNER, as alleged in Counts 5, 7, 8, 10, 15, 17,

12 18, 20, 21, 23, 24, 26, 27, and 29, was more than 18 years old at the time of the offense. Title

13 18, United States Code, Section 3591(a);

14     2. The defendant, JARED LEE LOUGHNER, intentionally killed child victim C-T G.

15 (Counts 18 and 20); Dorothy J. Morris (Counts 21 and 23); John M. Roll (Counts 5, 7, 15,

16 and 17); Phyllis C. Schneck (Counts 24 and 26); Dorwan C. Stoddard (Counts 27 and 29);

17 and Gabriel M. Zimmerman (Counts 8 and 10).  Title 18 United States Code, Section

18 3591(a)(2)(A);

19     3. The defendant, JARED LEE LOUGHNER, intentionally inflicted serious bodily

20 injury that resulted in the death of child victim C-T G. (Counts 18 and 20); Dorothy J. Morris

21 (Counts 21 and 23); John M. Roll (Counts 5, 7, 15, and 17); Phyllis C. Schneck (Counts 24

22 and 26); Dorwan C. Stoddard (Counts 27 and 29); and Gabriel M. Zimmerman (Counts 8 and

23 10).  Title 18 United States Code, Section 3591(a)(2)(B);

24     4.  The defendant, JARED LEE LOUGHNER, intentionally participated in an act,

25 contemplating that the life of child victim C-T G. (Counts 18 and 20); Dorothy J. Morris

26 (Counts 21 and 23); John M. Roll (Counts 5, 7, 15, and 17); Phyllis C. Schneck (Counts 24

27

28 *United States v. Jared Lee Loughner*
*Superseding Indictment Page 25 of 28*

and 26); Dorwan C. Stoddard (Counts 27 and 29); and Gabriel M. Zimmerman (Counts 8 and 10) would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and that child victim C-T G., Dorothy J. Morris, John M. Roll, Phyllis C. Schneck, Dorwan C. Stoddard, and Gabriel M. Zimmerman died as a direct result of the act. Title 18 United States Code, Section 3591(a)(2)(C);

5. The defendant, JARED LEE LOUGHNER, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and child victim C-T G. (Counts 18 and 20); Dorothy J. Morris (Counts 21 and 23); John M. Roll (Counts 5, 7, 15, and 17); Phyllis C. Schneck (Counts 24 and 26); Dorwan C. Stoddard (Counts 27 and 29); and Gabriel M. Zimmerman (Counts 8 and 10) died as a direct result of the act. Title 18 United States Code, Section 3591(a)(2)(D);

6. The defendant, JARED LEE LOUGHNER, caused the death, and injury resulting in death of child victim C-T G. (Counts 18 and 20); Dorothy J. Morris (Counts 21 and 23); John M. Roll (Counts 5, 7, 15, and 17); Phyllis C. Schneck (Counts 24 and 26); Dorwan C. Stoddard (Counts 27 and 29); and Gabriel M. Zimmerman (Counts 8 and 10) during the commission and attempted commission of an offense under Section 351 (violence against Member of Congress) as charged in Count One of this Indictment. Title 18 United States Code, Section 3592(c)(1);

7. The defendant, JARED LEE LOUGHNER, in commission of offenses alleged in Counts 5, 7, 8, 10, 15, 17, 18, 20, 21, 23, 24, 26, 27, and 29, knowingly created a grave risk of death to one or more persons, to wit: Bill D. Badger, Ronald S. Barber, Kenneth W. Dorushka, James E. Fuller, Randy W. Gardner, Gabrielle D. Giffords, Susan A. Hileman, George S. Morris, Mary C. Reed, Pamela K. Simon, Mavanell Stoddard, James L. Tucker, Kenneth L. Veeder, Sr., Carol A. Dorushka, Robert C. Gawlick, Daniel Hernandez, Mark S.

Kimble, Patricia R. Maisch, child victim E. E. M., child victim O. A. M., Thomas J. McMahon, Sara M. Rajca, Faith M. Salzgeber, Roger D. Salzgeber, Doris Tucker, and Alexander J. Villec, in addition to the deaths of child victim C-T G., Dorothy J. Morris, John M. Roll, Phyllis C. Schneck, Dorwan C. Stoddard, and Gabriel M. Zimmerman. Title 18 United States Code, Section 3592(c)(5);

8. The defendant, JARED LEE LOUGHNER, as alleged in Counts 5, 7, 8, 10, 15, 17, 18, 20, 21, 23, 24, 26, 27, and 29, committed the offenses after substantial planning and premeditation to cause the death of a person. Title 18 United States Code, Section 3592(c)(9).

9. The defendant JARED LEE LOUGHNER, caused the death of victims child victim C-T G., age 9 (Counts 18 and 20), Dorothy J. Morris, age 76 (Counts 21 and 23), Phyllis C. Schneck, age 79 (Counts 24 and 26), and Dorwan C. Stoddard, age 75 (Counts 27 and 29), who were all particularly vulnerable due to old age or youth. Title 18 United States Code, Section 3592(c)(11).

10. The defendant, JARED LEE LOUGHNER, committed offenses charged in Counts 15 and 17 against John M. Roll, a federal public servant who was at the time a United States District Judge and Chief Judge for the District of Arizona, while he was engaged in the performance of his official duties. Title 18 United States Code, Section 3592(c)(14)(D)(i).

11. The defendant, JARED LEE LOUGHNER, intentionally killed and attempted to kill more than one person in a single criminal episode, as alleged in Counts 5, 7, 8, 10, 15, 17, 18, 20, 21, 23, 24, 26, 27, and 29, to wit: Bill D. Badger, Ronald S. Barber, Kenneth W. Dorushka, James E. Fuller, Randy W. Gardner, Gabrielle D. Giffords, Susan A. Hileman, George S. Morris, Mary C. Reed, Pamela K. Simon, Mavanell Stoddard, James L. Tucker, Kenneth L. Veeder, Sr., child victim C-T G., Dorothy J. Morris, John M. Roll, Phyllis C.

1   Schneck, Dorwan C. Stoddard, and Gabriel M. Zimmerman.  Title 18 United States Code,

2   Section 3592(c)(16).

3

4                                      A TRUE BILL

5

6

7

8

9

10   DENNIS K. BURKE
     United States Attorney
11   District of Arizona

12

13   Wallace H. Kleindienst                    REDACTED FOR
14   Assistant United States Attorney          PUBLIC DISCLOSURE

15

16

17

18

19

20

21

22

23

24

25

26

27
     *United States v. Jared Lee Loughner*
28   *Superseding Indictment Page 28 of 28*