DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Jared Lee Loughner,<br><br>　　　　　Defendant. | CR 11-0187-TUC-LAB<br><br>**NOTICE OF CERTIFICATION OF ASSISTANT ATTORNEY GENERAL** |

　　Now comes the United States of America, by its attorneys undersigned, and hereby provides notice of certification by the Assistant Attorney General for the Criminal Division, pursuant to 18 U.S.C. § 245(a)(1). (Exhibit 1.) The certification has been redacted for public disclosure. An unredacted copy will be provided to defense counsel.

　　Respectfully submitted this 4th day of March, 2011.

　　　　　　　　　　　　　　　　　　　DENNIS K. BURKE
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　*s/Christina M. Cabanillas*

　　　　　　　　　　　　　　　　　　　CHRISTINA M. CABANILLAS
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 4th day of March, 2011, to:

Judy C. Clarke, Esq.
Mark F. Fleming, Esq.
Reuben Camper Cahn, Esq.