IN THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Jared Lee Loughner,

    Defendant.

<u>Certificate of the Assistant Attorney General for the Criminal Division</u>

    I, Lanny A. Breuer, hereby certify that in my judgment, prosecution of JARED LEE LOUGHNER by the United States for violating Title 18, United States Code, § 245(b)(1)(B), on or about January 8, 2011, in Tucson, Arizona, for causing the death of John M. Roll, child victim C-T G., Dorothy Jean Morris, Dorwan Stoddard, and Phyllis Schneck, and for causing bodily injury to Bill Badger, Kenneth Dorushka, Randy Gardner, Susan Hileman, George Morris, Mary Reed, Mavanell Stoddard, James Fuller, James Tucker, and Kenneth Veeder, is in the public interest and necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, Section 245(a)(1).

    Signed this **28** day of February, 2011.

                                              Lanny A. Breuer
                                              Assistant Attorney General
                                              Criminal Division

EXHIBIT 1