1
2
3
4
5
6
7

DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone:  (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF ARIZONA

10
11
12
13
14

| United States of America, | |
|---|---|
| Plaintiff, | CR 11-0187-TUC-LAB |
| v. | **NOTICE OF GOVERNMENT'S PROPOSED DEADLINES** |
| Jared Lee Loughner, | |
| Defendant. | |

15
16       Now comes the United States of America, by its attorneys undersigned, and hereby

submits proposed deadlines pursuant to this Court's order issued on February 23, 2011.

17       On February 23, 2011, this Court stated that it intends to set dates in this case, including

18   a trial date, at the hearing on March 9, 2011.  It also stated that it anticipated scheduling a

19   trial date for no later than September 20, 2011.  This Court ordered the parties to meet and

20   confer and submit a joint statement no later than March 4, 2011 proposing dates for other

21   pretrial issues.  (Order 2/23/11.)

22       The parties met on March 1, 2011, but were unable to arrive at an agreement regarding

23   proposed deadlines.  The only date the defense proposed was that by June 2012 they could

24   provide mitigating evidence to the Department of Justice for purposes of its determination

25   whether to seek the death penalty.  Therefore, the parties are submitting separate proposed

26   dates.

27
28

The government submits the following proposed initial deadlines, in light of this Court's statement that is expects the trial will occur no later than September 20, 2011:

1       September 20, 2011 – Trial

2.      July 22, 2011 (60 days before trial) – Deadline for United States to file Notice of Intent to Seek Death Penalty;

3.      July 22, 2011 (60 days before trial) – Deadline for Pre-Trial Motions in Limine;

4.      June 7, 2011 (90 days after March 9, 2011 hearing) – Deadline for defense counsel to make any presentation to Department of Justice's Capital Case Review Committee;

5.      May 9, 2011 (60 days after March 9, 2011 hearing) – Deadline for filing dispositive pretrial motions, including notice under Fed. R. Crim. P. 12.2;

6.      May 9, 2011 (60 days after March 9, 2011 hearing) – Deadline for defense counsel to make presentation to U.S. Attorney for the District of Arizona before he makes recommendation to Capital Case Review Committee.

Respectfully submitted this 4th day of March, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 4th day of March, 2011, to:

Judy C. Clarke, Esq.
Mark F. Fleming, Esq.
Reuben Camper Cahn, Esq.

2