MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**March 4, 2011**

<u>Case</u>:  USA VS. JARED LEE LOUGHNER	Case No:  4:11CR187-TUC LAB

<u>HON. Larry A. Burns</u>	<u>Clerk: T. Weisbeck</u>     Court Reporter: Eva Oemick


<u>Plaintiff(s)</u>:  Mary Sue Feldmeier (telephonic)

<u>Defendant(s)</u>:  Judy Clarke (telephonic)


Telephonic hearing re: order [document 123]
_____

15 mins

Counsel waives defendant's presence.

Telephonic hearing re: release of official autopsy reports held. Court confirms ruling denying motion to restrain medical examiner from making extrajudicial statements without prejudice [doc. 123]