**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,            )<br>                                      )<br>           Plaintiff,                 )<br>                                      )<br> v.                                   )<br>                                      )<br> Jared Lee Loughner,                  )<br>                                      )<br>           Defendant.                 )<br>_____) | DATE: 3/7/11<br><br>**NOTICE TO APPEAR**<br><br>CR 11-187-TUC-LAB |

　　　IN THE ABOVE MATTER, notice is hereby issued this date as to Defendant <u>Jared Lee Loughner</u> for appearance before U.S. District Judge <u>Larry A. Burns</u> on <u> 3/9/11 </u> at <u> 1:30 </u>P.M. in Courtroom No. <u>6A, 405 West Congress Street, Tucson, AZ 85701</u> to answer to the Superseding Indictment for Arraignment.

```
                                       RICHARD H. WEARE
                                       CLERK OF COURT/DCE

                                       s/M. Pruneau
                                       Deputy Clerk
```