# Loughner MySpace screen shots and YouTube videos in the Public Domain

1. *Posted 1/8/2011:*  Loughner – screen shot Loughner MySpace Page
   http://secondpagemedia.com/blog/wp-content/uploads/2011/01/jared_01.png

2. *Posted 1/8/2011:*  Loughner – screen shot Loughner MySpace Page
   http://news.cnet.com/i/tim/2011/01/08/jaredloughner.jpg

3. *Posted Unknown Date*: YouTubeLoughnerVideo – the Torture of Students (nighttime PCC Campus)
   http://www.youtube.com/watch?v=L7Gu03g4LdQ&playnext=1&list=PL7254DBF454D93FDD

4. *Posted 10/2/2010*: YouTubeClassitup10 – Burning the American Flag (Let the Bodies Hit the Floor)
   http://www.youtube.com/user/Classitup10#p/a/f/0/3L1lsLU-kUw

5. *Posted 11/22/2010:* YouTubeClassitup10 – How To your New Currency!
   http://www.youtube.com/user/Classitup10#p/u/4/E8Wr6AeZTCE

6. *Posted 11/30/2010*: YouTubeClassitup10 - This Student At PCC An Unconstitutional Crime!
   http://www.youtube.com/user/Classitup10#p/u/3/VhAx8WzNJT0

7. *Posted 12/6/2010*: YouTubeClassitup10 – How To: Mind Controller (starts with white diagram)
   http://www.youtube.com/user/Classitup10#p/a/u/2/PnNx0WThoF0

9. *Posted 12/15/2010*: YouTubeClassitup10 – Hello (my name is Jared Lee Loughner)
   http://www.youtube.com/user/Classitup10#p/a/u/0/7uRjwPWaxiY

8. *Posted 12/15/2010*: YouTubeClassitup10 – Introduction: Jared Loughner (My Final Thoughts)
   http://www.youtube.com/user/Classitup10#p/a/u/1/nHoaZaLbqB4

# EXHIBIT 1