```
☒ FILED       ___ LODGED
___ RECEIVED  ___ COPY

      MAR 0 7 2011

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. CR11-0187-TUC LAB |
| Plaintiff, ) | |
| ) | **ORDER TO SEAL** |
| JARED LEE LOUGHNER, ) | |
| Defendant. ) | **SEALED** |

**IT IS HEREBY ORDERED** that the following document be filed under seal: *DECLARATION OF SCHARLETTE HOLDMAN.*

**SO ORDERED.**

DATED this 7 day of March, 2011

_____
LARRY ALAN BURNS
United States District Judge