UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | ORDER [Doc. 138] |
| v. | |
| Jared Lee Loughner, | |
| Defendant. | |

This matter having come on the motion of the United States of America, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) for authorization to release grand jury material, and for a protective order, good cause having been shown,

IT IS HEREBY ORDERED that the government is authorized to release grand jury materials to the defense, in conjunction with the above-captioned judicial proceedings, to the extent necessary to fulfill their disclosure obligations pursuant to Fed. R. Crim. P. 16, the Jencks Act, and other disclosure obligations to the defense;

IT IS FURTHER ORDERED that the defense team, consisting of the attorneys, investigators, support staff and experts in this case, may not reproduce or disseminate the grand jury material disclosed pursuant to this order.

IT IS FURTHER ORDERED the defense team shall not leave copies of grand jury material with the defendant, absent further order of this court.

Dated this 7th day of March, 2011.

DATED: March 7, 2011

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge