PICCARRETA DAVIS PC
145 South Sixth Avenue
Tucson, AZ  85701-2007
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Victims
L. Maureen Roll, Christopher Roll,
Patrick Roll and Robert Roll

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 11-0187-TUC-LAB |
| ) | |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| vs. ) | FOR JOHN M. ROLL |
| ) | FAMILY VICTIMS |
| JARED LEE LOUGHNER, ) | |
| ) | |
| Defendant. ) | |
| ———————————— ) | |

Pursuant to Rules of Criminal Procedure, Michael L. Piccarreta of the law firm of Piccarreta Davis PC enters his appearance for and on behalf of victims, L. Maureen Roll, Christopher Roll, Patrick Roll and Robert Roll, in the above-entitled matter for all further proceedings.

RESPECTFULLY SUBMITTED this 8th day of March, 2011.

PICCARRETA DAVIS PC

By /s/  Michael Piccarreta
    Michael L. Piccarreta
    Attorney for John M. Roll Family Victims

The foregoing electronically filed
this 8th day of March, 2011, with the
Clerk of the United States District Court