# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br>     vs.<br><br>Jared Lee Loughner,<br><br>                              Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER RE: MARCH 9, 2011 HEARING** |

The parties should be prepared to discuss the following matters during tomorrow's hearing: (1) the motions of Phoenix Newspapers, Inc. and KPNX Broadcasting Co. to unseal search warrant materials *and* all documents that have been filed under seal to date; (2) the government's motion for Defendant's handwriting exemplars; (3) the Defendant's motion to bar the release of Bureau of Prisons records; (4) the government's motion for a psychiatric exam of the Defendant; and (5) the scheduling of future deadlines and a trial date. The Court will also arraign Mr. Loughner on the superseding indictment filed on March 3, 2011.

**IT IS SO ORDERED**.

DATED this 8th day of March, 2011.

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge