# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>Jared Lee Loughner,<br><br>              Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER GRANTING LEAVE TO INTERVENE FOR THE LIMITED PURPOSE OF MOVING TO UNSEAL COURT FILINGS**<br><br>[Doc. No. 132] |

Phoenix Newspapers, Inc. is hereby granted leave to intervene for the limited purpose of moving to unseal court filings and docket entries. The Court is prepared to hear argument on this motion during the March 9, 2011 hearing.

**IT IS SO ORDERED.**

DATED this 8th day of March, 2011

_/s/ Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge