Minutes of the United States District Court
District of Arizona

**Wednesday, March 9, 2011**

| Hon. **L**ARRY **A. B**URNS | Deputy Clerk: **T. Weisbeck** | Reporter: **Eva Oemick** |
|---|---|---|

Time: 1 hr 45 mins

04:11cr0187-TUC LAB

USA v
   JARED LEE LOUGHNER

                                                    Mark Fleming
Arraignment on S/S Ind                  Reuben Cahn, FD
Motion Hearing                          Judy Clarke

                                           Wallace Kleindienst, AUSA
                                           Mary Sue Feldmeier, AUSA
                                           Beverly Anderson, AUSA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Defendant arraigned on the superseding indictment.  Not guilty plea entered.


[131] Motion to unseal document search warrant records by KPNX Broadcasting Co., Phoenix Newspaper Inc. - Court issued order.

[132] Motion application to intervene for the limited purpose of moving to unseal Court filings and docket index entries by Phoenix Newspapers, Inc. - Court issued order.

[141] Motion for psychiatric exam by USA - granted. Competency hearing set for 5/25/2011 at 9:30 a.m. Court excludes time XA ( `Exam or hrg for` **`mental or physical incapacity`**) from 3/9/2011-5/25/2011.