# S E A L E D
## Minutes of the United States District Court
### District of Arizona

**Wednesday, March 9, 2011**

**Hon. LARRY A. BURNS**    **Deputy Clerk: T. Weisbeck**    **Reporter:   Eva Oemick**

Time: 30 mins

04:11cr0187-TUC LAB

USA v
   JARED LEE LOUGHNER    N/A         Trip Johnston, FD
                                        Reuben Cahn, FD
                                        Mary Sue Feldmeier, AUSA
                                        Beverly Anderson, AUSA


(Sealed Transcripts may be prepared and released upon request by the AUSA and the Defense counsel who were present)
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++


In Camera proceedings re: redaction of search warrant materials