# S E A L E D
## Minutes of the United States District Court
## District of Arizona

### Wednesday, March 9, 2011

**Hon. LARRY A. BURNS**     **Deputy Clerk: T. Weisbeck**     **Reporter:   Eva Oemick**

Time: 15 mins

04:11cr0187-TUC LAB

USA v
   JARED LEE LOUGHNER    N/A          Judy Clarke,
                                                  Reuben Cahn, FD

(Sealed Transcripts may be prepared and released upon request by the Defense counsel who were  present)
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++


Ex parte hearing held with defense counsel re: issue with client.