DENNIS K. BURKE
United States Attorney
District of Arizona

Dominic Lanza
California State Bar No. 225989
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Dominic.Lanza@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, Plaintiff, v. Jared Lee Loughner, Defendant. | CR 11-0187-TUC-LAB **NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL** |
|---|---|

PLEASE TAKE NOTICE that Dominic Lanza, Assistant United States Attorney for the District of Arizona, is associated as counsel for the United States of America in the above-captioned matter.

Respectfully submitted this 18th day of March, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/Dominic Lanza*

DOMINIC LANZA
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and service of an electronic copy to:

**Counsel for Defendant**

Judy C. Clarke
Mark Francis Fleming
Reuben Camper Cahn