DENNIS K. BURKE
United States Attorney
District of Arizona
Wallace H. Kleindienst
Beverly K. Anderson
Christina M. Cabanillas
Mary Sue Feldmeier
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienstt@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>        v.<br><br>Jared Lee Loughner,<br><br>    Defendant. | CR 11-0187-TUC-LAB<br><br>GOVERNMENT'S SUR-RESPONSE<br>TO DEFENDANT'S REPLY IN SUPPORT<br>OF DEFENDANT'S MOTION TO BAR<br>RELEASE OF BOP RECORDS |

Now comes the United States of America, by and through its undersigned counsel, and hereby responds to defendant's Reply In Support Of Defendant's Motion To Bar Release Of Non-Discoverable, Confidential, and Privileged Information By the Bureau of Prisons, and in support states as follows:

1. On March 2, 2011, the defendant filed a Motion to Bar Release of Non-Discoverable, Confidential and Privileged Information By the Bureau of Prisons (hereinafter referred to as Motion to Bar Release of BOP Records). [doc. 122.]

2. On March 6, 2011, the government filed a Response to Defendant's Motion to Bar Release of BOP Records. [doc. 136.]

3. On March 16, 2011, the defendant filed a Reply to the government's Response. [doc. 158.] Therein defendant cites, for the first time, to Bureau of Prisons Program Statement Number 3420.09, attached a copy of the regulation as an exhibit, and argued that it provided a basis for the court to deny the government access to the BOP records in question. The

1  defendant did not rely upon this document in its initial motion seeking to bar release of BOP

2  documents.  The government, consequently, did not have the opportunity to state in its reply

3  memorandum, its position as to the relevance and applicability of this Program Statement to

4  the issues at hand.

5      4.  The government acknowledges that LRCiv 7.2 does not address the filing of a reply

6  to a movant's reply memorandum.  However, in light of the fact that the defendant has

7  proffered new legal authority as a basis in support of its request for relief, the government

8  requests the court take notice of the government's instant reply.

9      5.  Defendant argues that Program Statement 3420.09, entitled "Standards of Employee

10  Conduct," prohibited the BOP from providing information concerning the defendant to the

11  government.  This  Program Statement is of no relevance to the issue before the Court.  It

12  contains BOP internal standards and rules of employee conduct and prohibits an employee

13  from disclosing information concerning an inmate unless it is part of that employee's duties

14  or if authorized by someone with the authority to release official information.   The

15  government has cited those BOP regulations which permitted the disclosure of information

16  concerning the defendant to the Department of Justice.

17      Respectfully submitted this 21st day of March, 2011.

18

19                                                    DENNIS K. BURKE
                                                      United States Attorney
20                                                    District of Arizona

21

22                                                    *s/Wallace H. Kleindienst*

23                                                    WALLACE H. KLEINDIENST
                                                      Assistant U.S. Attorney

24

25

26

27

28                                                    2

1

Copy of the foregoing served electronically
2   or by other means this 21st day of March, 2011, to:

3   Judy C. Clarke, Esq.
    Mark F. Fleming, Esq.
4   Reuben Camper Cahn, Esq.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3