UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> JARED LEE LOUGHNER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. CR11-0187-TUC LAB <br><br> [PROPOSED] ORDER GRANTING MOTION FOR STAY PENDING RECONSIDERATION AND MOTION FOR RECONSIDERATION |

Having considered the Defendant's Emergency Motion for Stay of Order Re: Competency Exam and Motion for Reconsideration of Order, and having reconsidered the Court's order of March 21, 2011, IT IS HEREBY ORDERED that:

The Court's order of March 21, 2011, is hereby stayed pending resolution of the Defendant's appeal to the Ninth Circuit Court of Appeals or the expiration of the 14-day period for filing a notice of appeal under Federal Rule of Appellate Procedure 4(b), whichever is later,

OR

Defendant's Motion for Reconsideration is granted.

DATED this ____ day of March, 2011.

_____
HONORABLE LARRY ALAN BURNS
United States District Judge