1  Judy Clarke
   Clarke and Rice, APC
2  1010 2nd Avenue, Suite 1800
   San Diego, CA 92101
3  (619) 308-8484

4  Mark Fleming
   Law Office of Mark Fleming
5  1350 Columbia Street, #600
   San Diego, CA 92101
6  (619) 794-0220

7  Reuben Camper Cahn
   Federal Defenders of San Diego, Inc.
8  225 Broadway, Suite 900
   San Diego, CA 92101
9  (619) 234-8467

10 Attorneys for Defendant Jared Lee Loughner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | Case No. CR 11-0187-TUC LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| JARED LEE LOUGHNER, | ) | |
| Defendant. | ) | |

Notice is hereby given that Defendant, Jared Lee Loughner, appeals to the United States District Court of Appeals for the Ninth Circuit the Court's Order re: Competency Exam entered in this action on March 21, 2011, Docket No. 165.

Respectfully submitted,

*/s/ Judy Clarke*

DATED: March 23, 2011

JUDY CLARKE
MARK FLEMING
REUBEN CAMPER CAHN
Attorneys for Jared Lee Loughner

| | |
|---|---|
| 1 | Copies of the foregoing served electronically to: |
| 2 | Wallace H. Kleindienst, Beverly K. Anderson<br>Christina M. Cabanillas, Mary Sue Feldmeier,<br>Dominic Lanza |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |