FILED

MAR 24 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 11-10137 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 4:11-cr-00187-LAB |
|  | District of Arizona, |
| v. | Tucson |
| JARED LEE LOUGHNER, |  |
|  | ORDER |
| Defendant - Appellant. |  |

Before: CLIFTON and BYBEE, Circuit Judges.

Appellant's emergency motion for stay is granted in part. The district court's March 21, 2011 order is temporarily stayed to the extent the order directs that copies of the video recordings of all formal clinical interviews with the defendant be provided to both counsel, and to the extent the order directs that any defense-retained examiner shall prepare a formal written report and provide the report to the district court and government counsel. The video recording should proceed, but no copy of any video recording should be provided to or made available to any counsel, pending further order.

The motion for stay is denied in all other respects.

The previously established briefing schedule remains in effect.

AT/MOATT