**Keli B. Luther (AZ Bar # 021908)**
Crime Victims' Enforcement Project
P.O. Box 877906
Tempe, AZ 85287
Phone: 480-965-5640
Fax: 480-965-3229
E-Mail: kluther@voiceforvictims.org

**Erin O. Simpson (AZ Bar #021325)**
Lewis and Roca LLP
One South Church Ave., Suite 700
Tucson, AZ 85701-1611
Phone: 520-629-4470
Fax: 520-879-4729
E-Mail: ESimpson@LRLaw.com

Attorneys for Crime Victim.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jared Lee Loughner,<br><br>　　　　Defendant,<br><br>Bill D. Badger (Count #30 and #31)<br><br>　　　　Crime Victim. | NO: CR-11-0187-TUC-LAB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR THE VICTIM AND ASSERTION OF VICTIMS' FEDERAL RIGHTS PURSUANT TO THE CRIME VICTIM RIGHTS ACT, 18 U.S.C. § 3771** |

Bill D. Badger, the Crime Victim named in Count 30 and 31 of the Superseding

Indictment document number 129 filed on March 3, 2011, by and through undersigned counsel,

hereby provides NOTICE OF APPEARANCE OF COUNSEL for the Crime Victim pursuant to

Crime Victim Rights Act 18 U.S.C.A. § 3771 (CVRA).  Additionally, by and through counsel,

Mr. Badger asserts the following rights guaranteed by the Crime Victim Rights Act.  The Crime

Victim Rights Act guarantees crime victims the following rights:

1    (1) The right to be reasonably protected from the accused.

2    (2) The right to reasonable, accurate, and timely notice of any
3    public court proceeding, or any parole proceeding, involving the
     crime or of any release or escape of the accused.

4    (3) The right not to be excluded from any such public court
     proceeding, unless the court, after receiving clear and convincing
5    evidence, determines that testimony by the victim would be
     materially altered if the victim heard other testimony at that
6    proceeding.

7    (4) The right to be reasonably heard at any public proceeding in
     the district court involving release, plea, sentencing, or any parole
8    proceeding.

9    (5) The reasonable right to confer with the attorney for the
     Government in the case.

10   (6) The right to full and timely restitution as provided in law.

11   (7) The right to proceedings free from unreasonable delay.

12   (8) The right to be treated with fairness and with respect for the
13   victim's dignity and privacy.

14   18 U.S.C. 3771 (a)

15   The CVRA also includes the following enforcement provisions:

16   (b) Rights afforded. (1) In general. - In any court proceeding involving an
     offense against a crime victim, the court shall ensure that the crime victim
17   is afforded the rights described in subsection (a). Before making a
     determination described in subsection (a) (3), the court shall make ever
18   effort to permit the fullest attendance possible by the victim and shall
     consider reasonable alternatives to the exclusion of the victim from the
19   criminal proceeding. The reasons for denying relief under this chapter
     shall be clearly stated on the record.
20

21   (d) Enforcement ... (1) Rights. - The crime victim or the crime
     victim's lawful representative, and the attorney for the Government
22   may assert the rights described in subsection (a) ....

23   (3) Motion for relief and writ of mandamus. - The rights described
     in subsection (a) shall be asserted in the district court in which a
24   defendant is being prosecuted for the crime .... The district court
     shall take up and decide any motion asserting a victim's right
25   forthwith. If the district court denies the relief sought, the movant
     may petition the court of appeals for a writ of mandamus.

26   Additionally, the Rule 17 (c) (3) Federal Rules of Criminal Procedure protects a victim's

27   privacy. Rule 17 (c) (3) states:

28

2

After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on third parties only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

*Id.*

RESPECTFULLY submitted this 8th day of April, 2011.

By _Keli B. Luther_

Keli B. Luther
Erin O. Simpson
Attorneys for Crime Victim
Crime Victims' Enforcement Project

3

ORIGINAL of the following
filed this 8th day of April, 2011
with:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street,
Suite 130, SPC 1
Phoenix, AZ 85003-2118

and

The Honorable Larry Alan Burns

Judge for the United States Southern District Court of California

Copies of the foregoing emailed, mailed
and/or faxed this 8th day of April, 2011 to:

Beverly K Anderson
US Attorney's Office
405 W Congress St
Ste 4800
Tucson, AZ 85701-4050
520-620-7300
520-620-7320 (fax)
bev.anderson@usdoj.gov

David Jeremy Bodney
Steptoe & Johnson LLP
Collier Ctr
201 E Washington St., Ste. 1600
Phoenix, AZ 85004-2382
602-257-5200
602-257-5299 (fax)
dbodney@steptoe.com

Christina Marie Cabanillas
US Attorney's Office
405 W Congress St
Ste 4800
Tucson, AZ 85701-4050
520-620-7300
520-620-7320 (fax)
christina.cabanillas@usdoj.gov

Reuben Camper Cahn
Federal Defenders of San Diego Inc
225 Broadway
Suite 900
San Diego, CA 92101
619-234-8467
619-687-2666 (fax)

4

Reuben_Cahn@fd.org

Judy C Clarke
Clarke & Rice APC
1010 2nd Avenue
Suite 1800
San Diego, CA 92101
619-308-8484
619-243-7386 (fax)
judyclarke@jcsrlaw.net

Mary Sue Feldmeier
US Attorney's Office
405 W Congress St
Ste 4800
Tucson, AZ 85701-4050
520-620-7300
520-620-7320 (fax)
mary.sue.feldmeier@usdoj.gov

Mark Francis Fleming
Law Office of Mark Fleming
1350 Columbia Street
Suite 600
San Diego, CA 92101
619-794-0220
mfflaw@cox.net

Wallace Heath Kleindienst
US Attorney's Office
405 W Congress St
Ste 4800
Tucson, AZ 85701-4050
520-620-7300
520-620-7320 (fax)
wallace.kleindienst@usdoj.gov

Peter Shawn Kozinets
Steptoe & Johnson LLP
Collier Ctr
201 E Washington St
Ste 1600
Phoenix, AZ 85004-2382
602-257-5200
602-257-5299 (fax)
pkozinets@steptoe.com

Dominic William Lanza
US Attorneys Office
40 N Central Ave
Ste 1200
Phoenix, AZ 85004
602-514-7500
602-514-7450 (fax)
dominic.lanza@usdoj.gov

5

1

Michael L Piccarreta
Piccarreta & Davis PC
145 S 6th Ave
Tucson, AZ 85701
520-622-6900
520-622-0521 (fax)
mlp@pd-law.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6