# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America,<br><br>    Plaintiff,<br>vs.<br><br>Jared Lee Loughner,<br><br>    Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER RE: MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS** |
|---|---|

The government filed a motion on April 8, 2011 to compel Mr. Loughner's pediatrician, as well as two medical facilities that treated Mr. Loughner in 2004 and 2006, to produce medical records to the Bureau of Prisons to inform the competency evaluation it is conducting. (Doc. No. 180.)

If opposed to the request, the defense shall file a response and opposition to the government's motion by no later than Tuesday, April 19, 2011, at 5:00 p.m. PST.

**IT IS SO ORDERED.**

DATED: April 11, 2011

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge