# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jared Lee Loughner,<br><br>    Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**BRIEFING ORDER RE: APPLICATION FOR MODIFICATION OF PROTECTIVE ORDER** |

On March 23, 2011, the Court entered a protective order barring the Pima County Sheriff from releasing to the public any reports or materials pertaining to its criminal investigation of Mr. Loughner. (Doc. No. 169.) The government moved for the protective order in the face of a request from The Washington Post, under Arizona's own public records law, for "access to and copies of all records from the Jan. 8, 2011 shooting incident that killed federal Judge John Roll and wounded Congresswoman Gabrielle Giffords, among other casualties." The Sheriff indicated he would comply with the request absent an order from this Court forbidding him from doing so.

The Washington Post, Phoenix Newspapers, Inc. and KPNX Broadcasting Co. have now filed a motion to intervene for the limited purpose of modifying the order. In short, these media entities want the government to review the materials sought by The Washington Post in its original request, release those that do not threaten Mr. Loughner's right to a fair trial (or constitute an unwarranted invasion of privacy), and compile a kind of privilege log that explains why the remaining materials are being withheld.

1 | The Court will rule on the Interveners' motion at the May 25, 2011 hearing. If the government or the defense opposes the motion to intervene or the relief sought by the media entities, they must submit opposition briefs (jointly, if they wish to) by May 3, 2011. The Interveners may file a reply, not to exceed 5 pages, by May 10, 2011.

**IT IS SO ORDERED.**

**DATED: April 11, 2011**

*[signature]*

HONORABLE LARRY ALAN BURNS
**United States District Judge**