FILED

APR 14 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  JARED LEE LOUGHNER. | No. 11-70828 |
| JARED LEE LOUGHNER,<br><br>Petitioner, | D.C. No. 4:11-cr-00187-LAB<br>District of Arizona,<br>Tucson |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON,<br><br>Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>Real Party in Interest. | |

Before:  LEAVY, CLIFTON, and BYBEE, Circuit Judges.

In light of the district court's March 28, 2011 response to the petition for writ of mandamus, the petition is denied as moot with respect to the district court's March 21, 2011 order that the report of any defense-retained expert shall be provided to the district court and government counsel.

AT/MOATT

The petition is also denied with respect to the district court's March 21, 2011 order releasing video recordings of formal clinical interviews of defendant. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

The temporary stay issued March 24, 2011 is lifted.

**DENIED**.