# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NO. 11cr0187 TUC LAB |
|---|---|
| Plaintiff, | **ORDER RE: COMPETENCY HEARING** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

Consistent with the Court's March 28 response to the defense's petition for writ of mandamus, and the Ninth Circuit's denial of that petition, the Court's original order establishing the protocol for the defendant's competency examination (Doc. No. 165) is amended as follows:

The defense is not entitled to commission its own competency examination under 18 U.S.C. §§ 4241 and 4247.  However, in deference to the defense's concern about the impartiality of Bureau of Prisons staff, the Court exercises its discretion to commission an independent examination of the defendant's competency.  See 18 U.S.C. § 4247(b).  The Court appoints Dr. Matthew Carroll of San Diego, California to conduct the independent examination.  Dr. Carroll must conduct his competency examination of the defendant at the Medical Referral Center ("MRC") in Springfield, Missouri, by no later than April 29, 2011, following the protocol and specifications set forth in the Court's original competency order of March 21.  Dr. Carroll shall lodge a written report of his findings, opinions, and reasons supporting them with the Court by no later than May 11, 2011, and shall simultaneously

provide copies to counsel for the defendant and for the Government. Dr. Carroll shall also be available to testify, if necessary, at the competency hearing on May 25. The MRC staff shall facilitate Dr. Carroll's interview of the defendant and otherwise cooperate with Dr. Carroll by providing him with adequate space and time to complete his examination. The Government, likewise, shall cooperate with Dr. Carroll and shall coordinate with the MRC staff to make available to him all medical records and other relevant materials within the Government's control that may inform the competency evaluation and report. The MRC staff shall videotape Dr. Carroll's clinical interview(s) with the defendant, and shall lodge them with the Court as provided in the Court's March 21 order. The parties may request copies of the taped clinical interviews from the Court prior to the competency hearing. Finally, counsel for the defendant may provide Dr. Carroll with any information they deem relevant to the issue of the defendant's competency, and should otherwise make themselves available to speak with Dr. Carroll, insofar as his examination must address the issue whether the defendant is able to assist in his defense.

Nothing in the Court's original order, or this amended order, shall preclude the defense from commissioning its own competency examination of the defendant outside of 18 U.S.C. § 4241, provided the defense examination is completed within the deadlines previously established by this Court for determining whether the defendant is presently competent. If the defense intends to offer testimony from its own examiner at the May 25 competency hearing, the examiner's testimony shall be subject to the disclosure provisions of Fed. R. Crim. P. §§ 16(b)(1)(B) and (C), and shall be subject to the provisions of Federal Rule of Evidence 705 at the hearing. To avoid unfair surprise, and consistent with the provisions of Rule 16(b)(1)(B)(ii), by no later than May 18, 2011, the defense shall notify the Government of any expert witness it intends to call at the hearing and shall provide the Government with a copy of the examiner's report. The MRC staff shall continue to video record all clinical interviews of the defendant and shall lodge all recordings with the Court in compliance with deadlines set forth in the Court's March 21 order.

/ / /

1  Finally, considering that the defendant arrived in Springfield, Missouri on March 23,
2 the 30-day period authorized by 18 U.S.C. § 4247(b) for a competency examination will
3 expire on Friday, April 22. Pursuant to § 4247(b), and following conversations with the MRC
4 staff, the Court extends the time Mr. Loughner may remain in Springfield to April 29.

**IT IS SO ORDERED.**

DATED this 15th day of April, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge