# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                                      Plaintiff,<br>        vs.<br><br>Jared Lee Loughner,<br><br>                                      Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**SEALING ORDER** |

The Court **GRANTS** the Government's request to file under seal its motion relating to the mail handling protocol for the defendant's mail.  The motion pertains to a sealed hearing on the subject the Court held on February 4, 2011.  Additionally, based on the Court's own review of the Government's motion and the attached exhibits, the Court finds the motion contains information that, if publicized, could deprive the defendant of a fair trial.

**IT IS SO ORDERED.**

DATED this 21st day of April, 2011

*Larry A. Burns*
_____

**HONORABLE LARRY ALAN BURNS**
United States District Judge