# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   **LARRY ALAN BURNS**
FROM: R.L. Stovall,   RECEIVED DATE: 4-22-11
CASE NO.: 11cr0187-TUC-LAB   DOCUMENT FILED BY: Defendant
CASE TITLE: USA v. Loughner
DOCUMENT ENTITLED: 4-21-11 Letter to AUSA Knapp

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☑ |  | OTHER: Pursuant to Judge Burns' Standing Order attorneys and parties shall refrain from writing letters to the Court or sending the Court copies of letters addressed to others, or otherwise causing unauthorized ex parte correspondence to be delivered to chambers. |

Date forwarded: 4-22-11

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 4-22-11   By: [signature]   CHAMBERS OF: **LARRY ALAN BURNS, U.S. DISTRICT JUDGE**

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]