UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Jared Lee Loughner,<br><br>    Defendant. | CR 11-0187-TUC-LAB<br><br>**ORDER** |

Pursuant to this Court's Order filed April 27, 2011 [doc. #196] and 45 C.F.R. § 164.512(e)(1)(i),

IT IS HEREBY ORDERED that Henry E. Bianchi, M.D. forthwith transmit copies of his records relating to the defendant Jared Lee Loughner directly to:

> Christina A. Pietz, Ph.D., ABPP
> U.S. Medical Center for Federal Prisoners
> 1900 W. Sunshine
> Springfield MO 65897

IT IS FURTHER ORDERED that Dr. Bianchi notify government counsel when he has complied with this order.

DATED this 27th day of April, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge