1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

                Plaintiff,

     v.

Jared Lee Loughner,

               Defendant.

CR 11-0187-TUC-LAB

**ORDER**

Pursuant to this Court's Order filed April 27, 2011 [doc. #196] and 45 C.F.R. § 164.512(e)(1)(i),

IT IS HEREBY ORDERED that Sonora Behavioral Health Hospital (SBHH) forthwith transmit copies of their records relating to the defendant Jared Lee Loughner directly to:

                Christina A. Pietz, Ph.D., ABPP
                U.S. Medical Center for Federal Prisoners
                1900 W. Sunshine
                Springfield MO 65897

IT IS FURTHER ORDERED that SBHH notify government counsel when it has complied with this order.

DATED this 27th day of April, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge