**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. CR11-0187-TUC LAB |
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL** |
| JARED LEE LOUGHNER, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Defendant's Response to the Government's Motion Concerning BOP's Mail Handling Protocol be filed under seal, for the same reasons as set forth in the Court's Order of April 22, 2011 sealing the Government's motion. (*See* Doc. No. 193.)

SO ORDERED.

DATED this 28th day of April, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge