1 Judy Clarke
Clarke and Rice, APC
2 1010 2nd Avenue, Suite 1800
San Diego, CA 92101
3 (619) 308-8484

4 Mark Fleming
Law Office of Mark Fleming
5 1350 Columbia Street, #600
San Diego, CA 92101
6 (619) 794-0220

7 Reuben Camper Cahn
Ellis M. Johnston III
8 Janet Tung
Federal Defenders of San Diego, Inc.
9 225 Broadway, Suite 900
San Diego, CA 92101
10 (619) 234-8467

11 Attorneys for Defendant Jared Lee Loughner

12                          UNITED STATES DISTRICT COURT

13                              DISTRICT OF ARIZONA

14 UNITED STATES OF AMERICA,        )      Case No. CR 11-0187-TUC LAB
                                    )
15           Plaintiff,             )
                                    )
16 v.                               )      **DEFENDANT'S RESPONSE TO
                                    )      GOVERNMENT'S MOTION
17 JARED LEE LOUGHNER,              )      FOR A PROTECTIVE ORDER**
                                    )
18                                  )
           Defendant.              )
19 _____)

20          On March 16, 2011 the government filed a motion seeking a protective order prohibiting

21 the Pima County Sheriff's Office from releasing its investigative files. [DE 157].  On March 23,

22 2011, the Court granted the government's motion, observing that release of the Sheriff's records

23 would "invite trial of this case in the press rather than in court," a prospect that poses a

24 "substantial threat to the defendant's constitutional right to be tried fairly by an impartial jury."

25 [DE 169, Order at 4].  On April 7, 2011, the Washington Post and other media entities filed a

26 motion to intervene and request modification of the March 23 order to direct the Sheriff's office

27

28

                                            1

1  and the government to review all records, release non-privileged records, and create a privilege

2  log of unreleased records. [DE 179].

3        Given the pending competency proceedings, which involve the serious question of

4  Mr. Loughner's current ability to understand the proceedings and assist in his own defense,

5  counsel for Mr. Loughner request that the court defer action on the media's request.

6  Alternatively, if the court chooses to address the Intervenors' requests before resolving the issue

7  of Mr. Loughner's competency, and should the Government agree (or be ordered) to designate

8  "unprivileged" material for disclosure to the public and the news media, counsel request

9  reasonable advance notice of any such designations and disclosures in order to safeguard

10  Mr. Loughner's fair trial rights.

11

12                                      Respectfully submitted,

13

                                        */s/ Judy Clarke*
14  DATED: May 3, 2011        _____

15                                      JUDY CLARKE
                                        MARK FLEMING
16                                      REUBEN CAMPER CAHN
                                        Attorneys for Jared Lee Loughner

17

18

19

20

21

22

23

24

25

26
    Copies of the foregoing served electronically to:
27  Wallace H. Kleindienst, Beverly K. Anderson
    Christina M. Cabanillas, Mary Sue Feldmeier
28

                                        2