1  Judy Clarke
   Clarke and Rice, APC
2  1010 2nd Avenue, Suite 1800
   San Diego, CA 92101
3  (619) 308-8484

4  Mark Fleming
   Law Office of Mark Fleming
5  1350 Columbia Street, #600
   San Diego, CA 92101
6  (619) 794-0220

7  Reuben Camper Cahn
   Ellis M. Johnston III
8  Janet Tung
   Federal Defenders of San Diego, Inc.
9  225 Broadway, Suite 900
   San Diego, CA 92101
10 (619) 234-8467

11 Attorneys for Defendant Jared Lee Loughner

12                UNITED STATES DISTRICT COURT

13                    DISTRICT OF ARIZONA

14 UNITED STATES OF AMERICA,     )  Case No. CR 11-0187-TUC LAB
                                 )
15       Plaintiff,              )
                                 )
16 v.                            )  **DEFENDANT'S MOTION TO**
                                 )  **WITHDRAW DOCUMENT 202**
17 JARED LEE LOUGHNER,           )
                                 )
18                               )
         Defendant.              )
19 _____)

20       Judy Clarke, Mark Fleming, Reuben Cahn and Federal Defenders of San Diego, Inc.

21 hereby request that this Court authorize the withdrawal of document number 202 from the clerk's

22 record.  This filing had the wrong caption and was linked incorrectly.

23                                    Respectfully submitted,

24
                                      */s/ Judy Clarke*
25 DATED: May 3, 2011            _____

26                                    JUDY CLARKE
                                      MARK FLEMING
27                                    REUBEN CAMPER CAHN
                                      Attorneys for Jared Lee Loughner
28

                                    1

1. Copies of the foregoing served electronically to:
   Wallace H. Kleindienst, Beverly K. Anderson
2. Christina M. Cabanillas, Mary Sue Feldmeier