Judy Clarke
Clarke and Rice, APC
1010 2nd Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

Mark Fleming
Law Office of Mark Fleming
1350 Columbia Street, #600
San Diego, CA 92101
(619) 794-0220

Reuben Camper Cahn
Ellis M. Johnston III
Janet Tung
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 234-8467

Attorneys for Defendant Jared Lee Loughner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JARED LEE LOUGHNER, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CR 11-0187-TUC LAB <br><br> **DEFENDANT'S RESPONSE TO INTERVENOR'S MOTION TO MODIFY PROTECTIVE ORDER** |

On March 16, 2011 the government filed a motion seeking a protective order prohibiting the Pima County Sheriff's Office from releasing its investigative files. [DE 157]. On March 23, 2011, the Court granted the government's motion, observing that release of the Sheriff's records would "invite trial of this case in the press rather than in court," a prospect that poses a "substantial threat to the defendant's constitutional right to be tried fairly by an impartial jury." [DE 169, Order at 4]. On April 7, 2011, the Washington Post and other media entities filed a motion to intervene and request modification of the March 23 order to direct the Sheriff's office

and the government to review all records, release non-privileged records, and create a privilege log of unreleased records. [DE 179].

Given the pending competency proceedings, which involve the serious question of Mr. Loughner's current ability to understand the proceedings and assist in his own defense, counsel for Mr. Loughner request that the court defer action on the media's request. Alternatively, if the court chooses to address the Intervenors' requests before resolving the issue of Mr. Loughner's competency, and should the Government agree (or be ordered) to designate "unprivileged" material for disclosure to the public and the news media, counsel request reasonable advance notice of any such designations and disclosures in order to safeguard Mr. Loughner's fair trial rights.

Respectfully submitted,

DATED: May 3, 2011

*/s/ Judy Clarke*

JUDY CLARKE
MARK FLEMING
REUBEN CAMPER CAHN
Attorneys for Jared Lee Loughner

Copies of the foregoing served electronically to:
Wallace H. Kleindienst, Beverly K. Anderson
Christina M. Cabanillas, Mary Sue Feldmeier