# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                             Plaintiff,<br>vs.<br><br>Jared Lee Loughner,<br><br>                             Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER RE: COMPETENCY HEARING** |

The Court has received and made available to counsel the reports of Dr. Pietz and Dr. Carroll containing their respective findings as to the defendant's present mental competency. By no later than 12:00 p.m. on Monday, May 16, counsel shall notify the Court whether they desire to question Dr. Pietz or Dr. Carroll at the hearing on May 25, or, in the alternative, whether reliance on the doctors' reports will be sufficient and their presence at the hearing may be excused.

**IT IS SO ORDERED.**

DATED this 11th day of May, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge