# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>   vs.<br><br>Jared Lee Loughner,<br><br>                    Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER RE: DEFENDANT'S COMMUNICATIONS WITH THE COURT** |

The Court has recently received two letters from the defendant. Counsel for the defendant and the Government were informed that the Court received the letters, but they have not seen them.

The Court has determined that counsel for the defendant should have copies of the two letters, as the subject matter pertains to the attorney-client relationship. For the same reason, however, the Court has also determined that the letters should not be disclosed to the Government. Accordingly, copies of the defendant's two letters to the Court will be provided *ex parte* to his counsel.

**IT IS SO ORDERED.**

DATED this 11th day of May, 2011

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

11cr0187-TUC LAB