Judy Clarke
Clarke and Rice, APC
1010 2nd Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

Mark Fleming
Law Office of Mark Fleming
1350 Columbia Street, #600
San Diego, CA 92101
(619) 794-0220

Reuben Camper Cahn
Ellis M. Johnston III
Janet Tung
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 234-8467

Attorneys for Defendant Jared Lee Loughner

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0187-TUC LAB |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTIFICATION RE: TESTIMONY OF DR. PIETZ AND DR. CARROLL** |
| JARED LEE LOUGHNER, | |
| Defendant. | |

Having discussed this court's order of May 11, 2011 with counsel for the government, and based on our understanding that the government does not intend to dispute the conclusions of Dr. Pietz and Dr. Carroll, undersigned counsel hereby notify the court that neither Dr. Pietz nor Dr. Carroll need to be present for the hearing on May 25, 2011, and that the doctor's reports are sufficient for the court to make a finding.

DATED: May 16, 2011                 Respectfully submitted,

                                      */s/ Judy Clarke*

JUDY CLARKE
MARK FLEMING
REUBEN CAMPER CAHN
Attorneys for Jared Lee Loughner

1

Copies of the foregoing served electronically to:
Wallace H. Kleindienst, Beverly K. Anderson
Christina M. Cabanillas, Mary Sue Feldmeier