DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Jared Lee Loughner,<br><br>  Defendant. | CR 11-0187-TUC-LAB<br><br>**GOVERNMENT'S NOTICE RE: TESTIMONY OF DR. PIETZ AND DR. CARROLL** |

Now comes the United States of America, by and through its attorneys undersigned, having discussed this Court's order of May 11, 2011 with counsel for the defendant, and based on the understanding that the defense does not intend to dispute the conclusions of Dr. Christina Pietz and Dr. Matthew Carroll, or call any additional witnesses, the government hereby notifies the Court that neither Dr. Pietz nor Dr. Carroll need be present for the May 25, 2011, hearing, and that the doctors' reports are sufficient for the Court to make a finding on the issue of competency.

Respectfully submitted this 16th day of May, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/Wallace H. Kleindienst*

WALLACE H. KLEINDIENST
Assistant U.S. Attorneys

1  Copy of the foregoing served electronically
   or by other means this 16th day of May, 2011, to:
2
   Judy C. Clarke, Esq.
3  Mark F. Fleming, Esq.
   Reuben Camper Cahn, Esq.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28