# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | | CASE NO. 11cr0187 TUC LAB |
|---|---|---|
| | Plaintiff, | **ORDER TO SEAL** |
| vs. | | |
| Jared Lee Loughner, | | |
| | Defendant. | |

**IT IS HEREBY ORDERED** that the Government's reply to the defendant's response to the motion relating to the mail handling protocol for the defendant's mail be filed under seal, for the same reasons set forth in the Court's Order of April 22, 2011 sealing the Government's motion. (*See* Doc. No. 193.)

This Order is **not** to be filed under seal, and the Clerk is directed to unseal the Order sealing the defendant's response to the Government's motion. (Doc. No. 199.)

**IT IS SO ORDERED.**

DATED this 13th day of May, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge