DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Bev.Anderson@usdoj.gov
Christina.Cabanillas@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jared Lee Loughner,<br><br>Defendant. | CR 11-0187-TUC-LAB<br><br>**GOVERNMENT'S REQUEST FOR DISCLOSURE**<br><br>(Pursuant to Rule 16(b), F.R.C.P.) |

COMES NOW the United States of America, by and through its undersigned counsel, and hereby states that the defendant has requested disclosure under Rule 16(a)(1) of the Federal Rules of Criminal Procedure and that the government has complied with these requests and acknowledges its continuing duty to disclose.

Wherefore, the United States of America hereby requests pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure that the defendant provide the government with the following in a timely manner:

1. **Documents and Tangible Objects.** Permit the government to inspect and copy or photograph all books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial. Rule 16(b)(1)(A), F.R.C.P.

2. **Reports of Examinations and Tests.** Permit the government to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests

or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony. Rule 16(b)(1)(B), F.R.C.P.

    3. **Expert Witnesses.** Disclosure of a written summary of testimony the defendant intends to use under Rules 7002, 703 and 705 of the Federal Rules of Evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefore, and the witnesses' qualifications. Rule 16(b)(1)(C).

    4. **Continuing Duty to Disclose.** Prompt notification of the existence and/or disclosure of additional evidence or material which is subject to discovery or inspection under Rule 16(b) up to and through trial in this case.

    Respectfully submitted this 23rd day of May, 2011.

    DENNIS K. BURKE
United States Attorney
District of Arizona

*s/Wallace H. Kleindienst*

WALLACE H. KLEINDIENST
Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 23rd day of May, 2011, to:

Judy C. Clarke, Esq.
Mark F. Fleming, Esq.
Reuben Camper Cahn, Esq.

2