LEWIS AND ROCA LLP LAWYERS

One South Church Avenue Suite 700
Tucson, Arizona 85701-1611
Telephone: (520) 622-2090

Erin O. Simpson, State Bar No. 021325
Direct Dial: (520) 629-4470
Direct Fax: (520) 879-4729
EMail: ESimpson@LRLaw.com

Keli B. Luther, State Bar No. 021908
Crime Victim Enforcement Project
P. O. Box 877906
Tempe, AZ 85287
E-Mail: kluther@voiceforvictims.org
Telephone: (480) 965-5640
Facsimile: (480) 956-3229

Attorneys for Crime Victim Bill D. Badger

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. CR 11-0187 TUC LAB |
| vs. | **MEMORANDUM RE: FEDERAL CRIME VICTIM'S RIGHTS** |
| Jared Lee Loughner, | |
| Defendant, | |
| Bill D. Badger (Count #30 and #31), | |
| Crime Victim. | |

Comes now Col. Bill D. Badger, Crime Victim pursuant to 18 USC § 3771(e), by and through undersigned counsel, and respectfully asks that the Court take into consideration its obligation to ensure that crime victims are afforded their rights under the Federal Crime Victim Act, 18 USC § 3771 ("CVRA"), with regard to the Motion to Modify Protective Order (Doc. 179) filed by various press organizations (the "Motion").

Under the CVRA, crime victims are afforded several specific rights, including the right to be treated with fairness and with respect for the victim's dignity and privacy. 18 USC § 3771(a)(8); *United States v. Turner*, 367 F.Supp.2d 319, 322 (E.D.N.Y. 2005). Further, in any court proceeding involving an offense against a crime victim, the court *proactively* is to ensure that the crime victim is afforded these rights. See 18 USC § 3771(b)(1); *Turner*, 367 F.Supp.2d at 323. The crime victim or his legal representative is

282978.1



1  entitled to assert these rights, and has direct standing to vindicate his procedural and
2  substantive rights in criminal cases independently of prosecutors.  See 18 USC §
3  3771(d)(1); *Turner*, 367 F.Supp.2d at 322.  Col. Badger is a crime victim under this statute
4  - a person directly and proximately harmed as a result of the commission of a federal
5  offense.  18 USC § 3771(e).
6        In light of these statutory rights and in the event that victim information is included
7  within the Pima County Sheriff Department's documents and other materials currently
8  being sought by the media, Col. Badger respectfully requests that the Court order that any
9  information within the records that relates to crime victims in this case, and in particular,
10 Col. Badger, at a minimum be redacted before any public release.  He further requests that
11 the Court provide him a reasonable opportunity to review any material pertaining to him
12 before its release to make sure that the redaction is broad enough to protect the privacy
13 rights established by the CVRA.
14       DATED this 24th day of May, 2011.
15                               LEWIS AND ROCA LLP

17                     By   /s/ Erin O. Simpson
                           Erin O. Simpson

19                        ---and---

                    Keli B. Luther, State Bar No. 021908
                    Crime Victim Enforcement Project
                    P. O. Box 877906
                    Tempe, AZ  85287
                    Telephone:  (480) 965-5640

                    Attorneys for Crime Victim Bill D. Badger

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Beverly K. Anderson
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
bev.anderson@usdoj.gov

David Jeremy Bodney
Steptoe & Johnson LLP
Collier Center
201 E. Washington St., Ste. 1600
Phoenix. AZ 85004-2382
dbodney@steptoe.com

Christina Marie Cabanillas
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
christina.cabanillas@usdoj.gov

Reuben Camper Cahn
Federal Defenders of San Diego Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Reuben_Cahn@fd.org

Judy C. Clarke
Clarice & Rice
APC 1010 2nd Avenue, Suite 1800
San Diego, CA 92101
judyclarke@jcsrlaw.net

Mary Sue Feldmeier
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
mary.sue.feldmeier@usdoj.gov

Mark Francis Fleming
Law Office of Mark Fleming
1350 Columbia Street, Suite 600
San Diego. CA 92101
mfflaw@cox.net

Wallace Heath Kleindienst
US Attorney's Office
405 W. Congress St., Ste 4800
Tucson, AZ 85701-4050
wallace.kleindienst@usdoj.gov

3

282978.1

| | |
|---|---|
| 1 | Peter Shawn Kozinets |
| 2 | Steptoe & Johnson LLP<br>201 E. Washington St., Ste. 1600 |
| 3 | Phoenix, AZ 85004-2382<br>pkozinets@steptoe.com |
| 4 | Dominic William Lanza |
| 5 | US Attorney's Office<br>40 N. Central Ave., Ste. 1200 |
| 6 | Phoenix, AZ 85004<br>dominic.lanza@usdoj.gov |
| 7 | Michael L Piccarreta |
| 8 | Piccarreta & Davis P.C.<br>145 S. 6th Ave. |
| 9 | Tucson, AZ 85701<br>mlp@pd-law.com |
| 10 | /s/ Yvonne S. Ross |