Minutes of the United States District Court
District of Arizona

**Wednesday, May 25, 2011**

**Hon. LARRY A. BURNS**          **Deputy Clerk: T. Weisbeck**          **Reporter:  Eva Oemick**

Time: 1 hr 25 mins

04:11cr0187-TUC LAB

USA v
    JARED LEE LOUGHNER

                                Mark Fleming
                                Reuben Cahn, FD
Motion Hearing                     Judy Clarke
Competency Hearing

                                David Bodney (media atty)

                                Wallace Kleindienst, AUSA
                                 Mary Sue Feldmeier, AUSA
                                Beverly Anderson, AUSA
                                Dominic Lanza, AUSA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Motion of The Washington Post, Phoenix Newspapers, Inc. and KPNX Broadcasting Co. to Modify the March 23, 2011 Order Granting Protective Order  - DENIED, IN PART.  MODIFIED ORDER ISSUED.


Competency hearing held. The Court finds the defendant incompetent to stand trial.  Time excluded XN 5/25/2011 to 9/21/2011.  The Court hereby orders the defendant committed to the custody of the Attorney General for hospitalization at the Federal Medical Facility in Springfield, Missouri, pursuant to 18 U.S.C. 4241(d).  The Director of the facility shall send a report to counsel and chambers by 8/31/2011.  Status hearing set for 9/21/2011 at 10:00 A.M. before Judge Larry Alan Burns.