CURRICULUM VITAE

## MATTHEW F. CARROLL, M.D.
### ADULT AND FORENSIC PSYCHIATRY

3131 Camino del Rio North Suite 270
San Diego, CA  92108
(619)282-7172
fax (619)282-7626
e-mail:  matthewfcarroll@gmail.com

| | |
|---|---|
| **AREAS OF EXPERTISE:** | Fellowship trained and Board Certified Forensic Psychiatrist.  Specializing in civil and criminal cases involving psychiatric issues.  Thousands of evaluations performed, extensive courtroom experience, valuable clinical expertise. |
| **SERVICES:** | Independent Medical Evaluations (IME) ● Disability ● Fitness for duty ● Psychiatric malpractice ● Peer review ● Emotional distress ● Personal injury ●  Post traumatic stress disorder ● Testamentary capacity ● Parenting evaluations ● Malingering ● Competency ● Insanity ● Pre-sentencing evaluations ● Death penalty ● Military ● Qualified Medical Examiner (QME) ● Workman's Compensation ● Emergency Psychiatry ● Conservatorship evaluations |
| **EDUCATION:** | Cornell University<br>Ithaca, New York<br>B.S. (Honors), Biology, June 1984<br><br>George Washington University School of Medicine<br>Washington, D.C.<br>M.D., May 1989 |
| **CLINICAL TRAINING:** | <u>Internship</u><br>Psychiatry<br>Naval Medical Center San Diego<br>July 1989 - June 1990<br><br><u>Residency</u><br>Psychiatry<br>Naval Medical Center San Diego<br>July 1993 - July 1997 |

|  |  |
|---|---|
|  | Fellowship<br>Forensic Psychiatry<br>Case Western Reserve University<br>July 1998 - June 1999 |
| **EMPLOYMENT:** | Forensic Psychiatrist<br>Private Practice<br>January 2002 to present |
|  | San Diego County Forensic Evaluation Unit<br>Forensic Psychiatrist<br>June 2000 to present |
|  | Department of Veterans Affairs<br>San Diego Compensation and Pension Clinic<br>Psychiatric evaluations, Posttraumatic stress disorder evaluations (PTSD)<br>January 2002 to present |
|  | San Diego County Psychiatric Hospital<br>Emergency Psychiatric Unit<br>Staff Psychiatrist<br>July 1999 to present |
|  | Naval Medical Center San Diego<br>Forensic Psychiatrist<br>Staff Psychiatrist<br>July 1999 - January 2002 |
|  | Naval Consolidated Brig<br>Miramar, San Diego<br>Consulting Psychiatrist<br>Sex Offender Treatment Program<br>July 1999 - July 2001 |
|  | Naval Hospital Bremerton<br>Inpatient Medical Director<br>Medical Director Alcohol Rehabilitation Center<br>Staff Psychiatrist<br>August 1996 - June 1998 |

|  |  |
|---|---|
|  | Naval Alcohol Rehabilitation Center<br>Pearl Harbor, Hawaii<br>Medical Director<br>July 1990 - July 1993 |
| **MILITARY SERVICE:** | Armed Forces Health Professions Scholarship<br>1984 - 1989<br><br>United States Navy, active duty<br>May 1989 - January 2002 |
| **CERTIFICATIONS:** | American Board of Psychiatry and Neurology<br>Board certified in Psychiatry<br><br>American Board of Psychiatry and Neurology<br>Forensic Psychiatry subspecialty certified<br><br>Qualified Medical Evaluator (QME)<br>State of California<br><br>Medical Board of California<br>Expert Reviewer<br><br>California medical license (active) |
| **UNIVERSITY AFFILIATIONS:** | Assistant Clinical Professor, University of California, San Diego (UCSD) School of Medicine<br>Department of Psychiatry<br>July 2000 to present<br><br>University of San Diego, School of Law<br>Adjunct Professor<br>August 2002 – August 2009 |
| **TEACHING AND PUBLICATIONS:** | Preceptor<br>UCSD Psychiatry residents and medical students<br><br>Naval Medical Center Psychiatry residents<br>Forensic Evaluation Unit<br><br>Lecturer<br>UCSD Forensic Psychiatry Course<br><br>Guest Lecturer<br>UCSD Psychiatry Department and UCSD School of Medicine |

Guest Lecturer
USD School of Law
Law and Mental Health Course

Lecture on Posttraumatic Stress Disorder
County of Riverside Public Defenders Office- July 9, 2010

Lecture on Mental Competency
San Diego Psych-Law Society – May 28, 2010

Lecture on Substance Abuse for Attorneys
Bonnie R. Moss & Associates – March 3, 2010

Forensic Aspects of Posttraumatic Stress Disorder
American College of Forensic Psychiatry – March 19, 2009

Lecture on Alcohol and Drug Abuse
Law Firm of Latham and Watkins (2006-2009)

Presentation on Suicide: Practical patient safety for the doctor from risk assessment to risk reduction
American Psychiatric Association – May 24, 2007

American Psychiatric Association – May 24, 2007
Moderator- Medical Board of California Medical Expert Witness Training

Lecture on Right to Refuse Treatment
Mental Health Department, San Diego County (2006)

Lecture on Psychiatric Malpractice
Kaiser Permanente Medical Staff (2004)

Lecture on Legal Aspects of Psychiatry
U.S. Attorneys, San Diego Office (2004)

Lecture on Posttraumatic Stress Disorder
Mental Health Department, San Diego County (2004)

Lecture on Alcohol Induced Blackouts
Office of the District Attorney, San Diego (2003)

●*Additional lectures available on request*●

Carroll MF: Deception in Military Psychiatry.  American Journal of Forensic Psychiatry 2002; 22:1:53-62.

|  |  |
|---|---|
|  | Carroll MF:  Malingering in the Military.  Psychiatric Annals 2003;33:11:732-736. |
| **PROFESSIONAL AFFILIATIONS:** | American Psychiatric Association |
|  | American Academy of Psychiatry and the Law |
|  | San Diego Psychiatric Society |
|  | American College of Forensic Psychiatry |
|  | San Diego Psych-Law Society (board member) |
| **SELECTED CASES OF MEDIA INTEREST:** | U.S. v. Jared Loughner:  Multiple murder allegations, competency evaluation. |
|  | CA. v. John Gardner:  Pre-sentence evaluation, multiple murder conviction. |
|  | U.S. v. Marshall Magincalda:  Murder allegation against U.S. Marine in Hamdaniya, Iraq.  Consultant to the defense. |
|  | U.S. v. Jermaine Nelson:  Murder, allegation against U.S. Marine in Fallujah, Iraq.  Consultant to the defense. |
|  | CA. v. Michael Monroe Brown:  Multiple murders (NGRI.)  Sanity evaluation and testimony. |
|  | Bagby v. La Jolla Country Day:  Civil suit alleging bullying.  Consultant and testimony for the defense. |