Christina A. Pietz, Ph.D., ABPP
U.S. Medical Center for Federal Prisoners
1900 W. Sunshine
Springfield, Missouri 65808
Phone: (417) 862-7041

**CURRICULUM VITAE**

**EDUCATIONAL BACKGROUND**

Degree:            Doctor of Philosophy, August 1989
School:            Texas A & M University, College Station, Texas
Major:             Counseling Psychology (APA approved)


Clinical Internship:   University of Texas Health Science Center at Houston (APA
                       Approved)

Postdoctoral Fellowship:  University of Texas Health Science Center at Houston


Degree:            Master of Arts in Clinical Psychology, 1984
School:            Sam Houston State University, Huntsville, Texas
Major:             Clinical Psychology


Degree:            Bachelor of Arts, 1982
School:            Creighton University, Omaha, NE
Major:             Psychology

## WORK EXPERIENCE

| | |
|---|---|
| 8-90-Present | Staff Psychologist<br>United States Medical Center for Federal Prisoners, Springfield, Missouri<br><br>Responsibilities:  Forensic evaluations for involuntary commitments, competency to stand trial, dangerousness, criminal responsibility, and other court referrals, and expert testimony for U.S. District Courts.  Psychological testing, crisis intervention, inservice training, supervision  of pre-doctoral psychology interns in an A.P.A. accredited program, consultation with personnel and correctional administrators, and employee assistance. |
| 8-02-Present | Burrell Behavioral Health<br><br>Responsibilities:  Individual therapy for a variety of patients. |
| 11-01-present | Director of Forensic Training<br>Forest Institute of Psychology |
| 1-10 to present | President-Elect<br>American Board of Forensic Psychology |
| 10-09-present | Credentialing Review Officer<br>American Board of Forensic Psychology |
| 1-08 to 10-09 | Member, Recording Secretary<br>American Board of Forensic Psychology |
| 4-01-present | Member, Board of Directors<br>Graduate Advisory Council<br>Drury University |
| 2-05-7-09 | Member, Board of Directors<br>AIDS Project of the Ozark |
| 3-91-7-02 | St. John's Behavioral Health Care<br><br>Responsibilities:  Individual therapy for a variety of patients. |
| 6-00-11-01 | Adjunct Faculty<br>Forest Institute of Psychology |

| | |
|---|---|
| 6-91-8-00 | Director of Clinical Training<br>United States Medical Center for Federal Prisoners, Springfield, Missouri<br><br>Responsibilities:  Supervision of interns selected for APA approved clinical internship. |
| 3-94-3-99 | Member, Board of Directors<br>Missouri Victim Center |
| 7-89-8-90 | Post-doctoral Fellow<br>University of Texas Health Science Center<br><br>Responsibilities:  Individual Therapy, Group Therapy, Assessments, Intakes, Research, Supervision of Practicum Students, and Rorschach Seminar. |
| 1-89-8-90 | Instructor (Part-Time)<br>Houston Community College<br><br>Responsibilities:  Teaching undergraduate courses "Abnormal and Personality Psychology" and "Introduction to Psychology." |
| 8-86-5-88 | Lecturer<br>Texas A&M University,<br>College Station, Texas<br><br>Responsibilities:  Teaching undergraduate course, "Improvement of Learning." Administrative duties included coordinating all sections of course, ordering of books and materials required for course, and some training of new instructors. |
| 1-86-7-88 | Psychological Associate<br>Dr. Arden and Associates<br>Private Practice<br>Bryan, Texas<br><br>Responsibilities:  Individual and group counseling for clients ranging in age from children to adults with problems ranging from situational to psychosis.  Predominant clientele were victims of sex abuse and sex offenders. |
| 9-85-7-88 | Psychometrist<br>Dr. Edwards<br>Private Practice<br>Bryan, Texas |

                        Responsibilities:  Psychological assessment of individuals applying for disability pay as referred by the Texas Rehabilitation Commission.  Battery of tests included Wechsler Intelligence Scale, Wide Range Achievement Test, Bender Gestalt, MMPI, and Rorschach.

8-85-8-86             Graduate Teaching Assistant
                        Texas A&M University
                        College Station, Texas

                        Responsibilities:  Teaching undergraduate course "Improvement of Learning."

8-84-8-85             Associate Clinical Psychologist
                        Texas Department of Corrections
                        Huntsville, Texas

                        Responsibilities:  Assessment of transient inmates to help determine appropriate unit placement and psychological services needed such as crisis intervention and some brief counseling.

8-82-5-84             Graduate Teaching Assistant
                        Sam Houston State University
                        Huntsville, Texas

                        Responsibilities:  Teaching undergraduate course "Introduction to Psychology."

8-81-5-82             Teaching Assistant
                        Creighton University
                        Omaha, NE

                        Responsibilities:  Assisted professor for undergraduate course "Introduction to Psychology."

## PUBLICATIONS

Beckham, C., Spray, B. & Pietz, C. (June 2007). Jurors Locus of Control and Defendant's Attractiveness in Death Penalty Sentencing. *Journal of Social Psychology, V. 147 (3), 285-298.*

Gassen, M., Pietz, C., Spray, B. & Denney, R. (April 2007). Accuracy of Megargee's Criminal Offender Infrequency (Fc) Scale in Detecting Malingering Among Forensic Examinees. *Criminal Justice and Behavior, V. 34(4), 493-504.*

McLearin, A., Pietz, C., & Denney, R. (2004). Evaluation of psychological damages chapter 13 in *Handbook of Forensic Psychology,* 267-299. W. O'Donohue and Eric Levinsky (eds.). Academic Press.

Neller, D., Denney, R., Pietz, C. & Tomlinson, R.P. (June 2005). Testing the trauma model of violence. *Journal of Family Violence.* V 20(3) 151-159.

Neller, D., Denney, R. & Pietz, C. & Tomlinson, R. P. (2006). The relationship between trauma and violence in a jail inmate sample. *Journal of Interpersonal Violence.* V 21 1234-1241.

Pietz, C. 2009. Guest Editor, Special Issue: Whither *Sell v. U.S.?* Involuntary Medication for Competency Restoration Treatment. *Journal of Psychiatry and the Law* V. 37(4), 331-334.

Pietz, C., & Mann, J. (1989). The importance of having a female co-therapist in a child molester's group. *Professional Psychology: Research and Practice.* V.20(4), 265-268.

Pietz, C., DeMier, R., Dienst, R., Scully, B. & Green, J. 1998. Psychology internship training in a correctional facility. *Criminal Justice and Behavior.* V. 25(1), 99-108.

## PRESENTATIONS

Cook, D. Mathews, B. & Pietz, C. (2003, April). *Examination of the Superlative Scale in a Forensic Setting.* Poster session presented at the Mental Health in Corrections Symposium, Kansas City, MO.

DeMier, R., Scully, B., Pietz, C., Dienst, R., & Green, J. (1995, June). *Internship Training in a Correctional Facility.* Paper presented at the Mental Health In Corrections Symposium, Kansas City, MO.

Gassen, M., Pietz, C., & Denney, R. (2005, March). *An Examination of the Construct Validity of Megargee's Infrequency-Criminal Scale (Fc).* Poster session presented at the AP-LS Conference, La Jolla, California.

Lopez, I. & Pietz, C.A. (2008, August).  *Statistical Analysis of Case Law Involving the Batson Objection*.  Poster presentation at the American Psychological Association Convention in Boston, Massachusetts.

Lopez, I. & Pietz, C.A. (2009, August).  *Further Statistical Analysis of Case Law Involving the Batson Objection*.  Paper presentation at the American Psychological Association Convention in Toronto, Canada.

Mann, J. & Pietz, C. (1988, January).  *Conducting sexual abuse offender groups with the basic I.D. model*.  Paper presented at the Texas Association for Marriage and Family Therapy Convention, San Antonio, TX.

Mathews, B.M., Gassen, M.D., Pietz, C.A., & Tempelmeyer, T.C. (2004, May).  *Validation of Megargee's Fc Scale for the MMPI-2*.  Symposium presentation at the 39th Annual Symposium on Recent Developments on the MMPI-2-MMPI-A in Minneapolis, MN.

Mathews, B.M., Gassen, M.S., Pietz, C.A., & Tempelmeyer, T.C. (2004, July).  *Validation of Megargee's Fc Scale for the MMPI-2*.  Poster presentation at the American Psychological Association Convention in Honolulu, HI.

Mattson, C. Pietz, C., Brinkely, C., Magaletta, P., & Nelson, C.  (2008, August).  *Examining Institutional Adjustment Among Federally Incarcerated Females Using the PAI*.  Paper presented at the APA Convention, Boston, Massachusetts.

Pietz, C. (2002, May).  *Testifying in Court*.  Continuing education presentation at the Mental Health in Corrections Symposium, Kansas City, MO.

Pietz, C. & Brown, B. (1999, August).  *So you want to be a correctional psychologist*.  Symposium presented at the American Psychological Association Convention, Boston, MA.

Pietz, C., & Mann, J. (1988, April).  *The importance of having a female co-therapist in a child molester group*.  Paper presented at Southwest Psychological Association Convention, Tulsa, Oklahoma.

Pietz, C. & Wolfson, J. (2001, June).  *Forcibly medicating incompetent defendants*.  Lecture presented at the Eleventh Annual Mental Health in Corrections Symposium held by the Mental Health Corrections Consortium.

Rowley-Putney, M.L., Denney, R., and Pietz, C.  (2009).  *Accuracy of the MMPI-2 Fake Bad Scale, Response Bias Scale, and Henry-Heilbronner Index in Detecting Definite Malingered Neurocognitive Dysfunction Among Male Criminals*.  Poster presented at the International Neuropsychological Society Conference, Atlanta, GA.

Samlaska, K., Schmidt, L., & Pietz, C. (2008, August).  Qualitative analysis of categorical versus dimensional diagnoses in personality disorders.  Poster presented at the American Psychological Association (APA), Boston, MA.

## PROFESSIONAL CERTIFICATION

Licensed Psychologist (Missouri) #PYR0275

Diplomate in Forensic Psychology, American Board of Professional Psychology

## PROFESSIONAL AFFILIATIONS

Fellow of the American Academy of Forensic Psychology

American Psychological Association Member of Division 41 - Psychology and Law

American Psychological Association Accreditation Site Visitor

Adhoc Reviewer, <u>Criminal Justice and Behavior</u>