℠AO 435 (Rev. 10/05)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Read Instructions on Back:*

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
|  |  |  |

| 4. FIRM NAME |
|---|
|  |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
|  |  |  |  |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS ||
|---|---|---|---|
|  |  | 11. | 12. |

| 13. CASE NAME | LOCATION OF PROCEEDINGS ||
|---|---|---|
|  | 14. | 15. STATE |

**16. ORDER FOR**

| APPEAL | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
|---|---|---|---|
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | OTHER *(Specify)* |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE |  | TESTIMONY (Specify |  |
| OPENING STATEMENT (Plaintiff) |  |  |  |
| OPENING STATEMENT (Defendant) |  |  |  |
| CLOSING ARGUMENT (Plaintiff) |  | PRE-TRIAL PROCEEDING |  |
| CLOSING ARGUMENT (Defendant) |  |  |  |
| OPINION OF COURT |  |  |  |
| JURY INSTRUCTIONS |  | OTHER (Specify) |  |
| SENTENCING |  |  |  |
| BAIL HEARING |  |  |  |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS |  |  |  |  |  |
| 14 DAYS |  |  |  | PAPER COPY |  |
| 7 DAYS |  |  |  | E-MAIL |  |
| DAILY |  |  |  | DISK |  |
| HOURLY |  |  |  | PDF FORMAT |  |
| REALTIME |  |  |  | ASCII FORMAT |  |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS |
|---|---|
| 19. SIGNATURE |  |
| 20. DATE | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
|  | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY