# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>Jared Lee Loughner,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER DENYING DEFENSE REQUEST FOR ADVANCE NOTICE OF INTENT TO ADMINISTER ANTI-PSYCHOTIC MEDICATION** |

　　　The Court has received a one-sentence motion filed on behalf of the defendant requesting that reasonable notice be given to his counsel before the FMC Springfield staff administers anti-psychotic medication to him. The motion is **DENIED WITHOUT PREJUDICE**.

　　　The Court is confident that the trained medical staff at the Federal Medical Facility are aware the defendant may not be *forcibly* medicated absent a suitability determination and authorization from this Court. *Sell v. United States*, 539 U.S. 166 (2003). If defense counsel is asserting a right to contest any *unforced* treatment regimen selected by the FMC medical staff — which, only if extant, implies a requirement that the FMC staff provide counsel with advance notice of the defendant's *voluntary* decision to take anti-psychotic medication — counsel must file a supplemental motion, more than one sentence long, outlining the legal theory and caselaw supporting such a right. If counsel elects to file a supplemental motion,

///

the Government shall have one week to file a response and opposition, or a statement of non-opposition.

**IT IS SO ORDERED.**

DATED this 2nd day of June, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge