AO 435
(Rev. 10/05)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*Read Instructions on Back:*

| 1. NAME Mayumi Maruyama | 2. PHONE NUMBER (310) 367-8908 | 3. DATE 6/15/2011 |
| --- | --- | --- |

**4. FIRM NAME** NHK Japan Broadcasting

| 5. MAILING ADDRESS 1620 26th Street 1050N | 6. CITY Santa Monica | 7. STATE CA | 8. ZIP CODE 90404 |
| --- | --- | --- | --- |

| 9. CASE NUMBER 4:11-cr-00187-LAB-1 | 10. JUDGE Judge Larry A. Burns | DATES OF PROCEEDINGS |
| --- | --- | --- |
| | | 11.  5/25/2011 | 12. |

| 13. CASE NAME USA v. Loughner | LOCATION OF PROCEEDINGS |
| --- | --- |
| | 14.  Phoenix | 15. STATE  Arizona |

**16. ORDER FOR**

| ☐ APPEAL | ☑ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| --- | --- | --- | --- |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 5/25/2011 |
| ☐ CLOSING ARGUMENT (Defendant) | | Entire Hearing | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
| --- | --- | --- | --- | --- | --- |
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☑ | ☐ | | E-MAIL ☑ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☐ | |
| REALTIME | ☐ | | | ASCII FORMAT ☐ | |

E-MAIL ADDRESS
maruyama@nhkla.com

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

19. SIGNATURE

20. DATE  6/15/2011

**NOTE:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
| --- | --- | --- | --- | --- |
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY