1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF ARIZONA**
8

9 United States of America,                    CASE NO. 11cr0187 TUC LAB

10                              Plaintiff,      **ORDER RE: RESPONSE TO**
                                               **DEFENDANT'S EMERGENCY**
11          vs.                                **MOTION**

12 Jared Lee Loughner,

13                              Defendant.

14

15      Defendant filed with this Court on June 24, 2011, an emergency motion to enjoin
16 forcible medication of defendant.  The government shall file a response to the motion by
17 ***June 28, 2011.***
18      **IT IS SO ORDERED.**
19

20 DATED this 27th day of June, 2011.

21
                              _Larry A. Burns_
22
                              **HONORABLE LARRY ALAN BURNS**
23                            United States District Judge

24
25
26
27
28