# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>Jared Lee Loughner,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER SETTING HEARING ON EMERGENCY MOTION TO ENJOIN FORCIBLE MEDICATION** |
|---|---|

After conferring with counsel, the Court has determined to convene a hearing on Defendant's emergency motion to enjoin forcible medication (Docket number 239) at 2:00 p.m. in Courtroom **7** of the Edward J. Schwartz Federal Courthouse, 940 Front Street, San Diego, California on Wednesday, June 29, 2011.  (Note: The hearing will not be conducted in Judge Burns' regular courtroom).  Counsel for the United States may appear by closed-circuit video conference.

**IT IS SO ORDERED.**

DATED this 28th day of June, 2011.

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

11cr0187-TUC LAB