**LEWIS AND ROCA LLP** — LAWYERS

One South Church Avenue Suite 700
Tucson, Arizona 85701-1611
Telephone: (520) 622-2090

Erin O. Simpson, State Bar No. 021325
Direct Dial: (520) 629-4470
Direct Fax: (520) 879-4729
EMail: ESimpson@LRLaw.com

Keli B. Luther, State Bar No. 021908
**Crime Victim Enforcement Project**
P. O. Box 877906
Tempe, AZ 85287
E-Mail: kluther@voiceforvictims.org
Telephone: (480) 965-5640
Facsimile: (480) 956-3229

Attorneys for Crime Victims
Kenneth W. Dorushka and Carol A. Dorushka

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Jared Lee Loughner, <br><br> Defendant, <br><br> Kenneth W. Dorushka and Carol A. Dorushka (Counts #32 and #33), <br><br> Crime Victims. | No. CR 11-0187 TUC LAB <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR THE VICTIMS AND ASSERTION OF VICTIMS' FEDERAL RIGHTS PURSUANT TO THE CRIME VICTIM RIGHTS ACT, 18 U.S.C. § 3771** |

Kenneth W. Dorushka, Crime Victim named in Counts 32 and 33, and Special Findings 7 and 11, and Carol A. Dorushka, Crime Victim named in Special Finding 7, of the Superseding Indictment filed on March 3, 2011 (CR 129) (collectively, "the Dorushkas"), respectively, by and through undersigned counsel, hereby provides NOTICE OF APPEARANCE OF COUNSEL for the Dorushkas as Crime Victims pursuant to the Crime Victim Rights Act, 18 U.S.C. § 3771 ("CVRA").

Additionally, by and through counsel, the Dorushkas assert the following rights guaranteed by the CVRA:

(1) The right to be reasonably protected from the accused.

284209.1

(2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.

(3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.

(4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.

(5) The reasonable right to confer with the attorney for the Government in the case.

(6) The right to full and timely restitution as provided in law.

(7) The right to proceedings free from unreasonable delay.

(8) The right to be treated with fairness and with respect for the victim's dignity and privacy.

18 U.S.C. § 3771 (a).

The CVRA also includes the following enforcement provisions:

(b) Rights afforded.

(1) In general. - In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a).  Before making a determination described in subsection (a) (3), the court shall make ever effort to permit the fullest attendance possible by the victim and shall consider reasonable alternatives to the exclusion of the victim from the criminal proceeding. The reasons for denying relief under this chapter shall be clearly stated on the record.

. . . .

(d)  Enforcement ...

(1) Rights. - The crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a). . . .

. . . .

(3) Motion for relief and writ of mandamus. - The rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime. . . . The district court shall take up and decide any motion asserting a victim's right forthwith.  If the district court denies the relief sought, the movant may petition the court of appeals for a writ of mandamus.

////

284209.1





Additionally, Rule 17(c)(3) of the Federal Rules of Criminal Procedure protects a victim's privacy, providing that crime victims must be given notice of any attempt to discover personal or confidential information about them and an opportunity to oppose such efforts, stating:

> After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on third parties only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

Fed. R. Civ. P. 17(c)(3).

DATED this 29th day of June, 2011.

          LEWIS AND ROCA LLP

          By   /s/ Erin O. Simpson
                Erin O. Simpson

              ---and---

          Keli B. Luther
          Crime Victim Enforcement Project
          P. O. Box 877906
          Tempe, AZ  85287
          Telephone:  (480) 965-5640

          Attorneys for Crime Victims
          Kenneth W. Dorushka and Carol A. Dorushka

284209.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Beverly K. Anderson
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
bev.anderson@usdoj.gov

David Jeremy Bodney
Steptoe & Johnson LLP
Collier Center
201 E. Washington St., Ste. 1600
Phoenix. AZ 85004-2382
dbodnevasteptoe.com

Christina Marie Cabanillas
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
christina.cabanillas@usdoj.gov

Reuben Camper Cahn
Federal Defenders of San Diego Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Reuben_Cahn@fd.org

Judy C. Clarke
Clarice & Rice
APC 1010 2nd Avenue, Suite 1800
San Diego, CA 92101
iudyclarke@jcsrlaw.net

Mary Sue Feldmeier
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
mary.sue.feldmeier@usdoj.gov

Mark Francis Fleming
Law Office of Mark Fleming
1350 Columbia Street, Suite 600
San Diego. CA 92101
mfflaw@cox.net

Wallace Heath Kleindienst
US Attorney's Office
405 W. Congress St., Ste 4800
Tucson, AZ 85701-4050
wallace.kleindienst@usdoj.gov

284209.1

| | |
|---|---|
| 1 | Peter Shawn Kozinets |
| 2 | Steptoe & Johnson LLP<br>201 E. Washington St., Ste. 1600 |
| 3 | Phoenix, AZ 85004-2382<br>pkozinets@steptoe.com |
| 4 | Dominic William Lanza |
| 5 | US Attorney's Office<br>40 N. Central Ave., Ste. 1200 |
| 6 | Phoenix, AZ 85004<br>dominic.lanza@usdoj.gov |
| 7 | Michael L Piccarreta |
| 8 | Piccarreta & Davis P.C.<br>145 S. 6th Ave. |
| 9 | Tucson, AZ 85701<br>mlp@pd-law.com |
| 10 | /s/ Yvonne S. Ross |

284209.1