# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>Jared Lee Loughner,<br><br>　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**SEALING ORDER** |

　　　Exhibits B, C, and E to the defendant's motion to enjoin forcible medication (Doc. No. 239) shall be filed under seal. These exhibits, which relate to the Bureau of Prison's finding that the defendant should receive anti-psychotic medication because he is a danger to others, contain sensitive medical information. The Court finds publication of these exhibits would compromise the defendant's fair trial and privacy rights.

　　　For the same reason, Exhibit 1 to the Government's response (Doc. No. 241) shall be filed under seal.

　　　**IT IS SO ORDERED.**

DATED this : June 29, 2011

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge