MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JUNE 29, 2011

<u>Case</u>:  USA VS. JARED LEE LOUGHNER                Case No:  4:11CR187-TUC LAB

<u>HON. Larry A. Burns</u>            <u>Clerk: T. Weisbeck    Court Reporter: Eva Oemick</u>


<u>Plaintiff(s)</u>:  Wallace Kleindienst; Mary Sue Feldmeier; Beverly Anderson (video conference)

<u>Defendant(s)</u>: Judy Clarke; Reuben Cahn, FD; Mark Fleming


Video Conference re: defendant's emergency motion to immediately enjoin forcible medication
_____
1 hr 40 mins

Counsel waives defendant's presence.

Video Conference re: defendant's emergency motion to immediately enjoin forcible medication held. Court to issue order.