Judy Clarke
Clarke and Rice, APC
1010 2nd Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

Mark Fleming
Law Office of Mark Fleming
1350 Columbia Street, #600
San Diego, CA 92101
(619) 794-0220

Reuben Camper Cahn
Federal Defenders of San Diego, Inc.
225 Broadway, Suite       900
San Diego, CA 92101
(619) 234-8467

Attorneys for Defendant Jared Lee Loughner

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>-vs-<br><br>**JARED LEE LOUGHNER**,<br><br>    Defendant. | 11CR-0187-TUC LAB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant, **JARED LEE LOUGHNER,** appeals to the United States Court of Appeals for the Ninth Circuit from the court's ruling in this action denying the defendant's motion to immediately enjoin forcible medication.  The Court denied the motion from the bench on **June 29, 2011** with a written order to follow.

RESPECTFULLY SUBMITTED: **July 1, 2011**.


       _/Judy Clarke/_
      Judy Clarke
      Mark Fleming
      Reuben Cahn

      Attorneys for Defendant Jared Lee Loughner

Copy to:  Wallace Kleindienst
United States Attorney's Office