# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NO. 11cr0187 TUC LAB |
|---|---|
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

On July 15, 2011, the defense filed a "Request for Videotaping of Restoration Procedures." The Court invites full briefing on the request. In accordance with the District of Arizona's Civil Local Rule 7.2, the Government shall file an opposition by July 29, and the defense may file a reply by August 5. The Court will determine at that time whether oral argument will be necessary.

**IT IS SO ORDERED.**

DATED this 19th day of July, 2011.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

11cr0187-TUC LAB