DENNIS K. BURKE
United States Attorney
District of Arizona
BRUCE M. FERG
Assistant U.S. Attorney
State Bar No. 003544
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
bruce.ferg@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jared Lee Loughner,<br><br>　　　　Defendants. | CR 11-00187-TUC-LAB<br><br>**NOTICE OF APPEARANCE<br>OF GOVERNMENT COUNSEL** |

　　Now comes the United States of America, by and through it's attorneys undersigned, and gives notice that BRUCE M. FERG files his appearance as counsel for the United States of America in the above-captioned matter.

　　Respectfully submitted this 25th day of July, 2011.

　　　　　　　　　　　　　　　　DENNIS K. BURKE
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　*s/ Bruce M. Ferg*

　　　　　　　　　　　　　　　　BRUCE M. FERG
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 25th day of July, 2011, to:

Judy C. Clarke, Esq.
Mark Frances Fleming, Esq.
Reuben Camper Cahn, Esq.