# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br>Jared Lee Loughner,<br>　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**SCHEDULING ORDER** |

Three motions were filed in this case on August 11. First, the Government filed a motion to compel defense counsels' compliance with Fed. R. Crim. P. 17(c). (Dkt. No. 277.) Second, the defense filed an emergency motion for a hearing on the ongoing medication of the defendant.[1] (Dkt. No. 278.) Third, the defense filed a motion asking the Court to reconsider its denial of the defense's request for videotaping of restoration procedures. (Dkt. No. 279.)

//
//
//
//

---

[1] This motion is titled "Defendant's Emergency Motion for Prompt Post-Deprivation Hearing on Forced Medication," and seeks "a prompt hearing to review the ongoing forced administration of psychotropic drugs to Mr. Loughner by prison officials." The Court construes the motion as a challenge to whether prison officials may medicate the defendant on an emergency basis without prior authorization by a court following an adversarial hearing.

The nonmoving party may oppose the motions by filing opposition papers no later than noon on August 22.  The Court will hear oral argument on August 26 at 11:00 a.m.  The hearing will be held in Courtroom 9 of the United States District Court for the Southern District of California.  Counsel for the Government may appear by video conference or in person.

**IT IS SO ORDERED.**

DATED: August 17, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge