**Keli B. Luther (AZ Bar # 021908)**
Arizona Voice for Crime Victims
P.O. Box 875920
Tempe, AZ 85287-5920
602-258-1812
E-Mail: kluther@voiceforvictims.org

Attorney for Crime Victim

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JARED LEE LOUGHNER,<br><br>　　　　　　　　Defendant. | Case No. 11-cr-0187-TUC-LAB<br><br>**NOTICE OF CHANGE OF ADDRESS FOR CRIME VICTIMS' COUNSEL** |

　　Undersigned counsel provides this notice of Change of Address for crime victims' counsel Keli B. Luther and the Crime Victims Enforcement Project. Ms. Luther's new contact information is:

P.O. Box 875920
Tempe, AZ 85287-5920
Phone Number: 602-258-1812

　　　　　　　　　　Respectfully submitted this 17th day of August, 2011.

　　　　　　　　　　　　By: /S/: *Keli B. Luther*

　　　　　　　　　　　　　　　Keli B. Luther
　　　　　　　　　　　　　　　ARIZONA VOICE FOR CRIME VICTIMS

- 1 -

I hereby certify that on August 17, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Beverly K. Anderson**
Assistant U.S. Attorney

**Christina Cabanillas**
Assistant U.S. Attorney

**Mary Feldmeier**
Assistant U.S. Attorney

**Bruce Ferg**
Assistant U.S. Attorney

**Wallace Kleindienst**
Assistant U.S. Attorney

**Dominic Lanza**
Assistant U.S. Attorney

**Judy C. Clarke**
Attorney for Defendant

**Reuben Cahn**
Attorney for Defendant

**Mark Fleming**
Attorney for Defendant

*/Kristen Twist/*
KRISTEN TWIST