DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Christina.Cabanillas@usdoj.gov
Bev.Anderson@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jared Lee Loughner,<br><br>Defendant. | CR 11-0187-TUC-LAB<br><br>**MOTION TO FILE REDACTED PUBLIC VERSION OF RESPONSE TO EMERGENCY MOTION AND TO SUBMIT UNREDACTED RESPONSE TO COURT UNDER SEAL**<br><br>(Unopposed) |

The United States of America, Plaintiff-Appellee, by and through its attorneys, Dennis K. Burke, United States Attorney, and Christina M. Cabanillas, Assistant United States Attorney, hereby asks this Court for permission to file a public version of the government's response to the Defendant's Emergency Motion for Prompt Post-Deprivation Hearing on Forced Medication (CR 278) that redacts facts from sealed documents, and to submit an unredacted version of the response to this Court under seal and to the defense. (The government's response must be filed this Monday, August 22nd by noon, per this Court's order.) This motion is being made for the following reasons:

The government's response will discuss facts from documents that were ordered sealed by the Ninth Circuit Court of Appeals when the defendant sought to enjoin the same July 18th BOP emergency medication order that is the subject of his motion before this Court. On July 22, 2011, the Ninth Circuit ordered the BOP emergency medication order and other documents sealed when it denied the defendant's motion. (CA No. 11-10339, Dkt # 23.)

Although some facts regarding this matter are already public record, out of an abundance of caution, and in order to honor the sealing order, the government believes it should not detail and re-publicize facts from sealed documents in its publicly filed response to the defendant's emergency motion. Yet, it also wishes to respect the interests of the victims and the public in knowing the government's positions before this Court. In an effort to strike the appropriate balance, the government respectfully asks this Court for permission to file a public version of the government's response to the defendant's emergency motion on ECF that redacts facts from sealed documents, while at the same time submitting an unredacted response to this Court under seal and to the defense.

The government made a similar request to the Ninth Circuit with regard to the filing of its answering brief, citing D.C. Circuit Court of Appeals Rule 47.1 (d)(1), and the Ninth Circuit granted that request. (CA No. 11-10339, Dkt # 33, 34.) The government's request to this Court is further supported by the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 49.1 (d) and (f) (a court may order that a filing be made under seal without redaction and that a redacted version be filed for the public record, and a person submitting a redacted filing may file an unredacted copy to the court under seal).

Defense counsel has no objection to the granting of the government's motion.

Respectfully submitted this 19th day of August, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/Christina M. Cabanillas*

CHRISTINA M. CABANILLAS
Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 19th day of August, 2011, to:

Judy M. Clarke, Esq.
Reuben Camper Cahn, Esq.
Mark Fleming, Esq.

2