1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                                        Plaintiff,<br><br>        vs.<br><br>Jared Lee Loughner,<br><br>                                        Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**ORDER APPROVING REDACTED BRIEF** |

The Government has asked for permission to publicly file a redacted version of its opposition to the defendant's Emergency Motion for Prompt Post-Deprivation Hearing on Forced Medication.  (*See* Dkt. Nos. 278, 284.)  The request is **GRANTED**.  The content the Government wishes to redact pertains to documents that were ordered sealed by the Ninth Circuit in the pending appeal of the Federal Medical Center's decision to involuntarily medicate the defendant on the ground that he is dangerous to others.

**IT IS SO ORDERED.**

DATED this 19th day of August, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

11cr0187-TUC LAB