# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 11cr0187 TUC LAB |
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

Exhibit C to the defense's Emergency Motion for Prompt Post-Deprivation Hearing on Forced Medication shall be filed under seal.  (*See* Dkt. No. 278.)  This exhibit contains confidential medical diagnoses of the defendant that were the basis for the Federal Medical Center's most recent decision to administer anti-psychotic drugs to him involuntarily.

**IT IS SO ORDERED.**

DATED this 19th day of August, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

11cr0187-TUC LAB