UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Jared Lee Loughner,<br><br>        Defendant. | CR 11-0187-TUC-LAB<br><br>**ORDER** |

    The Court **GRANTS** the Government's request to file under seal Exhibits 1, 2 and 3 to the Government's Response to Defendant's Emergency Motion for Prompt Post-Deprivation Hearing on Forced Medication, which was provided to this Court under seal on August 22, 2011, and a redacted copy filed publicly (Doc. No. 287). Exhibits 1 and 2 contain copies of declarations that were provided to the Ninth Circuit by the parties after the defense filed a Ninth Circuit emergency motion to stay the Federal Medical Center's July 18, 2011 decision to involuntarily medicate the defendant under the emergency regulation as a danger to himself. The Ninth Circuit ordered those documents sealed on July 22, 2011. (CA No. 11-00187, Ninth Circuit Dkt # 19, 20, 21, 23.) Exhibit 3 contains a notation about the defendant from the Federal Medical Center's progress notes, which is not public record. Exhibits 1, 2, and 3 shall be maintained under seal.

    **IT IS SO ORDERED.**

DATED: August 25, 2011

*Larry A. Burns* (signature)

**HONORABLE LARRY ALAN BURNS**
United States District Judge