Minutes of the United States District Court
District of Arizona

Friday August 26, 2011

| Hon. **LARRY ALAN BURNS** | Deputy Clerk: **L. FUCHIGAMI** | Reporter: Eva Oemick |
|---|---|---|

Time: 2:49

USA v
   JARED LEE LOUGHNER    N/A

Defense Counsel:
Judy Clarke, FD
Reuben Cahn, FD,
Ellis Johnston, FD,
Janet Tung, FD

Wallace Kleindinst, AUSA (Video)
Mary Feldmeyer, Anderson, AUSA  (Video)
Beverly Anderson, AUSA (Video)
Christine Cabanillas, AUSA (Video)
Mr. Ferg (Video)

Victims Attorney: Kelly Luthor
BOP: Dr. Christina Pietz (Telephonic)

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

[217]Government's Request for Disclosure (Purs Rule 16(b), F.R.C.P.)- Denied
[277]Government's motion for Order to Compel defense counsels' compliance with F.R.C.P. Rule 17(c)- Denied
[278] Defendant's emergency motion for Prompt Post-Deprivation Hearing on Forced Medication- Denied

Testimony: Dr. Christina Pietz from B.O.P.
[279]Defendant's motion to Reconsider Order Denying Video Taping of Restoration Procedures- Denied

Court Amends it Previous Order and Orders the Psychiatric Report due 9/6/2011.