1  Judy Clarke
   Clarke and Rice, APC
2  1010 2nd Avenue, Suite 1800
   San Diego, CA 92101
3  (619) 308-8484

4  Mark Fleming
   Law Office of Mark Fleming
5  1350 Columbia Street, #600
   San Diego, CA 92101
6  (619) 794-0220

7  Reuben Camper Cahn
   Federal Defenders of San Diego, Inc.
8  225 Broadway, Suite     900
   San Diego, CA 92101
9  (619) 234-8467

10 Attorneys for Defendant Jared Lee Loughner

11

12                      IN THE UNITED STATES DISTRICT COURT

13                              DISTRICT OF ARIZONA

14 United States of America,        )
                                    )   11CR-0187-TUC LAB
15               Plaintiff,         )
                                    )
16       -vs-                       )   **NOTICE OF APPEAL**
                                    )
17 **JARED LEE LOUGHNER**,          )
                                    )
18               Defendant.         )
                                    )

19

20       Notice is hereby given that Defendant, **JARED LEE LOUGHNER,** appeals to the

21 United States Court of Appeals for the Ninth Circuit from the court's ruling in this action

22 denying the Defendant's Emergency Motion for Prompt Post-Deprivation Hearing on Forced

23 Medication. The Court denied the motion from the bench on **August 26, 2011** with a written

24 order to follow.

25       RESPECTFULLY SUBMITTED: **August 29, 2011**.

26
                                         */Judy Clarke/*
27 :                                      Judy Clarke
                                         Mark Fleming
28                                       Reuben Cahn
                                         Ellis M. Johnston, III
                                         Janet C. Tung

                                         Attorneys for Defendant Jared Lee Loughner

1  Copies of the foregoing served electronically to:

2  Wallace H. Kleindienst, Beverly K. Anderson
   Christina M. Cabanillas, Mary Sue Feldmeier
3  Bruce Ferg