IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

    Plaintiff(s)/Petitioner(s),
vs.

JARED LEE LOUGHNER,

    Defendant(s)/Respondent(s)

CASE NO: 11cr0187-TUC LAB

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED
RECEIVED ___ COPY
AUG 2 9 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:  $50.00 APPLICATION FEE REQUIRED!**

I, JANET C. TUNG, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of JARED LEE LOUGHNER.

City and State of Principal Residence: SAN DIEGO, CA
Firm Name: Federal Defenders of San Diego, Inc.
Address: 225 Broadway         Suite: 900
City: San Diego        State: CA    Zip: 92101
Firm/Business Phone: (619) 234-8467
Firm Fax Phone: (619) 687-2666        E-mail Address: Janet_Tung@fd.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| California Supreme Court | 06/16/2004 | ☑ Yes  ☐ No* |
| U.S. District Court, S.D. California | October 2006 | ☑ Yes  ☐ No* |
| Ninth Circuit Court of Appeals | October 2006 | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

8/4/11
Date                Signature of Applicant

Fee Receipt # phxcl13145                (Rev. 03/11)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA  } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Janet C. Tung was duly admitted to practice in said Court on 12/26/2006, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA          W. SAMUEL HAMRICK, JR.
                                                      Clerk

on August 17, 2011          By   P. V. Mai ,
                                                      Deputy Clerk