ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Bev.Anderson@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Jared Lee Loughner,<br><br>    Defendant. | CR 11-0187-TUC-LAB<br><br>**GOVERNMENT'S NOTICE REGARDING DEFENDANT'S EXTENDED COMMITMENT AT FMC AND REQUEST THAT THE DEFENDANT BE PRESENT AT THE HEARING** |

Plaintiff, United States of America, by and through its attorneys undersigned, hereby provides notice that the government adopts the recommendation of Christina M. Pietz, a Psychologist at FMC Springfield, that defendant's restoration commitment under 18 U.S.C. §4241(d)(1) be extended, as set forth in her reports dated August 22, 2011 and September 7, 2011, except as modified below.

The government intends to call Dr. Pietz to testify with respect to the subject matters contained in those reports at the hearing scheduled for September 21, 2011. Dr. Pietz advised government counsel today that she will testify that there is a substantial probability that within eight months the defendant will be made competent. Accordingly, the government will move the Court for an order that the defendant be committed for an additional eight months pursuant to 18 U.S.C. §4241(d)(2).

The government believes, pursuant to 18 U.S.C. §4247(d), that the defendant must be present at the hearing and his presence cannot be waived by his counsel. Consequently, the

government requests the Court to order the U.S. Marshals Service to transport the defendant from Springfield, Missouri to the District of Arizona so that he may attend the proceedings.

The United States Marshals Service and FMC-Springfield advised government counsel that they must receive the Court's transportation order by 5:00 p.m. PST today, September 16, 2011, to accomplish transportation and housing arrangements for the defendant and ensure the defendant's appearance on Wednesday, September 21, 2011.

Respectfully submitted this 16th day of September, 2011.

        ANN BIRMINGHAM SCHEEL
        Acting United States Attorney
        District of Arizona

        *s/Beverly K. Anderson*

        BEVERLY K. ANDERSON
        Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 16th day of September, 2011, to:

Judy C. Clarke, Esq.
Mark F. Fleming, Esq.
Reuben Camper Cahn, Esq.

2