

# Exhibit C

# Pharmacological Management of Schizophrenia

**Federal Bureau of Prisons**
**Clinical Practice Guidelines**

**June 2010**

Clinical guidelines are being made available to the public for informational purposes only. The Federal Bureau of Prisons (BOP) does not warrant these guidelines for any other purpose, and assumes no responsibility for any injury or damage resulting from the reliance thereof. Proper medical practice necessitates that all cases are evaluated on an individual basis and that treatment decisions are patient-specific. Consult the BOP Clinical Practice Guideline Web page to determine the date of the most recent update to this document: http://www.bop.gov/news/medresources.jsp.

# Table of Contents

1. Purpose.................................................................................................................. 1

2. Overview .............................................................................................................. 1

3. Evaluation .......................................................................................................... 2
   Evaluation of Psychotic Symptoms ................................................................ 2
   Evaluation of Mood Symptoms ...................................................................... 4
   Pitfalls in Evaluating Patients ........................................................................ 4

4. Treatment Issues and Challenges ................................................................ 5
   Treatment Challenges ..................................................................................... 5
   Pitfalls in Treating Patients ........................................................................... 6

5. Antipsychotic Medication .............................................................................. 6
   Overview .......................................................................................................... 6
   First-Generation Antipsychotics (FGAs) ...................................................... 9
   Second-Generation Antipsychotics (SGAs) ................................................. 10
   Third Generation Antipsychotic (TGA) ........................................................ 12
   Antipsychotic Combination Therapy ............................................................. 12

6. Adjunctive Medications ................................................................................ 13
   Antidepressants ............................................................................................... 13
   Antianxiety Agents ......................................................................................... 14
   Mood Stabilizers ............................................................................................. 18

7. Medications to Treat Antipsychotic Side Effects ................................... 19

8. Non-Medication Treatment Interventions ................................................ 21

Definitions .............................................................................................................. 22

References ............................................................................................................... 26

Federal Bureau of Prisons
Clinical Practice Guidelines

Pharmacological Management of Schizophrenia
June 2010

## Tables

Table 1.  Laboratory Studies for Evaluating Psychotic Symptoms ........................................... 2
Table 2.  Positive and Negative Psychotic Symptoms............................................................... 3
Table 3.  Symptoms That May Occur with Mood Disorders..................................................... 4
Table 4.  Classifications of Antipsychotic Medication and Alternate Terminology ................ 6
Table 5.  Indications for Use of First-Generation Antipsychotics (FGAs)............................. 10
Table 6.  Side Effects of Clozapine ....................................................................................... 11
Table 7.  Side Effects to Benzodiazepines.............................................................................. 16
Table 8.  Mood Stabilizing Medications................................................................................. 18

## Appendices

Appendix 1.  Antipsychotic Treatment Algorithm ................................................................. 27
Appendix 2.  Informed Consent.............................................................................................. 32
Appendix 3.  Antipsychotic Medications ............................................................................... 33
Appendix 4a.  Side Effects of First-Generation Antipsychotics (FGAs) ............................... 34
Appendix 4b.  Side Effects of Second-Generation Antipsychotics (SGAs) and
               Third-Generation Antipsychotics (TGAs) ...................................................... 35
Appendix 5.  Relative Side Effect Incidence of Antipsychotic Medications ......................... 36
Appendix 6.  Antipsychotic Dosing Charts ............................................................................ 37
Appendix 7.  Monitoring for Side Effects of Antipsychotic Medications.............................. 38
Appendix 8.  Neuroleptic Malignant Syndrome ..................................................................... 39
Appendix 9.  Clozapine:  Side Effects and Monitoring.......................................................... 40
Appendix 10.  Management of Antipsychotic-Induced Side Effects ...................................... 42
Appendix 11.  Antiparkinsonian Agents................................................................................. 44
Appendix 12.  Mood Stabilizers ............................................................................................. 45
Appendix 13. Rating Scales for Positive and Negative Symptoms ........................................ 47

Attachment to Dr. Sarrazin Declaration - Exh. 2

Exhibit 5 - Dr. Sarrazin Declaration

## 1.  Purpose

The purpose of the Federal Bureau of Prisons (BOP) *Clinical Practice Guidelines for Pharmacological Management of Schizophrenia* is to provide recommendations for treatment of inmates in federal facilities who are diagnosed with chronic psychotic disorders—primarily the schizophrenic disorders.

## 2.  Overview

## The Focus of These Guidelines

The primary focus of these guidelines is medication management for psychotic disorders, including antipsychotic medication and adjunctive medication for common, co-morbid psychiatric syndromes.  In addition, these guidelines review monitoring and treatment of the common side effects of antipsychotic medication.

Psychotic symptoms may be present in many psychiatric conditions, including schizophrenia, schizoaffective disorder, mood disorders, and personality disorders.  However, the presence of psychotic symptoms does not, in and of itself, lead to a diagnosis of a psychotic disorder.  **For the purpose of these guidelines, the term *psychotic disorders* refers to illnesses that are chronic, severe, and manifest primarily as disturbances in thought processes.**

These guidelines are best utilized for prescribing antipsychotic medications for patients in the following diagnostic categories:
- **Schizophrenic disorders**
- **Schizoaffective disorders** (usually in conjunction with appropriate treatment of the mood symptoms)
- **Mood disorders with psychotic features** (in conjunction with appropriate treatment of the mood symptoms)

Mental disorders—such as schizoaffective disorders or mood disorders with psychotic features— have a mix of psychotic and mood symptoms, where the relative prominence of psychotic symptomatology varies from individual to individual within a given diagnostic category, or even in the same individual during the course of the illness.  When individuals suffer from mixed symptomatology (for example, a patient with schizophrenia who develops a major depressive disorder), it is usually necessary to use a combination of medications aimed at treating both the psychotic symptoms and the mood symptoms.  In such cases, refer to relevant guidelines (e.g., BOP *Clinical Practice Guidelines for Management of Major Depressive Disorder*) or evidence-based guidelines published by nationally recognized entities (e.g., American Psychiatric Association (APA) *Practice Guideline for the Treatment of Patients with Bipolar Disorder*).

Antipsychotic medications are the mainstay of treatment for patients with psychotic disorders.  Adjunctive medications that are commonly used include:  mood stabilizers, antianxiety agents, antidepressants, and medications aimed at controlling side effects, such as anticholinergics, antihistaminics, and beta blockers.

## These Guidelines:  What is Not Covered

It is beyond the scope of these guidelines to discuss additional interventions that are often required to address deficits in social, occupational, academic, and relational functioning in patients with chronic mental illness.  Also not included here is the complex array of issues associated with management of co-morbid medical and psychiatric conditions.

In addition, the guidelines in this document are not intended to be used for individuals suffering from acute psychotic symptoms such as those seen in delirium, substance withdrawal, or intoxication; nor should they be used for the circumscribed psychotic symptoms seen in individuals with personality disorders.  The guidelines in this document are also not meant to be used for individuals with a primary diagnosis of a dementia with concurrent psychotic symptoms or behavioral dyscontrol.

Further, individuals with chronic mental illnesses are at high risk for suffering psychiatric and medical co-morbid conditions that require special attention to risk management issues, including drug-drug interactions, medication side effects, lifestyle issues, and assaultive or suicidal behaviors.  These potential complexities are not covered in these guidelines.

## 3.  Evaluation

The BOP *Psychiatric Services Program Statement* (available on Sallyport) should be followed when evaluating patients for initiation of treatment with antipsychotic medication, or for continuation of antipsychotic treatment started prior to the patient's arrival at a BOP facility.  All patients presenting with significant psychotic symptoms require a complete history and physical, as well as basic laboratory studies (summarized in Table 1 below).

**Table 1.  Laboratory Studies for Evaluating Psychotic Symptoms**

| | |
|---|---|
| • CBC with differential<br>• Fasting chemistry panel with lipid profile<br>• Urinalysis<br>• TSH<br>• HIV<br>• EKG | • RPR or FTA/ABS<br>• B-12 and folate<br>• Blood levels of relevant medications, e.g., digoxin, antidepressants, mood stabilizers, antipsychotic (if clinically indicated), antiseizure medications, etc. |
| Other studies may be warranted depending on the patient (e.g., EEG in inmates with a history of seizures or recent head trauma; MRI or CT of the head in inmates with neurological findings). | |

## Evaluation of Psychotic Symptoms

The evaluation of psychotic symptoms requires assessment of positive and negative symptoms, the level of impairment, and risk management issues.  Patients with psychotic disorders often have co-morbid psychiatric and medical conditions that require treatment.  Psychotic symptoms can generally be divided into positive, negative, and cognitive symptoms, as discussed below.

## Positive and Negative Symptoms

*Positive symptoms* (see Table 2 below) tend to be bizarre, dramatic, and unsettling to both the observer and the patient; these symptoms are the most accessible to assessment and the most responsive to antipsychotic medications. The presence of positive symptoms generally can be assessed through observation, as well as careful and sensitive exploration of the patient's thought processes. Patients may or may not be aware of their reality-testing impairment.

*Negative symptoms* (see Table 2 below) are more difficult to diagnose and far less responsive to medications. They often are very disabling and a source of significant distress to family members and care providers.

Negative symptoms are almost exclusively assessed through observation of the patient's daily activities and functioning. This may require gathering collateral data from a range of sources: correctional officers and other institutional staff, family members (with the appropriate signed releases of information), the pre-sentence investigation report, etc. Negative symptoms are remarkably similar to—and sometimes indistinguishable from—symptoms of depression and certain antipsychotic medication side effects. Thus, early and continued evaluation and documentation of these symptoms is crucial in planning effective treatment interventions.

**Table 2.  Positive and Negative Psychotic Symptoms**

| Positive Symptoms | Negative Symptoms | |
|---|---|---|
| • Hallucinations | • Affective flattening | • Anhedonia |
| • Delusions | • Alogia | • Amotivation |
| • Disorganized behavior | • Avolition | |
| • Disturbed language | | |

➔ See *Appendix 13* for a systemized rating scale of positive and negative symptoms.

## Cognitive Impairments

Cognitive impairments appear to be an integral part of chronic psychotic disorders, especially schizophrenia. These impairments include problems with attention, memory, and executive function (i.e., abstraction, problem-solving, insight, and cognitive flexibility). Cognitive impairments have been found in individuals prior to their developing psychotic symptoms, as well as in first-degree relatives of individuals with schizophrenia. It is unclear if any pharmacological treatment has a significant impact on these symptoms. Cognitive rehabilitation/remediation training may have some positive impact.

**The cognitive symptoms are the most disabling and misunderstood of all the symptom complexes associated with psychotic disorders.** Lack of insight into one's own symptoms appears to be the result of cognitive impairments, and not psychological defenses such as denial. Difficulties in achieving treatment compliance are often related to a patient's lack of insight regarding his or her own symptoms.

## Evaluation of Mood Symptoms

Mood symptoms are commonly present in individuals with psychotic symptoms and usually require treatment aimed specifically at their alleviation. Symptoms that may occur with a mood disorder are summarized in Table 3 below.

**Table 3.  Symptoms That May Occur with Mood Disorders**

- Sleep disturbance (increased or decreased)
- Appetite disturbance (increased or decreased)
- Disturbance in energy level (agitation, hyperactivity, or low energy)
- Poor concentration or distractibility
- Change in rate of thought processing (increased or decreased)
- Change in quantity and/or rate of speech (increased or decreased)
- Disturbance in self-image (low self-esteem or grandiosity)
- Disturbance in mood (depressed, euphoric, irritable, or mixed)
- Excessive guilt
- Loss of interest or enjoyment, or excessive pleasure-seeking with excessive risk-taking behaviors
- Decrease or increase in goal-directed activities
- Morbid preoccupation or suicidal ideation
- Thoughts of harm towards others

**For patients with psychotic disorders, aggressive treatment of mood symptoms is crucial.** Symptoms that are present for prolonged periods (days, weeks, or longer) may be consistent with mania, hypomania, depression, or a mixed state. Antipsychotic medications will generally provide only partial relief to individuals with schizoaffective disorder, bipolar disorder, and major depressive disorder with psychotic features. In addition, up to fifty percent of individuals with schizophrenia will suffer from a major depressive episode. Ten-to-fifteen percent of individuals with chronic psychotic disorders or mood disorders commit suicide.

Anxiety symptoms, including symptoms of obsessive compulsive disorder, may or may not require specific treatment beyond treatment of the primary psychotic disorder. Treatment of anxiety early in the course of the psychotic disorder may reduce patient suffering and promote compliance. Ongoing treatment of anxiety symptoms is not always necessary once the antipsychotic medication has significantly reduced or eliminated the positive symptoms. As with other mood symptoms, symptoms of anxiety are often indistinguishable from certain side effects of antipsychotic medication, including agitation and akathisia.

## Considerations in Evaluating Patients

There are many aspects of assessing psychotic symptoms. Evaluating clinicians should:

- Assess or diagnose medical conditions presenting with psychotic symptoms.
- Gather collateral data supporting or refuting the diagnosis of psychotic disorder.
- Explore the quality and quantity of positive symptoms.
- Understand the impact of cognitive impairments on functioning and treatment compliance.
- Explore the patient's understanding of their symptoms and methods of coping with them.
- Recognize and integrate negative symptoms into the diagnosis and treatment plan.
- Assess for mood disturbance.
- Thoroughly explore risk management issues (especially harmful behaviors toward self or others).

## 4. Treatment Issues and Challenges

### Treatment Challenges

Treating patients with psychotic disorders presents unique challenges to the clinician.  Common issues and challenges related to treatment include the following:

- **Establishing and maintaining a reasonable level of rapport with the patient.** Maintaining excellent interpersonal boundaries, behaving honestly and predictably (and thus being perceived as trustworthy), being available during times of crisis, and establishing cooperative relationships with other staff members who interact regularly with the patient will all facilitate the development of a productive doctor-patient relationship.

- **Responding to patients with impaired reality testing.**  By definition, the patient's reality testing is impaired.  To varying degrees, this impairment will impact the entire treatment process, from evaluation to transition/discharge planning.  Some patients may experience significant dysphoria secondary to their symptoms, recognizing that their suffering stems at least in part from an illness, and may actively seek help in managing their symptoms through medication and counseling.  Other patients may not recognize their experiences as internally generated; instead, they interpret the cause to be something or someone in their environment.  Most patients will fall somewhere between these two extremes, with varying levels of understanding and willingness to pursue treatment.  Often a patient's openness to medication will fluctuate during the course of his or her illness.

- **Maintaining a conscious awareness of the patient's cognitive impairments.**  The patient's cognitive limitations can be severe and usually include difficulties with processing and retrieving information, as well as other impairments in executive and memory functions.  These limitations further complicate the communication process between provider and patient.

- **Caring for patients who fail to comply with treatment.**  Noncompliance with medication regimens is extremely common and poses a major challenge to adequately controlling symptoms.

- **Caring for patients who refuse treatment in spite of severe symptomatology.**  It is a common misperception that when a patient refuses treatment, the treatment cannot be provided—even in an emergency.  This is not the case.  See the BOP Program Statement on Psychiatric Services for more information on treating inmates with antipsychotic medication in emergency situations.

- **Obtaining informed consent and ensuring patient education.**  All patients receiving medications for psychiatric conditions (other than in emergencies or under court order) must give informed consent.  Patients who voluntarily agree to being treated with antipsychotic medication will require initial and ongoing education about the risks and benefits of treatment. The reader is referred to the BOP Program Statement on Psychiatric Services and *Appendix 2, Informed Consent,* for information on obtaining and documenting informed consent.

## Considerations in Treating Patients

Below is a list of important considerations in the clinical care of patients with psychotic disorders:

- Many patients undertake subtherapeutic trials of medications.
- Antipsychotic medications are slower to take clinical effect than the onset of side effects.
- Patients are often non-compliant with their antipsychotic regimen.
- Many patients are on medications that could be consolidated into once-a-day scheduling, when possible.
- Side effects need to be watched for and treated as soon as possible to ensure compliance.
- Mood symptoms should be clinically assessed during each visit.
- Medications should be reviewed often with the patient—to simplify the regimen and possibly utilize depot formulations when available.
- The patient, as well as other staff, should be engaged in the treatment process to encourage the best chance of success for this patient.

# 5. Antipsychotic Medication

## Overview

### Classifications of Antipsychotic Medication

Antipsychotic medications include several classes of pharmacologically dissimilar medications. Our current understanding of the therapeutic action of these medications is that they affect various neurotransmitters in the brain—primarily the dopamine receptors, although they also have influence for the receptors for serotonin, histamine, norepinephrine, and others. Their benefits and side effects result from their impact on these receptors in the brain and the periphery.

The current classification system of antipsychotic medication lumps together dissimilar drugs, based primarily on their relative propensity to produce motor side-effects and/or the medication's relative "newness" to the market. These classifications are outlined in Table 4 below.

**Table 4.  Classifications of Antipsychotic Medication and Alternate Terminology**

| Classification | Abbreviation* | Alternate Names |
|---|---|---|
| First-generation antipsychotics | FGAs | typical or conventional antipsychotic, neuroleptic |
| Second-generation antipsychotics | SGAs | atypical or novel antipsychotic |
| Third-generation antipsychotic | TGA | atypical or novel antipsychotic |
| In these guidelines, the medications are referred to by the abbreviations:  FGA, SGA, and TGA. | | |

➔ See *Appendix 3* for a list of antipsychotic medications by generic name, brand name, and class.

## Side Effects of Antipsychotics

Side effects form a critical aspect of treatment with antipsychotics because they frequently affect choice of medication, as well as decisions to discontinue them. It is generally accepted that SGAs and TGAs, when given in low doses, are less likely than FGAs to cause significant extrapyramidal side effects (EPS). However, these side effects are often identical or indistinguishable from negative symptoms. It is also clear that SGAs and TGAs are less likely to cause tardive dyskinesia (TD) than FGAs. There is some evidence to support that at least one SGA, clozapine, may actually improve TD. However, many SGAs have their own troublesome side effects that make them less acceptable than FGAs for some patients.

## Relative Effectiveness of Antipsychotics

Many patients require multiple trials of medications prior to obtaining maximal benefit. Unfortunately, there is little to guide a clinician in choosing the medication most likely to provide benefit in a treatment-naive patient. Until recently, there have been no studies that thoroughly evaluate the relative effectiveness of antipsychotics across categories, or even within one category.

The Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) study is the first randomized, controlled study evaluating the effectiveness of antipsychotic treatment for schizophrenia in the community. (For in-depth information on the study design and results, consult *www.catie.unc.edu*.) The CATIE study compared the effectiveness of newer SGAs (available since the 1990's) with an older FGA (first available in the 1950s). Of note is that the newer (atypical) SGAs cost roughly 10 times as much as the older (typical) FGAs. During Phase I of the CATIE study (published in 2005), schizophrenic patients were randomized to one of the following five medications: an FGA (perphenazine) and four SGAs (risperidone, ziprasidone, olanzapine, or quetiapine); they were then followed for up to 18 months. At the time of the study, aripiprazole (Abilify) was not available.

**The primary outcomes related to the five antipsychotics evaluated in CATIE Phase 1 were:**
- All five medications were comparably effective.
- All were associated with very high rates of discontinuation (60–80%), due to either intolerable side effects or failure to adequately control symptoms.

One SGA, olanzapine, performed slightly better than the other drugs, but also was associated with significant weight-gain as a side-effect. Perphenazine (the FGA) was found to be equally effective and as well-tolerated as the other three SGAs (risperidone, quetiapine, and ziprasidone); the three SGAs performed similarly to one another. Extrapyramidal side effects, which are usually associated with the older FGA medications, occurred no more frequently in association with perphenazine than with the newer drugs. The advantages of olanzapine over perphenazine, in symptom reduction and duration of treatment, were modest and must be weighed against the increased side effects of olanzapine. **Thus, a significant finding of the CATIE Phase 1 study was that the newer SGAs had no substantial advantage over the older FGA medication that was used.**

Clozapine is the only antipsychotic medication known to be more effective than other antipsychotics in controlling positive symptoms. Phase 2 of the CATIE Study evaluated

clozapine against other SGAs for patients whose symptoms were inadequately controlled in Phase 1. CATIE Phase 2 confirmed that clozapine is indeed far more effective than other antipsychotics. However, clozapine has serious side effects, including life-threatening agranulocytosis and myocarditis. Due to these safety concerns, clozapine should only be utilized after unsuccessful trials with other antipsychotic drugs.

## Drug Selection

**Treatment of first choice:** The choice of an antipsychotic in the treatment of schizophrenia is a difficult one. Studies have been performed to help guide clinicians in this decision. The *Texas Medication Algorithm Project Procedural Manual* has been developed to provide an algorithm in this decision process. This algorithm, as modified for use in the BOP, is included in *Appendix 1*. Choice of an antipsychotic should be guided by considering the clinical characteristics of the patient and the efficacy and side effect profile of the medication. In general, FGAs and risperidone are considered first-line treatment in the BOP.

➔ See *Appendix 1* for an antipsychotic treatment algorithm.

Successful treatment early in the course of psychotic disorders may improve prognosis, and treatment compliance is essential for successful treatment. Some studies show that treatment with clozapine improves patient functioning, and that such improvement may continue even after the medication is changed to another SGA or FGA. Clozapine has been shown in some studies to be of use earlier for patients who have a history of recurrent suicidality, violence, or co-morbid substance abuse.

**Acute treatment:** In acute and emergency treatment, there is no evidence to support the use of an SGA or TGA over the use of an FGA. FGAs, especially haloperidol, have proven effectiveness and an excellent safety profile in treatment of acute psychoses. The concern over the development of TD is not relevant in these cases, and the possible development of dystonia can be addressed through the use of adjunctive medications such as benztropine (Cogentin™) that can prevent this side effect. There is currently no evidence to support or refute that FGAs may be more likely than SGAs or TGAs to cause neuroleptic malignant syndrome (NMS).

**Patient-related factors in selecting medications:** One factor to consider in prescribing antipsychotic medication is the patient's history of noncompliance, which may be an indication for the use of a long-acting, injectable antipsychotic. Another factor is patient choice. Many patients with psychotic illnesses have strong preferences (or aversions) for certain medications. In cases where the patient's preference is less appropriate than the prescriber's recommendation (e.g., when a patient with severe TD prefers an FGA to an SGA), every attempt should be made to help the patient come to an agreement with the prescriber. This may require significant patient education. Once the patient has consented to the change, and stability in the patient's symptoms has been achieved, it may be necessary to gradually cross-taper the patient-preferred medication with the recommended medication. Clearly, the benefit of the patient's compliance with treatment should be weighed against the potential side effects that could result from continued treatment with the patient-preferred medication.

*Note: Many patients with symptoms of schizophrenia will undoubtedly go through a time when they do not want to take their medications. This is normal, and clinicians should be prepared to monitor for this. As these are life-long illnesses, it is strongly encouraged that patients remain*

*on their medications even when healthy.  If patients are having a difficult time remembering to take their medications, there are a number of long-acting medications available in injectable form in both the first-generation and second-generation antipsychotics.*

**Multiple treatment trials:**  For patients requiring multiple trials of medications, it is generally advisable to cross-titrate the two medications slowly over a period of several days to a few weeks.  In cases where intolerable side effects are the reason for changing medications, cross-titration may not be feasible.  In either situation, it is important for the clinician to recognize that the side effects and benefits from the new medication may not be clearly seen for several weeks, while the effects of the previous medication may diminish slowly.

**Drug-drug interactions:**  Drug-drug interactions are an important consideration in the selection of an antipsychotic medication.  The prescriber is advised to consult with the pharmacist in cases where potential drug-drug interactions could occur.

## First-Generation Antipsychotics (FGAs)

The FGAs have been available for over 50 years and, until clozapine was introduced, were the only options for the treatment of psychotic disorders.  They remain an important option for patients with acute symptomology requiring rapid relief.  In addition, the relative antipsychotic potency of these medications has been fairly well delineated, making conversion from one FGA to another FGA relatively easy.  **FGAs can be effective as first-line treatment for schizophrenia and are the BOP-preferred antipsychotics of choice unless there is compelling clinical evidence for starting with another agent.**

### Side Effects of FGAs

The FGA medications share similar side effect profiles, varying quantitatively more than qualitatively.  In general, the more potent the antipsychotic, the less the anticholinergic side effects and the greater the extrapyramidal side effects.

➔  See *Appendix 4a* for an overview of FGA side effects.

### Side Effects of Specific FGA Drugs

* **Thioridazine (Mellaril™)** and **chlorpromazine (Thorazine™)**, the very low-potency FGAs, have fallen out of general use.  They both have higher risks than other FGAs for potentially dangerous cardiac side effects.  Thioridazine at high therapeutic doses also has risks associated with the development of retinal abnormalities.
* **Pimozide** is well-known to increase the risk of torsade de pointes, due to prolongation of the QT interval.

## Indications for Prescribing FGAs

As when prescribing any medication, the prescriber should be familiar with the specific medication and its indications, contraindications, precautions, pharmacokinetics, and drug interactions. Indications for the use of FGAs in individuals with psychotic disorders are summarized in Table 5 below.

**Table 5. Indications for Use of First-Generation Antipsychotics (FGAs)**

- Patient preference
- Acute symptoms requiring rapid effect
- History of excellent response in a highly symptomatic patient
- Failure of SGAs and TGAs, including clozapine
- PRN medication during early phase of treatment while titrating SGA or TGA to therapeutic response
- Need for a long-acting injectable medication

## Dosing for FGAs

Low-potency FGAs should generally be avoided, even in patients with a history of response to these agents. The potential side effects of low-potency FGAs generally outweigh any benefits. High-potency FGAs, such as haloperidol or fluphenazine, are recommended for acute treatment or when a PRN medication is needed for more rapid control of symptoms during early treatment with an SGA or TGA. For maintenance treatment with FGAs, high- to medium-potency medications are preferable to low-potency agents. The use of medium-potency FGAs, such as perphenazine or trifluoperazine, often has the added benefit of reducing or eliminating the need for anticholinergic medication and its associated side effects.

➔ See *Appendix 6* for dosage guidelines.

# Second-Generation Antipsychotics (SGAs)

SGAs include the following medications: risperidone, ziprasidone, olanzapine, clozapine, paliperidone and quetiapine. Risperidone and ziprasidone have some similarities chemically, but are sufficiently different from each other to be in distinct chemical classes. Likewise, olanzapine and clozapine share some chemical characteristics, but are in their own classes. Due to these differences among the SGAs, it is more difficult to generalize about their side effect profiles, their potential drug-drug interactions, and their activities at the level of neurotransmitters. Although FGAs are recommended for initiation of schizophrenia treatment, there will be circumstances when an SGA is the preferred agent. This might include side effect profiles and patients with more prominent mood disorder symptoms. (*Note:* There is now a long-acting formulation of risperidone available, known as Risperdal Consta. This medication is given via injection every 14 days and may be of use for patients who do not respond to a long-acting FGA.)

## Side Effects of SGAs

**Extrapyramidal side effects (EPS):** All of the SGAs, at currently recommended doses, are less likely to cause EPS than the FGAs. However, risperidone is well known to cause EPS in susceptible individuals, as well as in most of the individuals taking doses higher than 6 mg per day. At the higher dosage levels, risperidone appears to have a side effect profile much more

like an FGA than the other SGAs have. The incidence of tardive dyskinesia is not clearly known for the SGAs, but it has occurred with risperidone in otherwise antipsychotic-naive patients. Clozapine appears to have some benefit in the treatment of movement disorders in patients with psychotic disorders or other neurological disorders such as Huntington's Chorea.

➔ See *Appendix 4b* for an overview of SGA and TGA side effects. See *Appendix 5* to compare the relative incidence of side effects.

**Diabetes mellitus:** The most significant side effect associated with the SGAs is the development of insulin resistance and Type 2 diabetes mellitus (DM). The mechanism of action is still unknown and is likely due to a combination of factors. Individuals with bipolar disorder or schizophrenia already have an increased incidence of Type 2 DM, independent of treatment factors. Significant weight gain is associated with some of the SGAs, particularly olanzapine and clozapine. However, DM has developed in individuals on SGAs who have not had significant weight gain. Diabetic ketoacidosis (DKA) has been the presenting sign of DM in some individuals.

➔ For recommendations on monitoring for DM, see *Appendix 7*.

**Neuroleptic malignant syndrome:** NMS is a potential side effect of all antipsychotic medications, including the SGAs. Prescribers should remain vigilant for the development of symptoms consistent with NMS.

➔ See *Appendix 8* for more information on NMS.

**Other side effects:** Both quality and quantity of other side effects vary from agent to agent. It is the prescriber's responsibility to be familiar with potential risks associated with particular medications, as well as potential drug-drug interactions.

➔ See *Appendix 10* for a more complete overview of managing side effects.

**Clozapine side effects:** Of all the available antipsychotic medications, clozapine (Clozaril™) is considered the gold standard for the treatment of schizophrenia. Therefore, special mention of some side effects associated with clozapine are listed in Table 6 below, as well as in *Appendix 9*.

**Table 6. Side Effects of Clozapine**

| | |
|---|---|
| • Sialorrhea, sometimes profound | • Seizures, especially in doses >300 mg/day |
| • Weight gain | • Nocturnal enuresis |
| • Insulin resistance/DM Type 2 | • Agranulocytosis (see *Appendix 9*) |

Clozapine carries a black box warning for the risk of agranulocytosis. Patients treated with clozapine must be registered with the pharmaceutical company providing the medication. The white blood cell count should be obtained at baseline, then weekly for six months, and then biweekly.

➔ Guidelines for discontinuing clozapine based on white blood cell count are in *Appendix 9*.

**Quetiapine concerns:** Quetiapine has some unique properties that make it a relatively undesirable agent for use in the correctional population. Cases of abuse (including oral, intranasal, and intravenous) have been documented in the literature, and multiple BOP institutions have reported incidents of inmates selling their quetiapine (sometimes referred to as

"Quell").  While it is unclear as to the exact pharmacological/neurotransmitter action that makes this a drug of abuse, it clearly has become one and generally should not be prescribed in the correctional setting.  If prescribed, it should be reserved for those cases refractory to other SGAs and TGAs, and it should be administered crushed or in liquid formulation to reduce diversion.  Consult the current BOP National Formulary for specific restrictions and criteria.  An extended-release formulation of quetiapine is now available that is less abusable and better tolerated than the immediate-release version.  This formulation is preferred in the BOP.

**Ziprasidone concerns:**  Ziprasidone is another SGA with some unique qualities that may make it difficult to use in a correctional setting.  Ziprasidone needs to be combined with food to be effective.  It is a highly lipophilic compound, and this property impacts its absorption profile with respect to food.  Ziprasidone should be given at meal time to help its efficacy.

## Third-Generation Antipsychotic (TGA)

Currently, aripiprazole is the only TGA available.  Aripiprazole acts as a partial dopamine agonist/antagonist.  Its unique action appears to reduce the risk for EPS and anticholinergic side effects.  It also appears to have low affinity for $\alpha$-1 adrenergic receptors (thus reducing the risk for hypotension) and for histamine receptors (thus reducing the risk for weight gain and somnolence.)
➔  Dosing information is included in *Appendix 6*.

Data comparing aripiprazole to the SGAs regarding other side effects (i.e., Type II DM, NMS, or TD) is not yet available.  However, it does appear that there is less weight gain associated with aripiprazole than with olanzapine, clozapine, or quetiapine.
➔  See *Appendix 4b* for an overview of SGA and TGA side effects.

## Antipsychotic Combination Therapy

Certain situations may call for antipsychotic medications to be combined:  e.g., when a patient has failed multiple therapeutic trials of single agents from different classes, or during the acute phase of a patient's treatment when rapid control of psychotic symptoms is necessary.

For the purposes of these guidelines, the term "combination therapy" (as opposed to "polypharmacy") is used to refer to the use of two or more antipsychotic medications in a patient who has failed monotherapy  on multiple agents.  The term "polypharmacy" is generally used in a pejorative manner, implying a less than thoughtful approach to medication management.  Polypharmacy, or the use of multiple antipsychotic medications without previous therapeutic trials of single agents, is generally poor practice; it can unnecessarily contribute to excessive costs, increased side effects, increased risk of drug-drug interactions, and reduction of patient compliance.

While there are no studies available that provide definitive guidance on the use of combination therapy, knowledge about the pharmacology of antipsychotic agents can offer the provider some theoretical basis for decision-making.

The following recommendations are made based on these theoretical issues:

- **Combinations of antipsychotics with similar side effect profiles should be avoided.** For example, an antipsychotic with significant anticholinergic effects should not be combined with another highly anticholinergic antipsychotic (e.g., combining chlorpromazine with olanzapine). Likewise, an antipsychotic known to cause significant weight gain and/or increased risk of DM should not be added to another antipsychotic with similar risks (e.g., adding olanzapine to clozapine).

- **Combinations of antipsychotics with similar potency at the same dopamine sites should be avoided.** For example, risperidone and haloperidol are both potent D-2 blockers. Such a combination probably does not offer a therapeutic advantage over therapeutic doses of either agent alone, and is likely to increase the EPS side effect burden.

- **Combinations of antipsychotics utilized in the acute phase should not be continued indefinitely.** Combination therapy should be reintroduced if and when a therapeutic trial of the single agent has proven ineffective.

- **The second antipsychotic should be pharmacologically complementary to the first antipsychotic, both in its side effect profile and in its therapeutic action.** For example, adding a high-potency FGA with high D-2 antagonism to an SGA with low D-2 antagonism (e.g., adding haloperidol to quetiapine or olanzapine) may offer significant benefits for some especially refractory cases or during the acute phase of stabilization.

## 6. Adjunctive Medications

Adjunctive medications generally come from one of the following categories of medications:

- Antidepressants
- Antianxiety agents
- Mood stabilizers
- Medications for treating the side effects of antipsychotics

Each of these categories is discussed below.

## Antidepressants

Depression is a common mood disturbance seen in individuals with chronic psychotic disorders of all types. It may be integral to the psychotic disorder, as in some kinds of schizoaffective disorder—or it may present as a separate, co-occurring disorder. Approximately ten percent of the individuals with schizophrenia die from suicide. Depression may occur in individuals even when their psychotic symptoms are well-controlled. Therefore, it is essential to treat the depression with antidepressant medications or ECT.

There is little evidence to support the use of antidepressants as adjunctive treatments for individuals who have psychotic disorders, but do not have a depressive element or co-occurring depression. However, many of the symptoms of depression—apathy, blunted affect, loss of energy and motivation, and psychomotor retardation—can be impossible to distinguish from the

negative symptoms of schizophrenia or the side effects of antipsychotic medication. Therefore, when individuals with psychotic disorders display symptoms of depression, the examiner should carefully consider a therapeutic trial of an antidepressant medication to attempt to alleviate a possible mood disorder. (Other options may include a trial of a different antipsychotic that produces less EPS, or adding an antiparkinsonian agent.)

### Selecting an Antidepressant

The first-line agent recommended for the treatment of depression is fluoxetine. This medication has proven efficacy in depression and is generally well-tolerated. If found to be ineffective, it can be abruptly discontinued with minimal risk of withdrawal syndrome. If fluoxetine is contraindicated or is ineffective, sertraline is recommended as a second choice. (For further information, see the BOP *Clinical Practice Guidelines for the Treatment of Major Depressive Disorder*.) Discuss the potential for drug-drug interactions with the pharmacist.

Guidelines for using specific antidepressants are outlined below:

- **Tricyclic antidepressants** should generally be avoided in individuals on antipsychotic medications because of the increased burden of side effects associated with these medications.

- **Buproprion** is an effective antidepressant, and the only one that does not appear to increase the risk of mania in susceptible patients. Therefore, it may be an especially good choice for an individual with schizoaffective disorder, bipolar type. Caution is warranted in that buproprion appears to be associated with abuse within the correctional environment, causing amphetamine-like effects. Buproprion is often crushed and snorted. The seizure threshold is lowered, as with some antipsychotics.

## Antianxiety Agents

For the purpose of these guidelines, antianxiety agents are divided into two categories: benzodiazepines and non-benzodiazepine anxiolytics. Benzodiazepines are generally the treatment of choice for acute management of anxiety and agitation in psychotic disorders. However, benzodiazepines are not appropriate in all situations.

### Benzodiazepines

**Problematic in the correctional environment:** Benzodiazepines can have a negative impact on the safety and security of an institution, secondary to diversion and "black market" activities. In addition, vulnerable inmates on benzodiazepines can be pressured by other inmates to distribute their medications, placing them at risk for exacerbation of symptoms or an acute withdrawal syndrome. Also, intoxication on any substance (alcohol, benzodiazepines, or others) can result in loss of normal inhibition, resulting in behaviors that place both inmates and staff at risk. Therefore, whenever benzodiazepines are prescribed in a correctional environment, the prescriber needs to carefully assess the risks and benefits for the patient and the institution. Consult the BOP National Formulary for current restrictions and criteria related to benzodiazepines.

**Contraindicated for long-term use:** Benzodiazepines are not generally recommended for long-term use for anxiety disorders, due to the inevitable development of physiological dependence (in as few as two to three weeks) and the potential risk for psychological dependence. In addition, benzodiazepines are well known to impair cognitive function, even after long-term use when sedation is no longer significant. Finally, abrupt discontinuation of benzodiazepines, which can unintentionally occur with intra- or inter-system transfers or after release from custody, can result in a life-threatening withdrawal syndrome. Short-acting benzodiazepines such as alprazolam should not be prescribed, due to the development of rebound symptoms between doses. Rebound symptoms are similar—and sometimes identical—to the anxiety symptoms for which the medication is prescribed, making recognition of the phenomenon and appropriate interventions more difficult.

**Indicated for treatment of certain psychotic syndromes:** Benzodiazepines can be the treatment of choice in certain psychotic syndromes, particularly those presenting with catatonia. High-dose lorazepam, 8–12 mg per day, is generally recommended. Clonazepam in similar doses has also been effective in some cases. ECT is also a first-line treatment for catatonia.

Individuals with psychotic disorders other than catatonia, whose symptoms include agitation, sleeplessness, restlessness, or significant emotional distress, may respond well to short-term treatment with benzodiazepines. Lorazepam, 1–2 mg by mouth or injection (IV or IM) every 2–4 hours, or clonazepam, 1–2 mg by mouth every 4–12 hours, is generally effective in reducing agitation and helping a patient rest. Benzodiazepines may be more effective in restoring an appropriate sleep-wake cycle in individuals with schizoaffective disorder, bipolar type.

**Managing physiological dependence:** Within as few as three weeks of regular use, physiological dependence to benzodiazepines can develop. Discontinuation of benzodiazepines after three weeks or more should occur only under close clinical supervision. The BOP *Clinical Practice Guidelines for Detoxification of Chemically Dependent Inmates* should be followed for any inmates being tapered off of benzodiazepines. If catatonia is present, tapering of the benzodiazepine may result in worsening of the inmate's condition. If this occurs, the dose of medication previously found effective should be reinstituted and continued for at least several months prior to attempting a very slow taper. Some patients with catatonia may require long-term benzodiazepine treatment.

**Selecting a benzodiazepine:** Below is some information to consider when choosing among the different benzodiazepines.

- **Lorazepam** is a good choice for patients with liver disease, as it does not require oxidation and does not have active metabolites that accumulate. However, it generally should be given no less than twice a day for short-term treatment; it often must be given three to four times per day for the desired effect.

- **Clonazepam** requires oxidation by the liver and generally should not be used in individuals with severe liver disease. It also has a very long half-life and may accumulate over several days, requiring a dosage adjustment to prevent over-sedation or intoxication. However, once a stable dose has been established (usually after four days), it can be given once or twice daily, making it more convenient for nonmedical institutions with limited pill lines.

- **Lorazepam and clonazepam** can be given in crushed or liquid forms, which helps reduce the risk for noncompliance and/or diversion. Consult the BOP National Formulary for current restrictions.

- **Chlordiazepoxide and diazepam** should not be utilized in the short-term or long-term treatment of psychotic disorders. They have multiple active metabolites, making accumulation and over-medication a much more likely outcome. In addition, neither medication should be given intramuscularly, due to their unpredictable absorption.

**Role in treating side effects of antipsychotic drugs:** Benzodiazepines can also be used in treating the side effects of antipsychotics, particularly akathisia. Akathisia, one of the most troubling side effects from the patient's perspective, generally does not respond to antiparkinsonian agents. Ordinarily, beta blockers are the first-line treatment for this distressing side effect, particularly in the correctional environment. However, in the event that they are not effective, benzodiazepines may be necessary to control the akathisia if a change in antipsychotic medication is not feasible or effective.

**Potential side effects:** Benzodiazepines have a wide therapeutic window and are generally quite safe, particularly when not combined with other sedating medications. Potential side effects from benzodiazepines are summarized in Table 7 below.

**Table 7. Side Effects to Benzodiazepines**

| | |
|---|---|
| • Somnolence/sedation | • Respiratory depression |
| • Cognitive impairment (especially with long-term use) | • Behavioral disinhibition |
| | • Incoordination and increased risk for falls |
| • Intoxication | • Dizziness |
| • Anterograde amnesia | • Hypersalivation (with clonazepam) |
| • Hypotension | • Dysarthria |

## Non-Benzodiazepine Anxiolytics

**Treating anxiety when benzodiazepines should not be used:** In general, a benzodiazepine is the treatment of choice for acute management of anxiety and agitation in psychotic disorders. However, in some situations, benzodiazepines may be inappropriate for inmates with chronic psychotic disorders:

- When the patient has a co-morbid anxiety disorder requiring long-term treatment.

- When the patient has a history of substance abuse.

- When there are underlying syndromes contributing to the anxiety (e.g., obsessive compulsive disorder, panic disorder, social phobia, post-traumatic stress disorder, or generalized anxiety disorder).

In these situations, treating the chronic psychosis with an SGA may adequately reduce the anxiety symptoms so that they do not interfere with daily functioning. In other cases, cognitive behavioral methods may alleviate symptoms of anxiety.

When adequate treatment of the psychosis does not sufficiently alleviate anxiety symptoms that are interfering with the patient's functioning, treatment should be undertaken specifically for the

anxiety disorder itself. Treatment of anxiety disorders in individuals with chronic psychotic illnesses is not inherently different from treatment of patients who do not have a psychotic disorder. For a thorough review of specific anxiety disorders, the reader is referred to the American Psychiatric Association (APA) guidelines on the treatment of acute stress disorder and posttraumatic stress disorder, as well as the APA guidelines on the treatment of panic disorder.

**Drug-drug interactions:** When treating anxiety disorders in individuals with psychotic disorders, special attention should be given to potential drug-drug interactions. SSRIs are the pharmacological treatment of choice for several anxiety disorders, including panic disorder, obsessive compulsive disorder, and social phobia. Because SSRIs often have significant interactions with other medications, it is crucial that the prescriber consult with the pharmacist regarding drug-drug interactions.

**Selecting non-benzodiazepine drugs for treating anxiety:**

- **Fluoxetine** is recommended as the SSRI of first choice.

- **Sertraline** is the second-line choice.

- **Tricyclic antidepressants** should generally be avoided in individuals on antipsychotic medications; these antidepressants are associated with an increased burden of side effects and have a limited efficacy in anxiety disorders other than panic disorder.

- **Buproprion** has not been shown to be effective in anxiety disorders; in fact, one of its more common side effects is anxiety. Moreover, because it can lower the seizure threshold (as do some of the antipsychotics), especially in higher doses, it should not be prescribed for the treatment of anxiety disorders.

- **Buspirone** is the only non-benzodiazepine medication developed and approved specifically for the treatment of anxiety. It has significant serotonergic activity and, at high doses (>90 mg per day), may have activity similar to SSRIs. Its indications include generalized anxiety disorder and anxiety disorder, not otherwise specified. It has been used as an adjunct to SSRIs and clomipramine for the treatment of obsessive compulsive disorder (OCD). Because of its slow onset of action (several weeks), acceptance by patients and prescribers has never been widespread. It is used more extensively in treating the agitation and anxiety associated with developmental disabilities and dementing conditions. Usual doses are 10–20 mg, three times daily, with smaller doses for elderly patients. Side effects are minimal— headache, dizziness, and nausea—especially when slowly titrated to therapeutic doses. On rare occasions, worsening of EPS symptoms and/or psychoses have been reported, especially with higher doses (presumably due to dopaminergic activity).

- **Other antidepressant agents** such as mirtazapine, venlafaxine, and trazodone may be appropriate in some patients with anxiety. Venlafaxine should generally be reserved for those patients refractory to the SSRIs, mirtazapine, and trazodone.

- **Beta blockers** are sometimes used in treating the peripheral manifestations of anxiety (e.g., tremor) in individuals who might benefit from acute treatment for performance anxiety. However, beta blockers are not generally indicated for the treatment of other anxiety disorders. They can be beneficial in the treatment of some side effects associated with

antipsychotic medication, particularly akathisia.  For more information, see *Section 7, Medications to Treat Antipsychotic Side Effects*.

## Mood Stabilizers

**Use of mood stabilizers as adjunctive medication:**  In some cases, an individual with a chronic psychotic disorder may have had several therapeutic trials of antipsychotic medication, including clozapine, without an adequate response.  In these cases, it may be prudent to undertake a trial of a mood stabilizer as an adjunctive medication.  While there are no controlled studies on use of mood stabilizers as adjunctive medication, anecdotal reports suggest that they can be useful.  The possibility of achieving some improvement in an individual with a chronic psychotic disorder makes such a trial potentially worthwhile.  This may be most appropriate in individuals with a history of head injuries or other central nervous system dysfunction where mood stabilizers, especially the antiepileptic medications (AEDs), have shown some positive effect.

**Effectiveness of mood stabilizers in treating psychotic disorders:**  Mood stabilizers have not been conclusively shown to be effective in the treatment of psychotic disorders when an underlying mood disorder or seizure disorder is not present.  (There are some studies that suggest that these medications may be helpful for reducing aggressive or suicidal behavior).  Patients with psychotic symptoms commonly have mood disorders as part of their psychotic illness or co-morbid with it.  It is sometimes difficult to differentiate between an individual with schizophrenia in an agitated psychotic state and an individual with a manic psychosis.  Fortunately, many of the SGAs have been shown to be very effective as single agents in the treatment of mania, rendering the need for such differentiation less crucial in some cases.

With the exception of lithium and lamotrigine, mood stabilizers have not been effective in the treatment of depression.  Neither lithium nor lamotrigine should be utilized as the primary treatment of depression in the absence of a bipolar condition.  Mood stabilizers are generally reserved for use in individuals with mania, hypomania, or rapid cycling.  Such mood disturbances can be seen in bipolar disorder (type I and type II), as well as in schizoaffective disorder (bipolar type).  See Table 8 below for a list of medications commonly prescribed for mood stabilization.

**Table 8.  Mood Stabilizing Medications**

| | |
|---|---|
| • Lithium | • Oxcarbazepine |
| • Valproate | • Topiramate |
| • Lamotrigine | • Levetiracetam |
| • Carbamazepine | • Clonazepam |

➔ See *Appendix 12* for recommendations regarding dosing and monitoring for side effects of mood stabilizers.

**Information about specific drugs:**  The medications utilized for mood stabilization are unique chemically and pharmacologically.  Therefore, no general guidance can be provided regarding dosing, side effects, or drug-drug interactions.  *Appendix 12* offers a brief summary of specific recommendations for each of the more common mood stabilizers, including dosing ranges, titration schedules, potential side effects, and monitoring needs.  For complete information, the

reader is referred to the pharmacist and other sources of information on the pharmacology of these medications. A few specific comments on lithium follow.

Lithium has a narrow therapeutic window; long-term use can cause nephrogenic diabetes insipidus. However, there are reasons to consider this drug: Therapeutic blood levels are well-established, it is generally well-tolerated, and there is some evidence to suggest that it can reduce suicidal behaviors in some individuals. It may have a minor positive impact on depression, as well. There may be some increased risk of encephalopathy in individuals who are on a combination of haloperidol and lithium; however, many millions of patients have been treated with these medications without such an effect being seen. As noted above, common side effects of lithium are summarized in *Appendix 12*. Signs of toxicity include ataxia, nausea and vomiting, severe tremor, and mental status changes. Be aware of interacting medications that can increase or decrease lithium blood levels with commencement or discontinuation of therapy (e.g., hychochlorothiazide).

## 7. Medications to Treat Antipsychotic Side Effects

In addition to patient education and support, effective treatment for the side effects of antipsychotics may include any or all of the following:

- Reducing the dose of the medication
- Changing the medication
- Adding medication to treat the side effects

This section focuses on side effects that can be treated with medication. Side effects amenable to such treatment are extrapyramidal in origin and tend to be proportional to the D-2 blocking activity of the antipsychotic medication.

Side effects related to the anticholinergic or antihistaminic activity are generally approached from a symptomatic/palliative approach, as the symptoms tend to occur early and last throughout treatment. For example, constipation can be treated with stool softeners, increased fluids and fiber, and laxatives. Dry mouth is treated with measures such as increased attention to oral hygiene and use of sugarless candy.

### Extrapyramidal Side Effects (EPS)

Extrapyramidal side effects can be acute, subacute, or insidious/chronic in their onset.

**Acute EPS:** Symptoms of acute EPS include dystonia, pseudoparkinsonism, and akathisia. The reader is referred to *Appendix 10* for a list of EPS and their treatment. Only dystonia and akathisia are discussed at greater length below.

- **Dystonia** typically develops within a period of hours-to-days of initiation of treatment or escalation of dosage. It requires immediate treatment with parenteral medication, either IV or IM, which should then be followed by ongoing treatment with oral antiparkinsonian medication such as benztropine, trihexylphenidyl, or diphenhydramine. Patients find

dystonic reactions frightening and painful. If the throat and tongue muscles are involved, dystonic reactions can be dangerous. Such reactions are often referred to by the patient as an "allergic reaction." This is inaccurate, and it incorrectly implies that the patient cannot receive the same medication in the future. Rather, the patient should be treated prophylactically with antiparkinsonian medication if he or she is prescribed the same or similar antipsychotic medication in the future. Medications most likely to cause dystonic reactions are high-potency FGAs. However, dystonia is an idiosyncratic reaction and has occurred with low doses of low-potency antipsychotics and antiemetics such as promethazine or prochlorperazine.

Antiparkinsonian agents are associated with side effects related to their anticholinergic and antihistaminic actions. Thus, the smallest effective dose should be prescribed for the shortest possible period of time. Some patients on antipsychotic medications do not require treatment with antiparkinsonian agents. Other patients eventually accommodate to the antipsychotic medication, requiring smaller doses of the antiparkinsonian agent or tolerating discontinuation of it altogether.

- **Akathisia** is under-recognized and under-treated. Some authors have attributed an increased suicide rate to the presence of akathisia. While this has not been conclusively shown, akathisia is a significant source of distress for patients and can have a negative impact on daily functioning and on sleep. Unlike other extrapyramidal side effects, akathisia does not respond well to antiparkinsonian agents. The treatments of choice are beta blockers or benzodiazepines. Beta blockers are generally well-tolerated and can be slowly titrated to an effective dose (e.g., up to 120 mg or more per day of propranolol, in divided doses). Blood pressure, particularly orthostatic changes, should be monitored during the titration phase and periodically thereafter. Benzodiazepines, such as clonazepam or lorazepam, can be utilized if beta blockers are ineffective.

**Subacute EPS:** Symptoms of subacute EPS include akathisia (discussed above under acute EPS), pseudoparkinsonism (see *Appendix 10*), and Pisa syndrome (see *Appendix 10*).

**Insidious/chronic onset EPS:** Symptoms of chronic onset EPS include tardive dyskinesia (TD), tardive dystonia, tardive akathisia, Pisa syndrome, and Rabbit syndrome. Risk factors for the development of these syndromes are listed in *Appendix 10*. Generally, the rate of development of TD in patients treated with FGAs is 4% per year.

No treatments have been shown to be consistently effective in the tardive syndromes. Part of the difficulty in determining the effectiveness of any intervention is the natural history of tardive dyskinesia. In some cases, continuing the antipsychotic medication results in remission of the tardive syndrome. In others, discontinuing the antipsychotic medication may cause the initial manifestation or worsening of the tardive syndrome, followed by gradual resolution. For patients with chronic psychotic disorders, discontinuing the antipsychotic may not be an option. In some cases, clozapine may cause remission of tardive dyskinesia or dystonia.

## 8. Non-Medication Treatment Interventions

Although medications are essential in the treatment of psychotic disorders, they are not sufficient. Non-medication treatment interventions include electroconvulsive therapy (ECT), psychosocial interventions, and cognitive rehabilitation.

**Electroconvulsive therapy (ECT)** has been shown to be an effective treatment for catatonic disorders and mood disorders. It is also effective in the treatment of refractory psychotic disorders. ECT is rarely utilized in the BOP correctional setting, but in some cases it may be the most appropriate treatment. (Consult the program statement on Psychiatric Services for more information on BOP policy regarding ECT.) Patients undergoing ECT for psychotic disorders generally will require treatment with medications before, during, and after a course of ECT treatment. Infrequently, some individuals may require maintenance ECT to remain in remission.

**Psychosocial interventions** are essential in the management of individuals with chronic illnesses, especially psychiatric conditions. In the correctional setting, accommodations may need to be made in the patient's living conditions, work and education settings, and other institutional activities in order to reduce stress and improve outcomes. Individuals with chronic psychotic conditions often have significant impairments in cognition, perception, social interactions, hygiene, and other aspects of functioning. In addition, some individuals with chronic psychiatric illnesses are more vulnerable to exploitation by other inmates. Correctional and health care staff need to be aware of these potential vulnerabilities and address them as appropriately as possible within the realities of the correctional setting.

Other important psychosocial interventions include psychoeducation and psychotherapy. Psychotherapy interventions may include crisis intervention, supportive therapy, group therapy, and cognitive-behavioral therapy.

**Cognitive rehabilitation/remediation** has been shown to reduce relapse and hospitalization in individuals with schizophrenia when they are released and living in the community. Cognitive rehabilitation services are currently limited to Medical Referral Centers (MRCs) and Step-Down Unit programs.

# Definitions

**Affective flattening** is the severe reduction or loss of normal external expressions of internal emotional experiences.  Flat or blunted affect may be seen in *mood disorders*, psychotic disorders, some personality disorders, and some neurological conditions such as Parkinson's disease.  It may also be the side effect of antipsychotic medication.  Flat or blunted affect in a patient can make it difficult to discern his or her internal emotional state (or mood).

**Akathisia** is an internal sense of restlessness and is a common, early-onset *extrapyramidal side effect* of dopamine-blocking medications.  Outward manifestations may include motor agitation, pacing, shifting of weight in a rhythmic manner, rocking, or other purposeless movements.  Internally, the person may experience anxiety, agitation, and dysphoria.  Akathisia is under-recognized and under-treated.  Patients do not accommodate to this side effect with continued exposure to the medication, and anticholinergic medications are generally ineffective in managing the symptoms.  Beta blockers are the treatment of choice.

**Alogia** is a specific language disturbance in which the quantity of language or ability to initiate language is severely disturbed.  Individuals with *schizophrenia* may have a relative decrease in the quantity of speech production and may not initiate conversation.  Some individuals with schizophrenia may produce a normal number of words, but the speech itself may be relatively lacking in actual content.  Alogia can also be seen in other conditions that cause brain dysfunction, such as dementia or mental retardation.

**Amotivation** is a lack of motivation or initiative (much like *avolition*).  This symptom, like other negative symptoms of *schizophrenia*, impairs the individual's ability to take part in both simple and complex activities of daily living—preparing or attending meals, maintaining hygiene, attending a pill line, getting or keeping a job, and actively engaging in the treatment process.

**Anhedonia** is a lack of interest in pleasurable activities, and it is sometimes described as a lack of enjoyment in usual activities.  A symptom of *schizophrenia*, anhedonia is also frequently seen in *mood disorders*.  Anhedonia contributes to the individual's inability to participate in relationships with others, or even to engage in leisure and other activities that add depth and meaning to a person's life.

**Avolition** is a lack of will or initiative.  In *schizophrenia*, this symptom results in the individual appearing unable or unwilling to initiate goal-directed activities.  Individuals with this symptom may spend most of their time in idle behaviors such as sleeping or watching television.  They can appear apathetic.  Of particular importance in the therapeutic setting, avolition impairs the patient's ability to seek assistance when experiencing an inability to function.

**Co-morbid** condition is another disease or disorder that co-occurs with a disease or disorder.  Generally, co-morbid conditions have a significant impact on the manifestation and/or treatment of the primary condition.

**Depression** is a mood disturbance in which the primary manifestation is a decrease in mood, energy, interest, and cognitive functioning.  Depression is seen in a number of psychiatric and medical conditions.

**Disorganized behavior** is an external sign of cognitive impairment in executive functioning, including planning and executing goal-oriented behaviors.  Examples of disorganized behavior may include repetitive and irrational behaviors (such as repeatedly flushing a toilet for hours), poor or bizarre hygiene or grooming, posturing, hyper- or hypoactivity, or other unusual behaviors.

**Disturbed language** is the outward manifestation of brain dysfunction.  In psychotic individuals, the language can be disturbed in form, syntax, prosody, or any number of characteristics.  The ability to physically form words is intact in psychotic disorders, but the processing and/or expression of language is abnormal.  Perseveration is a common, though often subtle, finding in individuals with genuine psychosis.

**Dystonia** is an idiosyncratic *extrapyramidal side effect* of antipsychotic medication, which occurs in the acute phase of treatment.  It is more common in young males than in other populations and is more common with the use of high-potency medications.  It is characterized by slow, sustained muscle contractions and can involve any muscle groups.  It most often affects the muscles of the eyes, mouth, head, and neck.  When it involves these muscles, it is sometimes called an oculogyric crisis.  If it involves the musculature of the tongue and throat, it can cause potentially fatal dysphagia.  Dystonic reactions are usually very painful, though acutely psychotic patients may not even notice the reaction.  Regardless of the patient's reaction or insight, it should be treated as a medical emergency with parenteral anticholinergic medication.  When dystonia develops late in the course of treatment and persists, it is called "tardive dystonia."

**Extrapyramidal side effects (EPS)**, also sometimes called extrapyramidal syndromes, are a group of motor side effects caused by dopamine-blocking medications, including antipsychotics and antiemetics.  Also called "pseudoparkinsonism," EPS include *akathisia*, muscle rigidity, tremor, bradykinesia, *affective flattening*, *Pisa syndrome*, *Rabbit syndrome*, choreoathetotic movements, *dystonia*, and tardive syndromes.

**Hallucinations** are disturbances in perceptions in one of the five senses—sight, sound, touch, smell, and taste—that occur in the absence of any external stimulus.  Hallucinations may occur in any one sensory realm or in multiple senses.  Hallucinations occur in many different psychiatric and medical conditions and are not pathognomonic for any particular condition.

**Hypomania** is a mood disturbance similar qualitatively to *mania*, but less intense.  Judgement and impulse control may be disturbed, but to a lesser degree than in mania.  Individuals with hypomania have an increase in goal-directed activities, energy, and being in a "good" mood (or irritable).  Hypomania is seen in bipolar disorders and schizoaffective disorder, bipolar type.

**Mania** is a mood syndrome characterized by hyperactivity, decreased need for sleep, and increased rate of speech and thoughts, in addition to disturbances in the thought process, poor judgement, and poor impulse control. The mood disturbance may include euphoria and/or irritability. Psychiatric conditions with manic states include bipolar disorder, type I, and schizoaffective disorder, bipolar type. Mania can also be seen in medical conditions such as Cushing's disease and in substance abuse syndromes, including intoxication and withdrawal.

**Mood disorders** are those psychiatric conditions that manifest as their primary symptoms a disturbance in mood, with associated vegetative signs and symptoms. They include bipolar disorders and depressive disorders. *The Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition, Text Revision, (DSM-IV-TR) lists the criteria necessary to diagnose these conditions.

**Obsessive compulsive disorder (OCD)** is an anxiety disorder characterized by a disturbance in thoughts and behaviors. The thoughts, called "obsessions," are experienced as uncontrollable, repetitive ruminations that usually provoke anxiety. To cope with the anxiety, the individual then engages in repetitive behaviors ("compulsions") that are also experienced as involuntary or uncontrollable. Although obsessions and compulsions are generally thought of as being ego-dystonic, they can become ego-syntonic and cause more distress to family and friends than to the individual afflicted with them. OCD can be seen as a primary disorder, a *co-morbid* disorder, or a complex of symptoms associated with other conditions. OCD can be seen in medical and psychiatric conditions.

**Pisa syndrome** is a late-onset (tardive), persistent *extrapyramidal side effect* caused by dopamine-blocking medications. The patient has a flexion of the trunk to one side, causing a leaning posture.

**Rabbit syndrome** is an early to mid-onset *extrapyramidal side effect* caused by dopamine-blocking medications. It is a tremor involving the musculature of the lips.

**Schizoaffective disorders** are a group of psychiatric disorders characterized by the presence of a mood syndrome, concurrent with a psychotic disorder that itself meets the diagnostic criteria for *schizophrenia*. In addition, at some point during the active phase of the disorder, there must be a two-week period in which the criteria for schizophrenia are met, but without a concurrent mood disorder. Mood syndromes seen in schizoaffective disorder include *mania, depression*, or mixed (mania and depression together). Patients with schizoaffective disorders seem to appear along a spectrum in their presentations, impairments, and responses to treatment: from very closely resembling schizophrenia, to more closely resembling a mood disorder with psychosis (bipolar disorder or major depression with psychotic features). Formal diagnostic criteria are found in *The Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition, Text Revision (DSM-IV-TR).

**Schizophrenia** is a group of neurodevelopmental disorders or syndromes characterized by disturbances in perceptions, cognitive functions, emotions/mood, motor activity, and behavior. Such disturbances range from moderate to severe and may fluctuate over an individual's lifetime. By definition, the disorder must last at least six months.  Formal diagnosis is made by satisfying the criteria set forth in *The Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition, Text Revision (DSM-IV-TR).

**Therapeutic trials** of antipsychotic medication require the use of a therapeutic dose (not always easily established) for a minimum of six to eight weeks.  Antipsychotic medication has a slow onset of action; it is hypothesized that it changes the sensitivity of the neuroreceptors, as well as the quantity of neurotransmitters available to the neuroreceptor.  Some antipsychotics, such as clozapine, have been shown to continue to exert additional therapeutic benefits for many months after initiation of treatment.  Providers often fail to undertake full therapeutic trials of medication, because they may not be aware of the slow onset of action or because they fail to apply objective measurements of patient progress.

# References

Ananth J, Parameswaran S, Gunatilake S, et al. Neuroleptic malignant syndrome and atypical antipsychotic drugs. *J Clin Psychiatry*. 2004;65(4):464–470.

American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders (DSM-IV-TR)*. 4th ed. Arlington, VA: American Psychiatric Association; 2006.

American Psychiatric Association. Practice Guidelines [homepage on the internet].

Treatment of patients with schizophrenia, 2nd ed. 2004 *and* Guideline Watch. Available at: http://www.psychiatryonline.com/pracGuide/pracGuideTopic_6.aspx. Accessed November 27, 2009.

Alexopoulos GS, et al and Expert Consensus Panel for Using Antipsychotic Drugs in Older Patients. Using antipsychotic agents in older patients. *J Clin Psychiatry*. 2004;65(suppl 2):5–99

Bezchlibnyk-Butler KZ, Jeffries JJ, eds. *Clinical Handbook of Psychotropic Drugs*. 19th ed. Seattle, WA: Hogrefe & Huber Publishers; 2009

Davis JM, Chen N, Glick ID. A meta-analysis of the efficacy of second-generation antipsychotics. *Arch Gen Psychiatry*. 2003;60(6):553–564.

Lieberman JA, et al and Catie Investigators. Effectiveness of antipsychotic drugs in patients with chronic schizophrenia. *N Engl J Med*. 2005;353(12):1209–1223.

McEvoy JP, et al and CATIE Investigators. Effectiveness of clozapine versus olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia who did not respond to prior atypical antipsychotic treatment. *Am J Psychiatry*. 2006;163(4):600–610.

Miceli JJ, Glue P, Alderman J, Wilner K. The effect of food on the absorption of oral ziprasidone. *Psychopharmacol Bull*. 2007;40(3):58-68.

National Institute of Mental Health [homepage on the internet]. Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE): NIMH Study To Guide Treatment Choices for Schizophrenia. Available at: http://www.nimh.nih.gov/health/trials/practical/catie/index.shtml. Accessed November 27, 2009.

Owen RR, Fischer EP, Kirchner JE, et al. Clinical practice variations in prescribing antipsychotics for patients with schizophrenia. *Am J Med Qual*. 2003;18(4):140–146.

*Physicians' Desk Reference*. 62nd ed. Montvale, NJ: Thomson PDR; 2008

Sentara Behavioral Health Services. Schizophrenia algorithms (adopted from The Texas Medication Algorithm Project, Texas Implementation of Medication Algorithms), 2005. Available at: https://wavenet2.sentara.com/sbhs/providdefers/forms/schizophrenia%20Algorithms.pdf. Accessed November 18, 2009.

Stahl SM. Selecting an atypical antipsychotic by combining clinical experience with guidelines for clinical trials.
*J Clin Psychiatry*. 1999;60(suppl 10):31–41.

Stroup TS, et al and CATIE Investigators. Results of phase 3 of the CATIE schizophrenia trial. *Schizophr Res*. 2009;107(1):1–12.

Texas Department of State Health Services. *Texas Medication Algorithm Project Procedural Manual: Schizophrenia Treatment Algorithms*, 2008. Available at: http://www.dshs.state.tx.us/mhprograms/TMAPtoc.shtm. Accessed November 27, 2009.

## Appendix 1.  Antipsychotic Treatment Algorithm

This algorithm was derived from other developed protocols, including the Texas Medication Algorithm Project,* the CATIE trial, and several state Departments of Corrections. The choice of antipsychotic should be guided by assessing the patient's clinical characteristics, and the efficacy and side effect profiles of the medication. Patients are to follow the algorithm provided below, unless there is compelling clinical evidence to do otherwise. A more detailed discussion of the algorithm starts on the next page.



*Adapted from the Texas Medical Algorithm with the express permission of the Texas Department of State Health Services.*

| Antipsychotic Medications | | | | |
|---|---|---|---|---|
| **Group A** | | | **Group B** | |
| Type | Generic Name | | Type | Generic Name |
| FGA | - Fluphenazine    - Loxapine    - Perphenazine<br>- Chlorpromazine    - Molindone    - Trifluoperazine<br>- Haloperidol | | SGA | - Olanzapine<br>- Quetiapine<br>- Ziprasidone |
| SGA | Risperidone | | TGA | Aripiprazole |

## An Algorithm for Treating Schizophrenia

The Antipsychotic Treatment Algorithm in this appendix was derived from various sources and is a guide for clinicians in treating schizophrenia. The algorithm can be used for patients with first-episode schizophrenia, as well as chronic, multi-episode schizophrenia. For patients who are on medications for schizophrenia and are currently doing well, it is recommended that they stay on their current medication—even though this may not follow the algorithm recommendations.

While specific doses are not part of the algorithm, *Appendix 6* lists common dosage ranges. *The general rule of thumb is to start low and go slow with these medications.* Trials should be of a sufficient length of time to adequately monitor effectiveness. As with any guidelines, but particularly with schizophrenia, clinical judgment may trump algorithm recommendations. *It is appropriate at any time to refer the patient for a mental health evaluation.* These can be performed by contract psychiatrists, staff psychiatrists, or telepsychiatry.

### Monitoring Typical or FGA Antipsychotics

First-generation antipsychotics (FGAs) can be very effective for the treatment of schizophrenia. Side effects of FGAs are listed in Appendix 4a. To prevent episodes of EPS or TD, typical antipsychotics are commonly prescribed in combination with an anticholinergic agent such as Cogentin™ (benzotropine).

### Monitoring Atypical Antipsychotics

Second- and third-generation antipsychotics have their own unique pharmacokinetics and side effects. Common side effects of SGAs and TGAs are listed in Appendix 4b. Metabolic side effects have become increasingly common, and patients on these medications will require routine monitoring of weight gain, diabetes, and hyperlipidemia.

## Description of Algorithm Stages

### AIMS Testing

Prior to starting in with the algorithm, patients who are already on a FGA should be given an AIMS (Abnormal Involuntary Movement Scale) test. If at any time during the algorithm the AIMS test is positive, the patient should be switched to an SGA. *A positive examination is a score of 2 in two or more movements, or a score of 3 or 4 in a single movement.*

➔ A two-page AIMS form is included at the end of this appendix, and there are many available online, as well. AIMS forms will also be available through BEMR.

### Stage 1

Patients at this stage should be tried on a single agent from Group A for at least 6 weeks to monitor effectiveness. AIMS testing should be performed at 6–8 weeks. If AIMS is positive, the patient should be switched to an SGA. If AIMS is negative and there is a full response to the medication, continue the treatment. If there is partial or no response, then proceed to Stage 2 after adequate dose titration.

## Stage 2

Stage 2 is monotherapy with another agent from Group A, one not tried in Stage 1. Effectiveness should be monitored at 6–8 weeks, and AIMS testing should be performed at that time, as well. If the AIMS test is negative and the patient achieves full response to the medication, continue the treatment. If there is partial response, consider dose titration and/or proceed to Stage 3A. If response to the medication is less than desirable, proceed to Stage 3B.

## Stage 3A

Patients move on to Stage 3A when it is thought that their response in Stage 2 may not have been maximized at 6–8 weeks. The recommendation here is to continue the medication for another 4 weeks and then consider combination therapy with another antipsychotic of complementary neurotransmitter action. If that strategy results in only a partial or poor response, continue on to Stage 3B. AIMS testing should continue if the patient is on a FGA.

## Stage 3B

At this stage, another single agent from Group A that was not previously used can be tried, or a medication from Group B should be tried. Continue to titrate to the appropriate dose. Continue AIMS testing if the patient is on an FGA. If adequate titration is reached and the patient does not have an adequate response, move on to Stage 4A or 4B. If adequate response is reached, continue the therapy.

## Stage 4A

At this point, combination therapy or augmentation therapy should be used. Consider medications with complementary neurotransmitter action. Please see the section on "Antipsychotic Combination Therapy" in these guidelines for recommendations. If there is still no adequate response, give consideration to stage 4B.

## Stage 4B

At this point, clozapine can be started per protocol. Currently clozapine is only available for initiation at MRCs. Because of the potential for serious side effects, patients on this medication require strict monitoring.

## More Generally …

- *If at any time during treatment the patient fails to respond or has marked decompensation, seek expert psychiatric consultation.* It may be necessary for the patient to be transferred to an MRC during the course of his/her treatment.

- AIMS testing should be completed *every six months* for patients on antipsychotic medication.

## Abnormal Involuntary Movement Scale (AIMS)
*Source: Federal Medical Center – Rochester, Minnesota*

| Patient Identification: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**Evaluation Date:** ___/___/____   ☐ Baseline   ☐ 6 Months   ☐ Annual   ☐ Other: _____

**Instructions:** Complete *AIMS Examination Procedure* (next page) before making ratings. For movement ratings, rate highest severity observed.

**Rating Codes:** **1** = None, **2** = Minimal, may be extreme normal, **3** = Mild, **4** = Moderate, **5** = Severe

**Ratings\*** (circle one)

| | | Ratings |
|---|---|---|
| **Facial & Oral Movements** | 1. **Muscles of Facial Expression:** e.g., movement of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing. | 1  2  3  4  5 |
| | 2. **Lips and Perioral Area:** e.g., puckering, pouting, and smacking. | 1  2  3  4  5 |
| | 3. **Jaw:** e.g., biting, clenching, chewing, mouth opening, lateral movement. | 1  2  3  4  5 |
| | 4. **Tongue:** Rate only the *increase* in movement both in and out of mouth, **NOT** the inability to sustain movement. | 1  2  3  4  5 |
| **Extremity Movements** | 5. **Upper (arms, wrists, hands, fingers):** Include choreic movements (i.e., rapid, objectively purposeless, irregular, spontaneous), athetoid movements (i.e., slow, irregular, complex, serpentine). Do **NOT** include tremor (i.e., repetitive, regular, rhythmic). | 1  2  3  4  5 |
| | 6. **Lower (legs, knees, ankles, toes):** e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot. | 1  2  3  4  5 |
| **Trunk Movements** | 7. **Neck, shoulders, hips:** e.g., rocking, twisting, squirming, pelvic gyrations. | 1  2  3  4  5 |
| **Global Judgments** | 8. **Severity of abnormal movements** | 1  2  3  4  5 |
| | 9. **Incapacitation due to abnormal movements** | 1  2  3  4  5 |
| | 10. **Patient's awareness of abnormal movements:** Rate only the patient's report. | **1** = No awareness  **2** = Awareness, no distress  **3** = Aware, mild distress  **4** = Aware, moderate distress  **5** = Aware, severe distress |
| **Dental Status** | 11. **Current problems with teeth and/or dentures?** | **1** = Yes  **2** = No |
| | 12. **Does patient wear dentures?** | **1** = Yes  **2** = No |

*\* A positive examination is a score of 2 in two or more movements, or a score of 3 or 4 in a single movement.*

| Rater's Signature: | Doctor's Signature/Date: |
|---|---|

## AIMS Examination Procedure

*Source:  Federal Medical Center – Rochester, Minnesota*

1.  Ask patient to remove shoes and socks.

2.  Ask patient whether there is anything in his/her mouth (e.g., gum, etc.) and, if so, to remove it.

3.  Ask patient about the *current* condition of his/her teeth. Ask patient if he/she wear dentures. Ask whether the patient's teeth or dentures bother him/her *now*.

4.  Ask patient whether he/she notices any movements in mouth, face, hands, or feet. If yes, ask patient to describe the movements. Ask to what extent the movements *currently* bother the patient or interfere with his/her activities.

5.  Have patient sit in chair with hands on knees, legs slightly apart, and feet flat on the floor. Look at the patient's entire body for movements while in this position.

6.  Ask patient to sit with hands hanging unsupported — if male, between the legs; if female and wearing a dress, hanging over the knees. Observe the hands and other body areas.

7.  Ask patient to open mouth. Observe tongue at rest within the mouth. Do this twice.

8.  Ask patient to protrude tongue. Observe abnormalities of tongue movement. Do this twice.

9.  Ask patient to tap thumb with each finger, as rapidly as possible for 10–15 seconds. Do this separately with each hand. Observe facial and leg movements.

10. Flex and extend patient's arms, one arm at a time. Note any rigidity.

11. Ask patient to stand up. Observe in profile. Observe all body areas again, including hips.

12. Ask patient to extend both arms at the same time — outstretched in front, with palms down. Observe trunk, legs, and mouth.

13. Have patient walk a few paces, turn, and walk back to the chair. Observe hands and gait. Do this twice.

## Appendix 2.  Informed Consent

*Policy for obtaining informed consent is contained in Program Statement 6340.04, Psychiatric Services.  The following excerpt is taken from that Program Statement.*

**Psychiatric Medication.**  Except in an emergency, informed consent will be obtained and documented prior to administering medication for psychiatric symptoms or conditions (refer to the Program Statement on Pharmacy Services).  Ordinarily, the prescribing physician will be responsible for obtaining the informed consent.  Patient education for obtaining informed consent includes the following information:

- Symptoms of the illness;
- Potential benefits of treatment;
- Potential risks and side-effects (especially serious ones);
- Appropriate use of the medication;
- When to notify staff of problems;
- Consequences of noncompliance; and
- Alternative treatments, including no treatment, and associated risks.

The inmate's competency to give informed consent will be assessed and documented on the corresponding "Consent to Use (name of medication)" form.  An informed consent form will be obtained when:

- A psychiatric medication is prescribed for which an informed consent has not previously been obtained;
- An inmate has previously given informed consent, but has been off the medication for at least a year;
- Clinical judgment deems that a new informed consent is appropriate because of a significant change in the inmate's clinical status; or
- An inmate on psychiatric medication is newly committed to the Bureau and does not have informed consent documented on any of the standard forms noted above.

## Appendix 3.  Antipsychotic Medications

| Generic Name* | Common Brand Name | Class |
|---|---|---|
| **First-Generation Antipsychotics (FGAs)** | | |
| chlorpromazine | Thorazine™ | phenothiazine |
| thioridazine | Mellaril™ | phenothiazine |
| trifluoperazine | Stelazine™ | phenothiazine |
| fluphenazine | Prolixin™ | phenothiazine |
| perphenazine | Trilafon™ | phenothiazine |
| haloperidol | Haldol™ | butyrophenone |
| loxapine | Loxitane™ | dibenzoxazepine |
| pimozide | Orap™ | diphenylbutylpiperidine |
| molindone | Moban™ | dihydroindolone |
| thiothixene | Navane™ | thioxanthene |
| **Second-Generation Antipsychotics (SGAs)** | | |
| risperidone | Risperdal™ | benzisoxazole |
| ziprasidone | Geodon™ | benzisothiazolylpiperazine |
| clozapine | Clozaril™ | dibenzodiazepine |
| olanzapine | Zyprexa™ | thienobenzodiazepine |
| quetiapine | Seroquel™ | dibenzothiazepine |
| **Third-Generation Antipsychotic (TGA)** | | |
| aripiprazole | Abilify™ | |

* For formulary options, consult the current BOP National Formulary, available at:
  http://www.bop.gov/news/medresources.jsp)

.

## Appendix 4a.  Side Effects of First-Generation Antipsychotics (FGAs)

| Anticholinergic/ Antihistaminic Effects | Related to Dopamine Blockage | Other Potential Side Effects |
|---|---|---|
| • Blurred vision<br>• Constipation<br>• Urinary retention<br>• Sexual dysfunction<br>• Retrograde ejaculation<br>• Postural hypotension<br>• Tachycardia<br>• Cardiac dysrhythmias<br>• Somnolence<br>• Slowed thinking<br>• Poor concentration<br>• Confusion<br>• Dry mouth<br>• Decreased sweating<br>• Weight gain<br>• Increased appetite<br>• Nausea<br>• Restlessness<br>• Worsening or precipitation of narrow angle glaucoma | • Muscle rigidity<br>• Flattened affect<br>• Bradykinesia<br>• Tremor<br>• Dystonia<br>• Increased prolactin resulting in amenorrhea, sexual dysfunction, galactorrhea, and/or gynecomastia<br>• Akathisia<br>• Rabbit syndrome<br>• Dysphagia<br>• Tardive dyskinesia<br>• Neuroleptic malignant syndrome | • Decreased seizure threshold<br>• Sun sensitivity<br>• Decreased ability to regulate body temperature, predisposing to hyperthermia<br>• SIADH, polydipsia/polyuria (may occur without antipsychotic treatment also)<br>• Lenticular and/or retinal pigmentation<br>• Priapism<br>• Elevated liver function tests<br>• Insulin resistance/hyperglycemia<br>• Agranulocytosis<br>• Thrombocytopenia<br>• Prolonged QT interval |

## Appendix 4b.  Side Effects of Second-Generation Antipsychotics (SGAs) and Third-Generation Antipsychotics (TGAs)

| Serious Reactions | Common Reactions | Black Box Warning |
|---|---|---|
| • Neuroleptic malignant syndrome (NMS)<br>• Extrapyramidal symptoms, severe (EPS)<br>• Tardive dyskinesia (TD)<br>• Dystonia<br>• QT prolongation<br>• Torsades de pointes<br>• Seizures<br>• Syncope<br>• Priapism<br>• HTN, severe<br>• Hyperglycemia, severe<br>• Diabetes mellitus<br>• Serotonin syndrome<br>• Allergic rxns<br>• Leukopenia<br>• Neutropenia<br>• Agranulocytosis | • Somnolence<br>• Headache<br>• Nausea<br>• Constipation<br>• Dyspepsia<br>• Akathisia<br>• Dizziness<br>• Respiratory disorders<br>• Extrapyramidal effects<br>• Asthenia<br>• Diarrhea<br>• Weight gain<br>• Rash<br>• Urticaria<br>• Dry mouth<br>• Visual disturbances<br>• Sialorrhea<br>• Tachycardia<br>• Hypotension, orthostatic<br>• Menstrual irregularities<br>• Hyperprolactinemia | **Dementia-Related Psychosis**<br><br>SGAs are not approved for dementia-related psychosis. There is an increased mortality risk in elderly dementia patients on conventional or atypical antipsychotics. Most deaths are due to cardiovascular or infectious events. The extent to which increased mortality can be attributed to antipsychotic medication vs. particular patient characteristic(s) is not clear. |

## Appendix 5.  Relative Side Effect Incidence of Antipsychotic Medications

| Medication | Extra-pyramidal[1] | Anti-cholinergic[2] | Anti-histaminic[3] | anti α-1[4] | Diabetes Risk[5] |
|---|---|---|---|---|---|
| **First-Generation Antipsychotics (SGAs)** | | | | | |
| Chlorpromazine | +++ | +++ | +++ | ++++ | |
| Thioridazine | +++ | ++++ | ++++ | ++++ | |
| Loxapine | ++++ | ++ | +++ | +++ | |
| Molindone | ++++ | — | + | + | |
| Trifluperazine | ++++ | + | ++ | +++ | |
| Perphenazine | ++++ | + | ++++ | +++ | |
| Thiothixene | +++++ | + | +++ | ++ | |
| Pimozide* | +++++ | + | + | +++ | |
| Fluphenazine | ++++++ | + | +++ | +++ | |
| Haloperidol | ++++++ | + | + | +++ | |
| **Second-Generation Antipsychotics (SGAs)** | | | | | |
| Clozapine | ++ | +++ | ++++ | +++ | +++ |
| Olanzapine | +++ | ++++ | ++++ | +++ | +++ |
| Risperidone | +++++ | + | +++ | ++++ | ++ |
| Ziprasidone* | ++++ | +++ | +++ | +++ | +/- |
| Quetiapine | ++ | ++++ | ++++ | ++++ | +++ |
| **Third-Generation Antipsychotic (TGA)** | | | | | |
| Ariprazole | + | + | + | + | + |
| * Pimozide and ziprasidone may prolong the QT interval.  It should not be used with other medications known to prolong the QT interval. | | | | | |

[1] **Extrapyramidal side effects:** Proportional to Dopamine blockade.  Can include blockade of D-1, D-2, D-3, D-4 receptors, although D-2 blockade seems most important in development of most EPS.  D-2 blockade generally directly proportional to antipsychotic activity in FGAs (this relationship does not appear to hold for SGAs and TGA).  Side effects from Dopamine blockade include muscle rigidity, flattened affect, Bradykinesia, tremor, dystonia, prolactinemia, akathisia, Rabbit syndrome, Pisa syndrome, tardive dyskinesia, neuroleptic malignant syndrome.

[2] **Anticholinergic side effects** help attenuate EPS side effects.  Side effects include dry mouth, blurred vision, urinary retention and incontinence, constipation, sinus tachycardia, QRS changes, cognitive slowing, sedation.

[3] **Antihistaminic side effects** include sedation, hypotension, weight gain, dry mouth.

[4] **Anti α-1 side effects** include postural hypotension, tachy cardia, dizziness, potentiation of other alpha-1 blockers, urinary incontinence, hypersalivation, sedation.

[5] **Diabetes Mellitus**, relative risk.

Exhibit 5 - Dr. Sarrazin Declaration

## Appendix 6.  Antipsychotic Dosing Charts

| First-Generation Antipsychotics (FGAs) | | | |
|---|---|---|---|
| **Drug** | **Starting Dose** | **Dose Range** | **Usual Maximum Dose** |
| Chlorpromazine | 50–100 mg/day | 300–1000 mg/day | 1000 mg/day |
| Fluphenazine | 5 mg/day | 5–20 mg/day | 20 mg/day |
| Fluphenazine D | 12.5–25 mgIM/ 2–3 weeks | 6.25–50 mgIM/ 2–4 weeks | 100 mgIM/ 4 weeks |
| Haloperidol | 2–5 mg/day | 2–20 mg/day | 20 mg/day |
| Haloperidol D | 25–50 mgIM/ 2 weeks | 50–200 mgIM/ 2–4 weeks | 300 mgIM/ 3–4 weeks |
| Loxapine | 20 mg/day | 50–150 mg/day | 150 mg/day |
| Molindone | 20 mg/day | 50–150 mg/day | 150 mg/day |
| Perphenazine | 4–8 mg/day | 16–64 mg/day | 64 mg/day |
| Thiothixene | 5–10 mg/day | 15–50 mg/day | 50 mg/day |
| Trifluoperazine | 2 mg/day | 5–40 mg/day | 40 mg/day |

| Second-Generation Antipsychotics (FGAs) | | | | | |
|---|---|---|---|---|---|
| **Drug** | **Starting Dose** | **Titration** | **Dose Range** | **Max. Dose** | **Schedule** |
| Clozapine | 12.5 mg (half a 25 mg tablet) Starting on *Day 3*, dose is increased every 3 days. | *Day 2:* 25 mg hs *Day 3:* 25 mg bid *Day 6:* 25 mg am, 50 mg hs *Day 9:* 50 mg bid *Day 12:* 75 mg bid *Day 15:* 100 mg bid *Day 18:* 125 mg bid *Day 21:* 150 mg bid *Day 24:* 100 mg am, 200 mg hs | 300–900 mg/day (serum level for doses > 600 mg/day) | 900 mg/day | BID Eventual maintenance dose schedule: BID (1/3 in am, 2/3 in pm) |
| Olanzapine | 5–10 mg | 5 mg/week | 10–20 mg/day | 40 mg/day * | HS |
| Quetiapine | 25 mg bid | 50 mg/week | 300–800 mg/day | 800 mg/day | BID |
| Risperidone | 1–2 mg/day | 1mg / 2–3 days | 2–6 mg/day | 16 mg/day ** | HS or AM |
| Ziprasidone*** | 40–80 mg/day | 20–40 mg / 2–3 days | 80–160 mg/day | 160 mg/day | BID |

\* Some data indicate that olanzapine doses > 20 mg may benefit patients who only partially respond to an adequate trial of olanzapine 20 mg.
\*\* The risk of EPS is significantly increased by using > 6 mg daily.
\*\*\* The presence of food can increase ziprasidone's absorption up to 2-fold.

| Third-Generation Antipsychotic (TGA) | | | | |
|---|---|---|---|---|
| **Drug** | **Starting Dose** | **Titration** | **Max. Dose** | **Schedule** |
| Aripiprazole | 10–15 mg/day | Every 2 weeks | 30 mg/day | Daily, with or without meals |

## Appendix 7.  Monitoring for Side Effects of Antipsychotic Medications

| Test | Inpatient* | Outpatient* |
|---|---|---|
| **First-Generation Antipsychotics (FGAs)** | | |
| AIMS | at admission and quarterly | q 6 months |
| Fingerstick/Fasting Blood Glucose | at admission and annually | at first visit and annually |
| Lipids | at admission and annually | at first visit and annually |
| Weight | at admission and monthly | q 6 months |
| **Second-Generation Antipsychotics (SGAs)** | | |
| AIMS | at admission and quarterly | q 6 months |
| Fingerstick/Fasting Blood Glucose | at admission and monthly | monthly |
| HgA1C | q 6 months | q 6 months |
| Lipids | at admission and annually | at first visit and annually |
| Weight | at admission and monthly | at first visit and q 6 months |
| **Third-Generation Antipsychotic (TGA) – Aripiprazole** | | |
| AIMS | at admission and quarterly | q 6 months |
| Fingerstick/Fasting Blood Glucose | at admission and monthly | at first visit and annually |
| Lipids | at admission and annually | at first visit and annually |
| Weight | at admission and monthly | at first visit and annually |
| AIMS = Abnormal Involuntary Movement Scale<br>* Assuming no diagnosis of hyperglycemia or diabetes | | |

## Appendix 8.  Neuroleptic Malignant Syndrome

Neuroleptic malignant syndrome (NMS) is an idiosyncratic extrapyramidal reaction to antipsychotic medication.  The diagnosis remains somewhat controversial, as it shares some characteristics with malignant catatonia.  NMS has no pathognomonic sign or symptom upon which to base the diagnosis; rather, it is a constellation of symptoms associated in time with the use of antipsychotic medication.  The symptoms vary qualitatively and quantitatively, from patient to patient, as well as over time within the same patient.

NMS is a potentially fatal condition that can occur in any patient taking antipsychotic medication. While the typical risk factors of NMS are summarized below, the clinician must remain alert to the possible presence of NMS in any patient with recent exposure to antipsychotic medication who develops mental status changes or other signs and symptoms consistent with NMS.  Treatment of the patient should not be undertaken in the outpatient setting.  The patient should be referred to the local hospital for treatment and stabilization. Antipsychotic medication should not be reinstituted until the patient has been medically stable for two weeks.  When reinstituted, the new medication—from a different class of antipsychotics than the potentially offending agent—should be initiated at low dose.  The patient should be followed closely, and the titration should occur very slowly.  Due to the possible overlap with malignant catatonia, lorazepam or clonazepam may be utilized as needed to control agitation or insomnia during the early phase of stabilization of the psychosis.

**Potential symptoms of NMS:**
- Autonomic instability, including variability in blood pressure, pulse, temperature, and diaphoresis
- Elevated CPK
- Fever
- Mental status changes
- Muscle rigidity
- Renal failure
- Rhabdomyolysis

**Risk factors for the development of NMS:**
- Initiation or increased dose of an antipsychotic medication
- Dehydration
- Young, male patient
- High ambient temperature/humidity

**Differential diagnoses:**
- Anticholinergic rebound (with abrupt discontinuation of anticholinergic medication)
- Serotonin syndrome (in the presence of serotonergic agents, including some antiemetics)
- Malignant catatonia (best treated with high dose benzodiazepines)
- Malignant hyperthermia
- Heat stroke

## Appendix 9.  Clozapine:  Side Effects and Monitoring

### Side Effects

- **Dose-Related Side Effects**
  - ► Sedation
  - ► Weight gain
  - ► Hypersalivation
  - ► Tachycardia
  - ► Hypotension
  - ► Fever
  - ► Seizures—especially in patients with seizure disorders, on medications that reduce the seizure threshold, or on doses exceeding 300 mg per day

- **Idiosyncratic Side Effects**
  - ► Agranulocytosis—black box warning

### Treatment

- **Initiation of Treatment:**  Requires appropriate registration of patient with pharmaceutical company monitoring system

- **Absolute Contraindications**
  - ► WBC < 3500/mm3
  - ► History of myleoproliferative disorder
  - ► History of clozapine-induced granulocytopenia
  - ► On other medication known to have risk of granulocytopenia such as carbamezapine
  - ► Immunosuppression

- **Relative Contraindications**
  - ► Seizure disorder
  - ► Outpatient status: Normally, clozapine may only be initiated at an MRC with a psychiatric inpatient unit.  Consult the BOP National Formulary for current restrictions on use.

- **Dosing Schedule**
  - ► Initiate at 25 mg per day.
  - ► Increase gradually, no faster than 25–50 mg per day or 100 mg twice-weekly.
  - ► Therapeutic trial should be at maximal tolerated dose for minimum of four months.

## Monitoring for Side Effects of Clozapine

- Monitor orthostatic blood pressure and pulse during titration phase or whenever symptomatic.
- Consider plasma levels if patient is not responding at 400 mg per day, or is showing excessive side effects at any dose.
- Follow tests for weight, lipids, and glucose, as indicated in *Appendix 7*.

## Monitoring White Blood Cell Count (WBC)

- Check WBC prior to initiation of treatment.
- Check WBC weekly for first six months of treatment, then every two weeks.
- Check WBC if patient shows any signs of infection (fever, sore throat, lethargy, etc.).
- Check WBC weekly for four weeks after termination of treatment.

| White Blood Cell Count (WBC) and Interventions | |
| --- | --- |
| **WBC and/or ANC*** | **Action** |
| WBC < 2000/mm3 *and/or* ANC < 1000/mm3 | • **STOP** clozapine.<br>• Check WBC and differential, daily.<br>• Check VS q 8 hours.<br>• Consider Neupogen™ treatment.<br>• Consider protective isolation.<br>• **DO NOT** rechallenge with clozapine. |
| WBC = 2000–3000/mm3 *and/or* ANC = 1000–1500/mm3 | • **STOP** clozapine.<br>• Check WBC and differential, daily.<br>• Check VS q 8 hours.<br>• Consider Neupogen™ treatment if WBC or ANC continues to decline, or signs of infection occur.<br>• Clozapine may be resumed if Neupogen™ was not necessary (WBC > 3000/mm3 and ANC > 1500/mm3).  WBC should then be checked twice-weekly until WBC > 3500 /mm3. |
| * ANC = absolute neutrophil count | |

**Note:**  More information is available at www.clozaril.com.

Attachment to Dr. Sarrazin Declaration - Exh. 2
Exhibit 5 - Dr. Sarrazin Declaration

## Appendix 10.  Management of Antipsychotic-Induced Side Effects

| Side Effect | Risk Factors* | Usual Onset | Management** |
|---|---|---|---|
| **Dystonia** | • male gender<br>• young age<br>• high-potency antipsychotic | hours to days | STAT:  Benadryl, 50 mg IM<br>*OR*<br>Cogentin, 2 mg IM<br>AND:   Place on oral anticholinergic. |
| **Akathisia** | none known | hours to days<br><br>*(persistent and chronic, once developed)* | Beta blocker, e.g., propranolol<br>*If ineffective at maximum dose, change to another antipsychotic or clonazepam.* |
| **Pseudoparkinsonism**<br>(muscle rigidity, bradykinesia tremor drooling, flat affect, etc.) | • older age<br>• brain disease or damage<br>• high-potency antipsychotic | hours to weeks | Anticholinergic or antihistaminic at lowest effective dose |
| **Pisa Syndrome** | • older age<br>• brain disease or damage<br>• high-potency antipsychotic | hours to months or years | Anticholinergic or antihistaminic (higher doses, generally) |
| **Rabbit Syndrome** | • older age<br>• brain disease or damage<br>• high-potency antipsychotic | weeks to months | Anticholinergic or antihistaminic |
| **Tardive dyskinesia** | • older age<br>• female gender<br>• previous EPS<br>• brain disease or damage<br>• affective d/o<br>• chronic use of antiparkinsonian meds | months to years, or upon withdrawal of antipsychotic | Consider change to SGA or clozapine. |
| **Tardive dystonia**<br>(or other chronic side effects) | • young age<br>• male gender<br>• brain disease or damage<br>• other tardive syndromes | months to years, or upon withdrawal of antipsychotic | Consider change to SGA or clozapine. |
| **Tardive akathisia** | Other tardive syndromes | months to years, or upon withdrawal of antipsychotic | Consider change to SGA or clozapine. |
| *(continued on next page)* ||||

| Side Effect | Risk Factors* | Usual Onset | Management** |
|---|---|---|---|
| *(continued from previous page)* | | | |
| **NMS** (See Appendix 8 for more details.) | • male gender<br>• young age<br>• past Hx NMS | hours to days | Hospitalization.<br><br>Do not rechallenge with same antipsychotic after NMS has resolved. |
| **Anticholinergic side effects** | • low-potency antipsychotics<br>• use of antiparkinsonian meds | hours to days | Palliative treatment |
| **Metabolic syndrome** | • Hx of high glucose<br>• FHx DM<br>• overweight<br>• use of SGAs | days to years | Diabetic management |
| *  Serious side effects may occur in patient with no known risk factors. | | | |
| **The most appropriate management of any side effects may include changing the antipsychotic medication or reducing the dose.  The risks of reducing the dose or changing an otherwise effective medication should be carefully weighed against the severity of the side effects and risks associated with them (including the risk of noncompliance), as well as the patient's preferences regarding possible interventions. | | | |

## Appendix 11.  Antiparkinsonian Agents

| Medication* | Usual Dose Range | Indication |
|---|---|---|
| **Benztropine** (anticholinergic and antihistaminic) | 1–6 mg daily (at higher doses, give in twice-daily dosing) | Stiffness, rigidity, bradykinesia, tremor drooling, dystonia |
| **Trihexyphenidyl** (anticholinergic) | 5–20 mg daily (at higher doses, give in twice-daily dosing) | Stiffness, rigidity, bradykinesia, tremor |
| **Amantadine** (presynaptic dopaminergic agent) | 100–200 mg in once- or twice-daily dosing (tolerance may develop) | Stiffness, rigidity, bradykinesia |
| **Diphenhydramine** (antihistamine) | 25–50 mg BID to QID | Stiffness, rigidity, bradykinesia, tremor drooling, dystonia |
| **Propranolol**\*\* (beta-blocker) | 20–120 mg daily in TID to QID dosing | Akathisia, tremor |
| **Ativan, clonazepam** (benzodiazepines) | 1–4 mg in BID dosing | Akathisia |

\*   Side effects of these medications are related to class of agent.

\*\*  Metoprolol 200–300 mg, nadolol 40–80 mg, pindolol 5 mg, or betaxolol 5–20mg also have efficacy in akathisia.

## Appendix 12.  Mood Stabilizers

| Name (generic/brand) | Dose Range (or blood level, when applicable) | Side Effects* | Monitoring** |
|---|---|---|---|
| **Carbamazepine/ Tegretol™** and others | • Start at 150 mg per day and titrate slowly. <br>• 300–1600 mg/day (blood levels 4–12 micrograms/ml, therapeutic for seizure disorders) <br>• May be given once or twice daily. | • many drug interactions <br>• ↑LFTs, hepatitis <br>• ↓WBC <br>• ↓platelets <br>• rash, S-J syndrome <br>• sedation <br>• lethargy <br>• nausea <br>• dizziness <br>• headache <br>• insomnia <br>• agitation <br>• cognitive changes <br>• tremor <br>• ataxia <br>• paresthesias <br>• vasculitis <br>• hyponatremia <br>• hypersensitivity reaction | • EKG prior to initiation in pts.>45 or with risk factors <br>• CBC with diff at initiation & q 2 weeks during titration, then q 6 months (or if sign of infection) <br>• Electrolytes at initiation & q 6 months <br>• LFTs at initiation & q 2 weeks during titration, then q 6 months <br>• Blood level, only necessary if no response or to monitor compliance |
| **Oxcarbazepine/ Trileptal™** | • Start at 300 mg BID & titrate slowly.  Max dose is 1200 mg/day. | • generally better tolerated than carbamazepine, but same side effects <br>• ↑risk of falls | • Same as carbamazepine, except no need to measure blood levels |
| **Valproate/ Depakene™** and others | • Start 250 mg BID and titrate to therapeutic blood level of 50–115 micrograms/ml. <br>• Usual dose range is 750–3000 mg/day. <br>• May be given once daily. | • some drug interactions <br>• **weight gain** <br>• ↑LFTs, hepatitis <br>• ↓WBC <br>• ↓platelets <br>• rash, S-J syndrome <br>• sedation <br>• lethargy <br>• nausea <br>• HA <br>• cognitive changes <br>• tremor <br>• ataxia <br>• vasculitis | • CBC with diff at initiation & q 2 weeks during titration, then q 6 months (or if sign of infection) <br>• LFTs at initiation & q 2 weeks during titration, then q 6 months <br>• Blood level, weekly during titration, then q 6 months |
| *(continued on next page)* | | | |

| Name (generic/brand) | Dose Range (or blood level, when applicable) | Side Effects* | Monitoring** |
|---|---|---|---|
| | *(continued from previous page)* | | |
| **Lamotrigine/ Lamictal™** | • Start 25 mg/day & titrate by no more than 25 mg per week.<br>• Target dose is 100–500 mg/day in once daily dose. | • rash, S-J reaction<br>• significant drug interaction with Valproate<br>• sedation<br>• lethargy<br>• nausea<br>• HA<br>• cognitive changes<br>• tremor<br>• ataxia<br>• WBC<br>• ↓platelets<br>• ↑LFTs, hepatitis–in pts. on Valproate | None necessary |
| **Topiramate/ Topamax™** | • Start 50 mg per day & titrate VERY slowly.<br>• Target dose is 100–200 mg/day. | • nephrolithiasis<br>• nausea<br>• weight loss<br>• cognitive changes<br>• dizziness<br>• headache<br>• minimal drug interactions | None necessary |
| **Lithium** | • Start 150–300 mg per day & titrate for 1–2 weeks to therapeutic blood level of 0.5 –1.2 mmol/L. | • nephrogenic diabetes insipidus<br>• nausea<br>• loose stools<br>• **weight gain**<br>• tremor<br>• cognitive changes<br>• sedation<br>• acne/folliculitis | *Prior to initiation:*<br>• CBC & diff<br>• EKG >40 or risk factors<br>• chem group<br>• sTSH<br><br>*Monitoring:*<br>• Li level weekly until stable then q 3 months<br>• sTSH annually<br>• CBC, diff, Chem group annually<br>• Monitor for drug interactions affecting blood levels. |

\*   For complete list of side effects, consult PDR or other source of information on medications.

\*\*  More frequent monitoring of certain parameters may be appropriate in some cases, e. g., more frequent measurement of LFTs in patients with hepatitis C infection.

Exhibit 5 - Dr. Sarrazin Declaration

# Appendix 13. Rating Scales for Positive and Negative Symptoms

(Adapted from: *Texas Medication Algorithm Project Procedural Manual: Schizophrenia Treatment Algorithms, 2008,* with the express permission of the Texas Department of State Health Services.)

## 4-Item Positive Symptom Rating Scale (PSRS) (Version 5.0)
### Scale Items and Anchor Points

| 1. **Suspiciousness** | PSRS |
|---|---|

Expressed or apparent belief that other persons have acted maliciously or with discriminatory intent. Include persecution by supernatural or other nonhuman agencies (e.g., the devil).

**Note:** Ratings of "3" or above should also be rated under Unusual Thought Content (see next symptom).

### Ask:

*In the past 7 days …*

* *Do you ever feel uncomfortable in public? Does it seem as though others are watching you? Are you concerned about anyone's intentions towards you?*
* *Is anyone going out of their way to give you a hard time, or trying to hurt you? Do you feel in danger?*

**If patient reports any persecutory ideas/delusions, ask the following:**

* *How often have you been concerned that [use the patient's description]?*
* *Have you told anyone about these experiences?*

### Rate Patient's Symptoms:

**1   Not Present**

**2   Very Mild**

Seems on guard. Reluctant to respond to "personal" questions. Reports being overly self-conscious in public.

**3   Mild**

Describes incidents in which others have harmed or wanted to harm him/her that sound plausible. Patient feels as if others are watching, laughing, or criticizing him/her in public, but this occurs only occasionally or rarely. Little or no preoccupation.

**4   Moderate**

Says others are talking about him/her maliciously, have negative intentions, or may harm him/her. Beyond the likelihood of plausibility, but not delusional. Incidents of suspected persecution occur occasionally (less than once per week) with some preoccupation.

**5   Moderately Severe**

Same as 4, but incidents occur frequently, such as more than once per week. Patient is moderately preoccupied with ideas of persecution OR patient records persecutory delusions expressed with much doubt (e.g., partial delusion).

**6   Severe**

Delusional — speaks of Mafia plots, the FBI, or others poisoning his/her food, persecution by supernatural forces.

**7   Extremely Severe**

Same as 6, but the beliefs are bizarre or more preoccupying. Patient tends to disclose or act on persecutory delusions.

Record your ratings on the PSRS/BNSA Score Sheet.

| 2. Unusual Thought Content | PSRS |
|---|---|

Unusual, odd, strange, or bizarre thought content. Rate the degree of unusualness, not the degree of disorganization of speech. Delusions are patently absurd, clearly false or bizarre ideas that are expressed with full conviction. Consider the patient to have full conviction if he/she has acted as though the delusional belief were true. Ideas of reference/persecution can be differentiated from delusions in that ideas are expressed with much doubt and contain more elements of reality. Include thought insertion, withdrawal, and broadcast. Include grandiose, somatic and persecutory delusions even if rated elsewhere.

**Note:** If Suspiciousness is rated "6" or "7" due to delusions, then Unusual Thought Content must be rated a "4" or above.

### Ask:

*In the past 7 days ...*
* *Have you been receiving any special messages from people or from the way things are arranged around you? Have you seen any references to yourself on TV or in the newspapers?*
* *Can anyone read your mind?*
* *Do you have a special relationship with God?*
* *Is anything like electricity, x-rays, or radio waves affecting you?*
* *Are thoughts put into your head that are not your own?*
* *Have you felt that you were under the control of another person or force?*

**If patient reports any odd ideas/delusions, ask the following:**
* *How often do you think about [use the patient's description]?*
* *Have you told anyone about these experiences? How do you explain the things that have been happening [specify]?*

### Rate Patient's Symptoms:

**1  Not Present**

**2  Very Mild**
Ideas of reference (people may stare or may laugh at him/her), ideas of persecution (people may mistreat him/her.) Unusual beliefs in psychic powers, spirits, UFOs, or unrealistic beliefs in one's own abilities. Not strongly held. Some doubt.

**3  Mild**
Same as 2, but degree of reality distortion is more severe as indicated by highly unusual ideas or greater conviction. Content may be typical of delusions (even bizarre), but without full conviction. The delusion does not seem to have fully formed, but is considered as one possible explanation for an unusual experience.

**4  Moderate**
Delusion present, but no preoccupation or functional impairment. May be an encapsulated delusion or a firmly endorsed absurd belief about past delusional circumstances.

**5  Moderately Severe**
Full delusion(s) present with some preoccupation OR some areas of functioning are disrupted by delusional thinking.

**6  Severe**
Full delusion(s) present with much preoccupation OR many areas of functioning are disrupted by delusional thinking.

**7  Extremely Severe**
Full delusion(s) present with almost total preoccupation OR most areas of functioning are disrupted by delusional thinking.

Record your ratings on the PSRS/BNSA Score Sheet.

| 3. Hallucinations | PSRS |
|---|---|

Reports of perceptual experiences in the absence of relevant external stimuli. When rating the degree to which functioning is disrupted by hallucinations, include preoccupation with the content and experience of the hallucinations, as well as functioning disrupted by acting out on the hallucinatory content (e.g., engaging in deviant behavior due to command hallucinations). Include "thoughts aloud" ("gedankenlautwerden") or pseudohallucinations (e.g., hears a voice inside head) if a voice quality is present.

### Ask:

*In the past 7 days ...*

* *Do you ever seem to hear your name being called?*
* *Have you heard sounds or people talking to you or about you when there has been nobody around? [If hears voices:] What does (do) the voice(s) say? Did it have a voice quality?*
* *Do you ever have visions or see things that others do not see? What about smelling odors that others do not smell?*

**If patient reports hallucinations, ask the following:**

* *Have these experiences interfered with your ability to perform your usual activities/work?*
* *How do you explain them? How often do they occur?*

### Rate Patient's Symptoms:

**1   Not Present**

**2   Very Mild**

While resting or going to sleep, sees visions, smells odors, or hears voices, sounds, or whispers in the absence of external stimulation, but no impairment in functioning.

**3   Mild**

While in a clear state of consciousness, hears a voice calling the subject's name, experiences non-verbal auditory hallucinations (e.g., sounds or whispers), formless visual hallucinations, or has sensory experiences in the presence of a modality-relevant stimulus (e.g., visual illusions) infrequently (e.g., 1–2 times per week) and with no functional impairment.

**4   Moderate**

Occasional verbal, visual, gustatory, olfactory, or tactile hallucinations with no functional impairment OR non-verbal auditory hallucinations/visual illusions more than infrequently or with impairment.

**5   Moderately Severe**

Experiences daily hallucinations OR some areas of functioning are disrupted by hallucinations.

**6   Severe**

Experiences verbal or visual hallucinations several times a day OR many areas of functioning are disrupted by these hallucinations.

**7   Extremely Severe**

Persistent verbal or visual hallucinations throughout the day OR most areas of functioning are disrupted by these hallucinations.

Record your ratings on the PSRS/BNSA Score Sheet.

| 4. | Conceptual Disorganization | PSRS |
|---|---|---|

Degree to which speech is confused, disconnected, vague, or disorganized. Rate tangentiality, circumstantiality, sudden topic shifts, incoherence, derailment, blocking, neologisms, and other speech disorders. Do not rate content of speech.

### Rate Patient's Symptoms:

**1  Not Present**

**2  Very Mild**

Peculiar use of words or rambling, but speech is comprehensible.

**3  Mild**

Speech is a bit hard to understand or make sense of due to tangentiality, circumstantiality, or sudden topic shifts.

**4  Moderate**

Speech is difficult to understand due to tangentiality, circumstantiality, idiosyncratic speech, or topic shifts on many occasions OR 1–2 instances of incoherent phrases.

**5  Moderately Severe**

Speech is difficult to understand due to circumstantiality, tangentiality, neologisms, blocking, or topic shifts most of the time OR 3–5 instances of incoherent phrases.

**6  Severe**

Speech is incomprehensible due to severe impairments most of the time. Many PSRS items cannot be rated by self-report alone.

**7  Extremely Severe**

Speech is incomprehensible throughout interview.

Record your ratings on the PSRS/BNSA Score Sheet.

## Brief Negative Symptom Assessment Scale (BNSA)
### Scale Items and Anchor Points

| | |
|---|---|
| **1. Prolonged Time to Respond** (A Measure of Alogia) | BNSA |

Observed throughout communication with the patient. After asking the patient a question, he or she pauses for inappropriately long periods before initiating a response. Delay is considered a pause if it feels as though you are waiting for a response, or if you consider repeating the question because it appears that the patient has not heard you. The patient may seem "distant," and sometimes the examiner may wonder if he or she has even heard the question. Prompting usually indicates that the patient is aware of the question, but has been having difficulty in developing his or her thoughts in order to make an appropriate reply. *Rate severity on the frequency of these pauses.*

### Rate Patient's Symptoms:

**1   Normal**

No abnormal pauses before speaking.

**2   Minimal**

Minimal evidence of inappropriate pauses (brief but not abnormally lengthy pauses occur) may be extreme of normal.

**3   Mild**

Occasional noticeable pauses before answering questions. Due to the length of the pause, you feel the need to repeat yourself once or twice during the interview.

**4   Moderate**

Distinct pauses occur frequently (20–40% of responses).

**5   Marked**

Distinct pauses occur most of the time (40–80% of responses).

**6   Severe**

Distinct pauses occur with almost every response (80–100% of responses).

Record your ratings on the PSRS/BNSA Score Sheet.

| 2. Emotion:  Unchanging Facial Expression; Blank, Expressionless Face | BNSA |
|---|---|
| (A Measure of Flat Affect) | |

The patient's face appears wooden, mechanical, frozen. Facial musculature is generally expressionless and unchanging. The patient does not change expression, or change is less than normally expected, as the emotional content of discourse changes. Because of this, emotions may be difficult to infer. Disregard changes in facial expression due to abnormal involuntary movements, such as tics and tardive dyskinesia. *The two dimensions of importance when making this rating are degree of emotion expression and spontaneity.*

### Rate Patient's Symptoms:

**1   Normal**

Spontaneous displays of emotion occur when expected. Normal degree of expressiveness of emotions is present.

**2   Minimal**

Spontaneous expressions of emotion occur when expected. However, there is a reduction in degree or intensity of the emotions expressed. May be extreme of normal.

**3   Mild**

Spontaneous expressions of emotion occur infrequently. When emotions are expressed, there is a reduction in degree or intensity displayed.

**4   Moderate**

Obvious reduction in spontaneous expressions. Spontaneous expressions of emotion may occur very rarely during interaction and only when discussing topics of special interest or humor to the subject.

**5   Marked**

Facial expression is markedly decreased. There are no spontaneous expressions of emotion unless prompted or coaxed by the interviewer.

**6   Severe**

There are no expressions of emotion even when attempts are made to elicit an emotional response. The subject's face remains blank throughout the interview.

Record your ratings on the PSRS/BNSA Score Sheet.

| 3. | **Reduced Social Drive** (A Measure of Asociality) | BNSA |
|---|---|---|

This item assesses how much the subject desires to initiate social interactions. Desire may be measured in part by the number of actual or attempted social contacts with others. If the patient has frequent contact with someone (e.g., family member) who initiates the contact, does the patent appear to desire the contact (i.e., would he or she initiate contact if necessary?)? *In making this rating, probe the desire to initiate social interactions, the number social interactions, and the ability to enjoy them.*

### Ask:

***In the past 7 days ...***
* *How have you spent your time in the last week?*
* *Do you like to be around other people?*
* *Do you spend much time with others?*
* *Do you have difficulty feeling close to others?*
* *Who are your friends?*
* *How often do you see them?*
* *Is anyone concerned about your happiness and well being?*

### Rate Patient's Symptoms:

| 1 | **Normal**<br>Normal desire to initiate, and normal number of contacts. Social contacts are enjoyable. |
|---|---|
| 2 | **Minimal**<br>Minimal reduction in either desire to initiate social contacts or the number of social relationships. May initially seem guarded, but has ability to establish relationships over time. Social relationships are enjoyable. |
| 3 | **Mild**<br>Reduction in desire to initiate social contacts. The patient has few social relationships, and these social contacts are enjoyable. |
| 4 | **Moderate**<br>Obvious reduction in desire to initiate social contacts. The patient has few relationships, toward which he or she feels indifference. However, a number of social contacts are initiated each week. |
| 5 | **Marked**<br>Marked reduction in desire to initiate social contacts. The patient has very few relationships, toward which he or she feels indifference. The patient does not initiate social contacts, but may maintain a few contacts (such as with family). |
| 6 | **Severe**<br>Patient does not desire social contact. Actively avoids social interactions. |

Record your ratings on the PSRS/BNSA Score Sheet.

---

### 4.  Poor Grooming and Hygiene (A Measure of Amotivation)    BNSA

Observed during interaction with the patient. The patient displays less attention to grooming and hygiene than normal. The patient presents with poorly groomed hair, disheveled clothing, etc. Do not rate grooming as poor if it is simply done in what one may consider poor taste (e.g., wild hairdo or excessive makeup). In addition to observation, one must ask the patient about regularity of bathing, brushing teeth, changing clothes, etc. This is particularly important with outpatients, as the patient may present his or her best grooming and hygiene at their clinic visit. *Two dimensions to keep in mind when making this rating are current appearance and regularity of grooming behaviors.*

### Ask:

*In the past 7 days ...*

* *How many times in the past week have you taken a shower or bath?*
* *How often do you brush your teeth?*

### Rate Patient's Symptoms:

**1  Normal**
Patient is clean (e.g., showers every day) and dressed neatly.

**2  Minimal**
Minimal reduction in grooming and hygiene, may be extreme end of normal range.

**3  Mild**
Apparently clean, but untidy appearance. Clothing may be mismatched. Patient may shower less often than every other day, or may brush teeth less than every day.

**4  Moderate**
There is an obvious reduction in grooming and hygiene. Clothing may appear unkempt, rumpled, or the patient may look as if he or she just got out of bed. The patient may go without showering or bathing for 2 days at a time. The patient may go for 2 days without brushing his/her teeth.

**5  Marked**
There is a marked reduction in grooming and hygiene. Clothing may appear dirty, stained, or very unkempt. The subject may have greasy hair or a body odor. The patient may go 3 days at a time without showering or 3–4 days without brushing teeth.

**6  Severe**
Clothing is badly soiled. Patient has a foul odor. Patient may go more than 4 days in a row without showering or more than 4 days in a row without brushing his/her teeth. Poor hygiene may present a health risk.

Record your ratings on the PSRS/BNSA Score Sheet.

Federal Bureau of Prisons
Clinical Practice Guidelines

Pharmacological Management of Schizophrenia
June 2010

## Score Sheet:
## 4-Item Positive Symptom Rating Scale (PSRS)
## and Brief Negative Symptom Assessment Scale (BNSA)

### 4-Item Positive Symptom Rating Scale (PSRS)

*Use each item's anchor points to rate the patient:*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Suspiciousness | *NA | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2. Unusual Thought Content | *NA | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 3. Hallucinations | *NA | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 4. Conceptual Disorganization | *NA | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

\* NA = not able to be assessed

SCORE: _____

### Brief Negative Symptom Assessment Scale (BNSA)

*Use each item's anchor points to rate the patient:*

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Prolonged Time to Respond | 1 | 2 | 3 | 4 | 5 | 6 |
| 2. Emotion: Unchanging facial expression; blank, expressionless face | 1 | 2 | 3 | 4 | 5 | 6 |
| 3. Reduced Social Drive | 1 | 2 | 3 | 4 | 5 | 6 |
| 4. Poor Grooming and Hygiene | 1 | 2 | 3 | 4 | 5 | 6 |

SCORE: _____

**Source of information (check all that apply):**
_____Patient
_____Parents/Relatives
_____Mental Health Professionals
_____Chart

**Explain here if validity of assessment is questionable:**
_____Symptoms possible drug-induced
_____Underreported due to lack of rapport
_____Underreported due to negative symptoms
_____Patient uncooperative
_____Difficult to assess due to formal thought disorder
_____Other: _____

**Confidence in assessment:** _____
   (1=Not at all, 5 = Very confident)

Attachment to Dr. Sarrazin Declaration - Exh. 2

Exhibit 5 - Dr. Sarrazin Declaration