MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
September 19, 2011

Case:  USA VS. JARED LEE LOUGHNER            Case No:  4:11CR187-TUC LAB

HON. Larry A. Burns            Clerk: T. Weisbeck    Court Reporter: Eva Oemick


Plaintiff(s):  Wallace Kleindienst (telephonic)

Defendant(s): Judy Clarke (telephonic)

Dr. Christina Pietz (telephonic)

Telephonic  Status Hearing
_____
58 mins

Counsel waives defendant's presence.

The 9/21 hearing re: extending the defendant's commitment at FMC Springfield will be postponed until 9/28 at 1:30 p.m.  It will be held in Tucson, and the defendant shall be present.