| AO 435 (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|
| **1. NAME** Keli B. Luther | | **2. PHONE NUMBER** (602) 258-1812 | **3. DATE** 9/21/2011 |
| **4. FIRM NAME** Arizona Voice for Crime Victims | | | |
| **5. MAILING ADDRESS** P.O. Box 875920 | | **6. CITY** Tempe | **7. STATE** AZ  **8. ZIP CODE** 85287 |
| **9. CASE NUMBER** 4:11-cr-00187-LAB | **10. JUDGE** Larry A. Burns | **DATES OF PROCEEDINGS** 11. 9/19/2011   12. | |
| **13. CASE NAME** United States vs. Jared Lee Loughner | | **LOCATION OF PROCEEDINGS** 14. San Diego   15. STATE CA | |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Status Hearing | 9/19/2011 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | PAPER COPY [ ] | |
| 14 DAYS | [ ] | [ ] | | E-MAIL [x] | |
| 7 DAYS | [ ] | [ ] | | DISK [ ] | |
| DAILY | [ ] | [x] | | PDF FORMAT [ ] | |
| HOURLY | [ ] | [ ] | | ASCII FORMAT [ ] | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19. & 20.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**E-MAIL ADDRESS**
kluther@voiceforvictims.org, ktwist@voiceforvictims.org

**19. SIGNATURE** /s/ Keli B. Luther

**20. DATE** 9/21/2011

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | | 0.00 |
|---|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER | |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY