UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

|  |  |  |
|---|---|---|
| | ) | Court of Appeals |
| United States of America, | ) | Docket No.___11-10432_____ |
| | ) | |
| Plaintiff/Appellee, | ) | Docket Number(s) of Court of Appeals |
| | ) | Companion and/or cross appeals (if known) |
| vs. | ) | |
| | ) | District Court |
| | ) | Docket No.__CR 11-00187-TUC-LAB_____ |
| | ) | |
| Jared Loughner, | ) | |
| | ) | |
| Defendant/Appellant, | ) | |
| _____ | ) | Date Transcript Filed: 08/30/11_____ |

CERTIFICATE OF RECORD

This certificate is submitted in conformance with Circuit Rule 11-2 of the Local Rules of the U. S. Court of Appeals for the Ninth Circuit.  The record on appeal, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purposes of the appeal.  This record is available in the office of the U.S. District Clerk identified below.

The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure.  These document numbers are reflected on the U. S. District Court docket sheet and should be used for reference purposes in the briefs.

Richard H. Weare
District Court Executive/Clerk of Court
District of Arizona, Phoenix Division

By:___s/Beth Stephenson_____
       Deputy Clerk
Date:____09/26/11_____