# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>Jared Lee Loughner,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**Sealing Order** |

Exhibits A, B, D, and E to the defendant's motion to deny an extension of his "restoration commitment" may be filed under seal. The exhibits contain confidential medical information and Bureau of Prisons records bearing on the defendant's treatment and restorability. Their publication at this time could deprive him of a fair trial.

**IT IS SO ORDERED.**

DATED: September 26, 2011

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge