1  Judy Clarke
   Clarke and Rice, APC
2  1010 2nd Avenue, Suite 1800
   San Diego, CA 92101
3  (619) 308-8484

4  Mark Fleming
   Law Office of Mark Fleming
5  1350 Columbia Street, #600
   San Diego, CA 92101
6  (619) 794-0220

7  Reuben Camper Cahn
   Ellis M. Johnston, II
8  Janet C. Tung
   Federal Defenders of San Diego, Inc.
9  225 Broadway, Suite 900
   San Diego, CA 92101
10 (619) 234-8467

11 Attorneys for Defendant Jared Lee Loughner

12                              **UNDER SEAL**

13                    UNITED STATES DISTRICT COURT

14                         DISTRICT OF ARIZONA

15 UNITED STATES OF AMERICA,       )   Case No. CR 11-0187-TUC LAB
                                   )
16        Plaintiff,               )
                                   )
17 v.                              )   **MOTION FOR ORDER**
                                   )   **TO SEAL EXHIBITS**
18 JARED LEE LOUGHNER,             )
                                   )
19                                 )
          Defendant.               )
20                                 )
                                   )
21

22        The defendant, JARED LEE LOUGHNER, by and through counsel, Judy Clarke, Mark

23 Fleming, Reuben Camper Cahn, Elis M. Johnston, Janet C. Tung and Federal Defenders of San

24 Diego, Inc. hereby moves this Court for an order to seal Exhibits A, B, C and D attached to

25 DEFENDANT'S MOTION TO STAY MEDICATION.

26 //

27 //

28 //

This exhibit should be sealed because they contain confidential and sensitive data that, if publicized, could deprive Mr. Loughner of a fair trial.

                                                Respectfully submitted,

DATED: September 23, 2011          *Judy Clarke*
                                          JUDY CLARKE
                                          MARK FLEMING
                                          REUBEN CAMPER CAHN
                                          ELLIS M. JOHNSTON, III.
                                          JANET C. TUNG

                                            Attorneys for Jared Lee Loughner

copy served electronically to:
Wallace Kleindienst, Beverly Anderson
Christina Cabanillas, Mary Sue Feldmeier