**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | Case No. CR11-0187-TUC LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| JARED LEE LOUGHNER, | ) | **SEALING ORDER** |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that Exhibits A, B, C and D of Defendant's Emergency Motion to Stay Involuntary Medication (Dkt. No. 321) be filed under seal. These exhibits are internal BOP records that contain confidential information pertaining to the defendant's medication and treatment at FMC Springfield. Their publication at this time could deprive him of a fair trial.

DATED: September 27, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge