1  ANN BIRMINGHAM SCHEEL
   Acting United States Attorney
2  District of Arizona
   WALLACE H. KLEINDIENST
3  BEVERLY K. ANDERSON
   CHRISTINA M. CABANILLAS
4  MARY SUE FELDMEIER
   Assistant U.S. Attorneys
   United States Courthouse
5  405 W. Congress St., Suite 4800
   Tucson, Arizona 85701
6  Telephone: (520) 620-7300
   Wallace.Kleindienst@usdoj.gov
   Christina.Cabanillas@usdoj.gov
7  Bev.Anderson@usdoj.gov
   Mary.Sue.Feldmeier@usdoj.gov
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO SEAL GOVERNMENT'S EXHIBIT 1 TO DOC. #324** |
| Jared Lee Loughner, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court to seal Exhibit 1 to the Government's Response to the Defendant's Motion to Deny Extension of Commitment Under § 4241(d)(2)(A) [Doc. #324]. This Exhibit contains sensitive information, including medication and other medical information for the defendant. If Exhibit 1 was to be publicized at this time it could deprive the defendant of a fair trial.

Respectfully submitted this 26th day of September, 2011.

ANN BIRMINGHAM SCHEEL
United States Attorney
District of Arizona

*s/Mary Sue Feldmeier*

MARY SUE FELDMEIER
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 26th day of September, 2011, to:

Judy M. Clarke, Esq.
Reuben Camper Cahn, Esq.
Mark Fleming, Esq.