UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jared Lee Loughner,<br><br>　　　　Defendant. | CR 11-0187-TUC-LAB<br><br>**SEALING ORDER** |

Exhibit 1 of the Government's response to the defendant's Motion to Deny Extension of Commitment (Dkt. No. 324) may be filed under seal. This exhibit is an internal BOP record that contains confidential information pertaining to the defendant's medication and treatment at FMC Springfield. Its publication at this time could deprive him of a fair trial

DATED: September 27, 2011

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge