# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### September 28, 2011

<u>Case</u>: USA VS. JARED LEE LOUGHNER                    Case No: 4:11CR187-TUC LAB

<u>HON. Larry A. Burns</u>                    <u>Clerk: T. Weisbeck</u>    <u>Court Reporter: Eva Oemick</u>

<u>Plaintiff(s)</u>: Wallace Kleindienst ; Mary Sue Feldmeier; Kelli Luther; Christina Cabanilla

<u>Defendant(s)</u>: Judy Clarke; Reuben Cahn; Mark Fleming; Trip Johnston

Motion Hearing

7 hrs 10 mins

Motion hearing held.
Mark and received exhibits
Witnesses sworn.

Matter under submission and order to follow.

.