UNITED STATES DISTRICT COURT
*DISTRICT OF ARIZONA*

**United States of America**
PLAINTIFF

v.

**Jared Lee Loughner**
DEFENDANT

WITNESS LIST

CASE NUMBER: CR 11-0187-TUC-LAB

| PRESIDING JUDGE<br>Hon. Larry Alan Burns | COURTROOM DEPUTY | COURT REPORTER<br>Eva Oemick |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>August 28, 2011 | PLAINTIFF ATTORNEY(S)<br>Wallace H. Kleindienst<br>Beverly K. Anderson<br>Mary Sue Feldmeier<br>Assistant U.S. Attorney | DEFENDANT ATTORNEY(S)<br>Judy Clarke<br>Mark Fleming<br>Rueben Camper Cahn |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1. | | 9/28/11 | 9/28/11 | Christina A. Pietz, Ph.D. ABPP | |
| 2. | | 9/28/11 | 9/28/11 | James C. Ballenger, M.D. | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |