## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**EXHIBIT LIST**

<u>United States of America</u>
PLAINTIFF

v.

<u>Jared Lee Loughner</u>
DEFENDANT

CASE NUMBER: CR 11-0187-TUC-LAB

| PRESIDING JUDGE<br>Hon. Larry Alan Burns | COURTROOM DEPUTY | COURT REPORTER<br>Eva Oemick |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>August 28, 2011 | PLAINTIFF ATTORNEY(S)<br>Wallace H. Kleindienst<br>Beverly K. Anderson<br>Mary Sue Feldmeier<br>Assistant U.S. Attorney | DEFENDANT ATTORNEY(S)<br>Judy Clarke<br>Mark Fleming<br>Rueben Camper Cahn |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 M/R | | 9/28/11 | Curriculum Vitae for Christina A. Pietz, Ph.D ABPP |
| 2 M/R | | 9/28/11 | Forensic Report, Dated 5/2/11 by Christina A. Pietz, Ph.D |
| 3 M/R | | 9/28/11 | Progress Report dated 8/22/11 by Christina A. Pietz, Ph.D |
| 4 M/R | | 9/28/11 | Forensic Addendum dated 9/7/11, by Christina A. Pietz, Ph.D |
| 5 M/R | | 9/28/11 | Curriculum Vitae for James C. Ballenger, M.D. |
| 6 M/R | | 9/28/11 | Statement of James Ballenger, M.D. |
| 7 | | | Article entitled "Risperidone and Haloperidol in First-Episode Psychosis: A Long-Term Randomized Trial" |
| 8 | | | |
| 9 M | | 9/28/11 | Dr. Pietz's personal notes |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |