Judy Clarke
Clarke and Rice, APC
1010 2nd Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

Mark Fleming
Law Office of Mark Fleming
1350 Columbia Street, #600
San Diego, CA 92101
(619) 794-0220

Reuben Camper Cahn
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 234-8467

Attorneys for Defendant Jared Lee Loughner

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| | ) | 11CR-0187-TUC LAB |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **NOTICE OF APPEAL** |
| | ) | |
| **JARED LEE LOUGHNER**, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Defendant, **JARED LEE LOUGHNER,** appeals to the United States Court of Appeals for the Ninth Circuit from the court's order (DE:343) issued September 30, 2011.

RESPECTFULLY SUBMITTED: **September 30, 2011**

:
  */Judy Clarke/*
  Judy Clarke
  Mark Fleming
  Reuben Cahn
  Ellis M. Johnston, III
  Janet C. Tung

  Attorneys for Defendant Jared Lee Loughner

1  Copies of the foregoing served electronically to:

2  Wallace H. Kleindienst, Beverly K. Anderson
   Christina M. Cabanillas, Mary Sue Feldmeier

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28