ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
BEVERLY K. ANDERSON
CHRISTINA M. CABANILLAS
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone:  (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Christina.Cabanillas@usdoj.gov
Bev.Anderson@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 11-0187-TUC-LAB |
| Plaintiff, | **MOTION TO FILE AND MAINTAIN UNDER SEAL EXHIBITS 1 AND 3 TO GOVERNMENT'S RESPONSE TO "DEFENDANT'S EMERGENCY MOTION TO STAY INVOLUNTARY MEDICATION"** |
| v. | |
| Jared Lee Loughner, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned counsel, and hereby asks this Court to seal Exhibits 1 and 3 to the Government's Response to "Defendant's Emergency Motion to Stay Involuntary Medication."  (Dkt # 335.)  Exhibit 1 is the paperwork from the "*Harper* II" matter, and Exhibit 3 contains portions of BOP progress notes from FMC-Springfield.  These exhibits contain sensitive information about the defendant, including medication information, and should be maintained under seal.

Respectfully submitted this 27th day of September, 2011.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

*s/Christina M. Cabanillas*

CHRISTINA M. CABANILLAS
Assistant U.S. Attorney

1   Copy of the foregoing served this 27th day of September, 2011, to:

2   Judy M. Clarke, Esq.
    Reuben Camper Cahn, Esq.
3   Mark Fleming, Esq.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2