# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NO. 11cr0187 TUC LAB |
|---|---|
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

Exhibits 1 and 3 to the Government's response to the defense's "Emergency Motion to Stay Involuntary Medication" may be filed under seal. (Dkt. No. 335.) These exhibits are internal BOP records that contain confidential information pertaining to the defendant's medication and treatment at FMC Springfield. Their publication at this time could deprive him of a fair trial.

**IT IS SO ORDERED.**

DATED: October 5, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge