# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NO. 11cr0187 TUC LAB |
|---|---|
| Plaintiff, | **ORDER RE: VIDEOTAPING OF COMPETENCY EVALUATIONS** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

The defense has filed a motion renewing its request that all formal competency interviews of the defendant be videotaped. (Dkt. No. 360.) The original request, which was much broader, was denied outright (Dkt. No. 275), and a motion for reconsideration that narrowed the request was denied without prejudice (Dkt. No. 306). The Court found that videotaping the defendant would impede the work of his attending psychologist, Dr. Christina Pietz, but it asked Dr. Pietz to notify the Court if, in her judgment, the defendant's condition "has so improved that the presence of a video camera will not impede efforts to diagnose and treat him." (Dkt. No. 306 at 1; *see also* Dkt. No. 302 at 111–13.)

This was in late August, and the Court has not heard from Dr. Pietz on the issue since then. It therefore presumes that her misgivings about videotaping the defendant still stand. However, in recognition of the renewed motion filed by the defense, the Court orders that Dr. Pietz file an updated declaration on this issue with the Court (and with copies to counsel) by no later than November 3, 2011. The Government shall provide Dr. Pietz with a copy of

//

1  the defense's motion so that she may know the scope of the defense's present request. The
2  Government may file an opposition brief by November 5, 2011, if it chooses.
3  **IT IS SO ORDERED.**
4  DATED: October 28, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge