Judy Clarke
Clarke and Rice, APC
1010 2nd Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

Mark Fleming
Law Office of Mark Fleming
1350 Columbia Street, #600
San Diego, CA 92101
(619) 794-0220

Reuben Camper Cahn
Ellis M. Johnston, II
Janet C. Tung
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 234-8467

Attorneys for Defendant Jared Lee Loughner

**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | Case No. CR 11-0187-TUC LAB |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR ORDER TO SEAL EXHIBIT A** |
| JARED LEE LOUGHNER, | |
| Defendant. | |

The defendant, JARED LEE LOUGHNER, by and through counsel, Judy Clarke, Mark Fleming, Reuben Camper Cahn, Elis M. Johnston, Janet C. Tung and Federal Defenders of San Diego, Inc. hereby moves this Court for an order to seal Exhibit A attached to DEFENDANT'S REQUEST FOR VIDEOTAPING OF COMPETENCY INTERVIEWS.

//

//

//

1  This exhibit should be sealed because it contains confidential, non-public information.

2                                          Respectfully submitted,

3
   DATED: October 26, 2011           *Judy Clarke*
4                                          JUDY CLARKE
                                         MARK FLEMING
5                                          REUBEN CAMPER CAHN
                                         ELLIS M. JOHNSTON, III.
6                                          JANET C. TUNG

7                                        Attorneys for Jared Lee Loughner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  copy served electronically to:
    Wallace Kleindienst, Beverly Anderson
28  Christina Cabanillas, Mary Sue Feldmeier