UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. CR11-0187-TUC LAB |
| Plaintiff, | ) | |
| | ) | **SEALING ORDER** |
| JARED LEE LOUGHNER, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that Exhibit A of Defendant's Request for Videotaping of Competency Interviews (Dkt. No. 360) be filed under seal. Exhibit A is an internal BOP record that contains sensitive information pertaining to the Defendant's mental state and restoration to competency.

**SO ORDERED.**

DATED: November 10, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge