**LEWIS AND ROCA LLP — LAWYERS**

One South Church Avenue Suite 700
Tucson, Arizona 85701-1611
Telephone: (520) 622-2090

John C. Hinderaker, State Bar No. 018024
Direct Dial: (520) 629-4430
Direct Fax: (520) 879-4710
Email: JHinderaker@LRLaw.com

Keli B. Luther, State Bar No. 021908
**Crime Victim Enforcement Project**
P. O. Box 877906
Tempe, AZ 85287
E-Mail: kluther@voiceforvictims.org
Telephone: (480) 965-5640
Facsimile: (480) 956-3229

Attorneys for Crime Victims
Kenneth W. Dorushka and Carol A. Dorushka and
Bill D. Badger

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Jared Lee Loughner,<br><br>   Defendant,<br><br>Bill D. Badger (Counts #30 and #31)<br><br>   Crime Victims.<br><br>Kenneth W. Dorushka and Carol A. Dorushka (Counts #32 and #33),<br><br>   Crime Victims. | No. CR 11-0187 TUC LAB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORDS FOR VICTIMS** |

NOTICE IS HEREBY GIVEN that as of December 1, 2011, John C. Hinderaker of Lewis and Roca LLP will replace Erin O. Simpson counsel of record in the above-captioned case.

Keli B. Luther of Crime Victim Enforcement Project remains as counsel of record for Crime Victims Bill D. Badger (Counts #30 and 31) and Kenneth W. Dorushka and Carol A. Dorushka (Counts #32 and #33) in this matter.

2569851.1

Mr. Hinderaker should be added to the service list as follows:

John C. Hinderaker
Email: JHinderaker@LRLaw.com
Lewis and Roca LLP
One South Church Avenue, Suite 700
Tucson, Arizona 85701-1611
Tel: (520) 629-4430
Fax: (520) 879-4710

DATED this 30th day of November, 2011.

          LEWIS AND ROCA LLP

          By */s/ John C. Hinderaker*
            John C. Hinderaker

            ---and---

          Keli B. Luther
          Crime Victim Enforcement Project
          P. O. Box 877906
          Tempe, AZ  85287
          Telephone:  (480) 965-5640

          Attorneys for Crime Victims
          Kenneth W. Dorushka and Carol A. Dorushka
          and Bill D. Badger

2569851.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Beverly K. Anderson
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
bev.anderson@usdoj.gov

David Jeremy Bodney
Steptoe & Johnson LLP
Collier Center
201 E. Washington St., Ste. 1600
Phoenix. AZ 85004-2382
dbodnevasteptoe.com

Christina Marie Cabanillas
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
christina.cabanillas@usdoj.gov

Reuben Camper Cahn
Federal Defenders of San Diego Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Reuben_Cahn@fd.org

Judy C. Clarke
Clarice & Rice
APC 1010 2nd Avenue, Suite 1800
San Diego, CA 92101
iudyclarke@jcsrlaw.net

Mary Sue Feldmeier
US Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, AZ 85701-4050
mary.sue.feldmeier@usdoj.gov

Mark Francis Fleming
Law Office of Mark Fleming
1350 Columbia Street, Suite 600
San Diego. CA 92101
mfflaw@cox.net

Wallace Heath Kleindienst
US Attorney's Office
405 W. Congress St., Ste 4800
Tucson, AZ 85701-4050
wallace.kleindienst@usdoj.gov

2569851.1

1  Peter Shawn Kozinets
   Steptoe & Johnson LLP
2  201 E. Washington St., Ste. 1600
   Phoenix, AZ 85004-2382
3  pkozinets@steptoe.com

4  Dominic William Lanza
   US Attorney's Office
5  40 N. Central Ave., Ste. 1200
   Phoenix, AZ 85004
6  dominic.lanza@usdoj.gov

7  Michael L Piccarreta
   Piccarreta & Davis P.C.
8  145 S. 6th Ave.
   Tucson, AZ 85701
9  mlp@pd-law.com

10 /s/ *Renee Creswell*

2569851.1