# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>Jared Lee Loughner,<br>　　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**SCHEDULING ORDER** |

　　　Dr. Pietz's evaluation of the defendant's competency to stand trial is due on January 25, 2012, two weeks before the expiration of his present four-month commitment to FMC Springfield for the purpose of competency restoration. Dr. Pietz should submit her evaluation to the Court, and the Court will, in turn, provide it to counsel. At that time, depending on Dr. Pietz's findings and recommendation, the Court will schedule an appropriate hearing to be held on or around February 9, 2012.

　　　**IT IS SO ORDERED.**

DATED this 6th day of January, 2012

*[Signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge