ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
MARY SUE FELDMEIER
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO SEAL** |
| Jared Lee Loughner, | |
| Defendant. | **(Under Seal)** |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court to seal the Government's Motion for Order on government's Motion Regarding the Defendant's Mail Handling Protocol, Exhibits 1 through 6 to that Motion, and this Motion to Seal. The government's motion refers to a sealed hearing this Court held on February 4, 2011, and other pleadings filed under seal relating to the mail handling issue. The exhibits include a confidential letter from Bureau of Prison (BOP) counsel to this Court, a sealed order, and BOP Progress Notes concerning the defendant's statements about the offense and his mental condition over a period of time. If publicized, this pleading and exhibits could deprive the defendant of a fair trail.

Respectfully submitted this 12th day of January, 2012.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

*s/Mary Sue Feldmeier*

MARY SUE FELDMEIER
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 12th day of January, 2012, to:

Judy M. Clarke, Esq.
Reuben Camper Cahn, Esq.
Mark Fleming, Esq.