# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>　v.<br>Jared Lee Loughner,<br><br>　　　　Defendant. | CR 11-0187-TUC-LAB<br><br>**SEALING ORDER** |

The Government's motion regarding the protocol for handling the defendant's mail may be filed under seal. The motion refers to a sealed hearing, and its exhibits include confidential Bureau of Prisons correspondences and records, as well as a sealed order of the Court..

DATED: January 13, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge