# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NO. 11cr0187 TUC LAB |
|---|---|
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

The Government has submitted under seal an *ex parte* motion, which the Court finds good cause to **GRANT**.  The motion and the order granting the motion are to be filed under seal.

**IT IS SO ORDERED.**

DATED this 31st day of January, 2012

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge