ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | **JOINT NOTICE AND GOVERNMENT MOTION REGARDING EXTENSION OF COMMITMENT TO FMC-SPRINGFIELD** |
| v. | |
| Jared Lee Loughner, | (Pursuant to: 18 U.S.C. § 4241(d)(2)(A)) |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and the defendant Jared Lee Loughner, by and through his attorneys undersigned, and hereby give the following joint notice regarding extension of the defendant's commitment to the Federal Medical Center (FMC) Springfield:

1. The defendant's present commitment to FMC-Springfield ends on February 8, 2012.

2. The parties have reviewed Dr. Christina Pietz's competency report dated January 25, 2012, and understand that Dr. Pietz seeks an additional four months of commitment to the custody of the Attorney General to attempt to restore Mr. Loughner to competency.

3. The parties agree that Dr. Pietz's report of January 25, 2012, can be considered the evidence in support of her request for a four month extension of commitment.

4. The defense has no evidence to present on this extension request.

5. The government has no additional evidence to offer on this extension request.

6. Neither party requests a hearing on this extension request.

WHEREFORE, the United States of America respectfully moves this Court to enter an order pursuant to 18 U.S.C. §4241(d)(2)(A), extending the defendant's commitment to FMC-Springfield for an additional 120 days to commence upon expiration of his present commitment on February 8, 2012.

Respectfully submitted this 2nd day of February, 2012.

|  |  |
|---|---|
|  | ANN BIRMINGHAM SCHEEL<br>Acting United States Attorney<br>District of Arizona |
| *s/Judy Clarke* | *s/Wallace H. Kleindienst* |
| JUDY CLARKE<br>MARK FLEMING<br>REUBEN CAHN<br>ELLIS JOHNSTON<br>JANET TUNG | WALLACE H. KLEINDIENST<br>Assistant U.S. Attorney<br><br>*s/Mary Sue Feldmeier*<br><br>MARY SUE FELDMEIER<br>Assistant U.S. Attorney |
| Attorneys for Defendant |  |