Minutes of the United States District Court
District of Arizona

Friday February 6, 2012

Hon. **Larry A. Burns**       Deputy Clerk: **T. Weisbeck**       Reporter: **Eva Oemick**

Time: 20 mins

11cr0187-LAB

USA v
    JARED LEE LOUGHNER   N/A         Judy Clarke, Mark Fleming,
                                                        Reuben Cahn, FD, Trip Johnston, FD

                                                        Wallace Kleindinst, AUSA (video conf)
                                                        Mary Feldmeyer, Anderson, AUSA   (Video conf)

                                                        Christina Cabanillas, AUSA (video conf)

Video Status Conference
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++


Defense counsel orally waives defendants presence during these proceedings.

Court extends the defendant's commitment to FMC-Springfield until 6/7/2012. Dr. Pietz shall submit an updated competency report to the Court two weeks prior, on 5/24/2012. If, Dr. Pietz believes the defendant has been restored to competency at any point before the expiration of his commitment, she should immediately submit an updated competency report to the Court.