# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>Jared Lee Loughner,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11cr0187 TUC LAB<br><br>**SEALING ORDER** |

The Court authorizes the sealing of several briefs and supporting exhibits relating to a long-standing dispute between the parties regarding the handling of the defendant's prison mail.  This issue has been the subject of multiple sealed hearings, and the briefing incorporates confidential Bureau of Prisons records and correspondences, as well as sealed orders of the Court.

This issue is now before the Court because of the Government's January 17, 2012 renewed motion for an order on the defendant's mail handling protocol. That motion, and the Court's January 23 order granting it, are sealed in the case docket.  (Dkt. Nos. 389, 390.) The Clerk may now file under seal: (1) the defense's response to the motion; (2) the defense's motion for a stay of the Court's order; (3) the Government's opposition to the motion for a stay; (4) the defense's motion for reconsideration; (5) the Government's opposition to the motion for reconsideration; and (6) the defense's reply to the motion for reconsideration.

**IT IS SO ORDERED.**

DATED: March 14, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge