ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | **JOINT MOTION FOR STATUS HEARING** |
| v. | (Pursuant to: 18 U.S.C. § 4241) |
| Jared Lee Loughner, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and the defendant Jared Lee Loughner, by and through his attorneys undersigned, and hereby makes the following motion for a status hearing:

1. The defendant's present commitment to FMC-Springfield ends on June 7, 2012.

2. The parties have conferred and request that this matter be set for a status hearing on the issue of defendant's competency.

3. The parties have conferred, and pending Court approval, the date of Wednesday, June 27, 2012, is mutually agreeable to the parties.

4. The parties further agree that it is in the defendant's best medical interests to remain at the Federal Medical Center (FMC) Springfield pending the status hearing.

WHEREFORE, the parties respectfully move this Court to enter an order setting a status hearing on the issue of defendant's competency for Wednesday, June 27, 2012.

IT IS FURTHER requested that this Court order the U.S. Marshal to maintain the defendant's custody at FMC-Springfield pending further order of the Court.

Respectfully submitted this 22nd day of May, 2012.

|  |  |
|---|---|
|  | ANN BIRMINGHAM SCHEEL<br>Acting United States Attorney<br>District of Arizona |
| *s/Judy Clarke* | *s/Wallace H. Kleindienst* |
| JUDY CLARKE<br>MARK FLEMING<br>REUBEN CAHN<br>ELLIS JOHNSTON<br>JANET TUNG | WALLACE H. KLEINDIENST<br>Assistant U.S. Attorney<br><br>*s/Mary Sue Feldmeier* |
| Attorneys for Defendant | MARY SUE FELDMEIER<br>Assistant U.S. Attorney |