# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　v.<br>Jared Lee Loughner,<br>　　　　Defendant. | CR 11-0187-TUC-LAB<br>**ORDER** |

Pursuant to the Joint Motion of the government and defense,

A status hearing on the defendant's competency shall be held on Wednesday, June 27, 2012, at 11:00 am at the U.S. District Courthouse in Tucson, Arizona. The parties agree and the Court finds that time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(4), shall continue to be excluded pending the status hearing on June 27.

IT IS FURTHER ORDERED that the U.S. Marshal and Bureau of Prisons shall maintain the defendant in custody at the Federal Medical Center (FMC) Springfield pending further order of this Court.

DATED: May 24, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge