UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Larry Alan Burns__
FROM: _____ Deputy Clerk      RECEIVED DATE: __June 16, 2012__
CASE NO.: __11-CR-187__      DOCUMENT FILED BY: __Jonathan Lee Riches__
CASE TITLE: __United States v. Loughner__
DOCUMENT ENTITLED: __Notice of Appearance__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | | Missing time and date on motion and/or supporting documentation |
| ☐ | | Document illegible or submitted on thermal facsimile paper |
| ☐ | | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | | Briefs or memoranda exceed length restrictions |
| ☐ | | Missing table of contents |
| ☐ | | Amended pleading not complete in itself |
| ☐ | | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ✓ | | OTHER: Mr. Riches is not admitted to practice law, nor does he have any other authorization to appear in this case. |

Date forwarded: _____

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

✓ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ✓ Yes.

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Hon Larry Alan Burns__

Dated: __June 20, 2012__      By: __Law Clerk__
cc: All Parties