JOHN S. LEONARDO
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Wallace.Kleindienst@usdoj.gov
Mary.Sue.Feldmeier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | |
| v. | **GOVERNMENT MOTION FOR PRODUCTION OF PSYCHOLOGICAL NOTES** |
| Jared Lee Loughner, | |
| Defendant. | (Defense Objects) |

Now comes the United States of America, by and through its attorneys undersigned and hereby moves for production of Dr. Christina Pietz's "personal notes" made during the competency period ending June 7, 2012, and in support states as follows:

1. The Court previously authorized Bureau of Prisons (BOP) psychologist, Dr. Christina Pietz, to maintain what have been referred to as "personal notes," in the course of her competency evaluations of the defendant, and not produce those notes until the expiration of the current competency period. (RT 9/28/11, p. 60-61; Doc. 376, 11/22/11 Order, p. 3.)

2. At the extension of commitment hearing on February 6, 2012, the government orally moved for production of Dr. Pietz's personal notes for the competency period ending February 8, 2012. (RT 9/28/11, pp. 12-17.) Defense objected. (RT 9/28/11, pp. 12-17; Doc. 401.) The Court granted disclosure of the notes to both parties, and further ordered "pages containing copies of Dr. Pietz's notes from conversations with defense counsel will be

redacted [from the government's copy]." (Doc. 407, p. 5.) The defense moved to reconsider the order, and the Court denied it. (Docs. 408 and 409.)

3. The defendant's next competency period began February 8, 2012, ended on June 7, 2012. (Doc. 399, 2/8/12 Order Extending Commitment.)

4. The government hereby moves for disclosure of Dr. Pietz's personal notes for the competency period that concluded on June 7, 2012. The government requests disclosure to both parties under the terms set forth in this Court's previous orders (Docs. 407 and 409), in that Dr. Pietz's notes from her conversations with defense counsel be redacted from the government's copy.

5. The parties have conferred regarding this motion. The defense objects to the government receiving Dr. Pietz's personal notes, and will today file its objection to release of the notes at this time. The parties agree the Court may rule based on the pleadings; however both parties can make themselves available for a telephonic hearing at the convenience of the Court.

WHEREFORE, the government respectfully moves this Court to enter an order, over defense objection, requiring the Bureau of Prisons to produce to the government and defense counsel Dr. Pietz's personal notes for the competency period that concluded on June 7, 2012. Based on the agreement of the parties, the pages containing Dr. Pietz's notes of conversations with defense counsel will be redacted from the government's disclosure.

Respectfully submitted this 17th day of July, 2012.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Mary Sue Feldmeier*

MARY SUE FELDMEIER
Assistant U.S. Attorney