# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NO. 11cr0187 TUC LAB |
|---|---|
| Plaintiff, | **ORDER RE: PRODUCTION OF PSYCHOLOGICAL NOTES** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

The Government has filed a motion seeking production of the most recent set of Dr. Pietz's personal notes from her treatment of the Defendant at FMC Springfield. Notwithstanding the defense's argument that production of the notes would be improper because they may inform the Government's decision whether to seek the death penalty in this case, the motion is **GRANTED**. The Court has previously ordered Dr. Pietz's personal notes produced to both sides, and there is no reason to treat the notes differently now. (*See* Doc. Nos. 354 at 61, 407 at 5, and 409 at 2–5.) BOP should produce an unredacted copy of the notes to defense counsel. It should also produce a copy to the Government that is redacted of any conversations between Dr. Pietz and counsel for the Defendant.

**IT IS SO ORDERED.**

DATED: July 19, 2012

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge