**Colleen Clase (AZ Bar # 029360)**
**Daniel Miranda (AZ Bar #021938)**
Crime Victims Legal Assistance Project
P.O. Box 875920
Tempe, AZ 85287
Ph. 602-258-1812
E-Mail: cclase@voiceforvictims.org
dmiranda@mirandalawpc.com

Attorneys for Crime Victim.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED LEE LOUGHNER,<br><br>Defendant,<br><br>Bill D. Badger (Count #30 and #31)<br><br>Crime Victim. | Case No. CR-11-0187-TUC-LAB<br><br>**CRIME VICTIMS' NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**<br><br>(Assigned to the Honorable Larry Alan Burns) |

Crime Victim Bill D. Bagder gives notice that KELI LUTHER has left the office of Arizona Voice for Crime Victims to accept a position with the Maricopa County, Arizona County Attorney's Office.

COLLEEN CLASE AND DANIEL MIRANDA, whose contact information is set forth above, will appear on his behalf.

Respectfully submitted this 25th day of July, 2012.

By  /s/ Colleen Clase
Colleen Clase
Crime Victim Legal Assistance Project
Arizona Voice for Crime Victims

By /s/ Daniel Miranda
Daniel Miranda
Crime Victim Legal Assistance Project
Arizona Voice for Crime Victims

I hereby certify that on July 25th, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Beverly K Anderson

    US Attorney's Office

David Jeremy Bodney

    Steptoe & Johnson LLP

Christina Marie Cabanillas

    US Attorney's Office

Reuben Camper Cahn

    Federal Defenders of San Diego Inc

Judy C Clarke

    Clarke & Rice APC

Mary Sue Feldmeier

    US Attorney's Office

Bruce M Ferg

    US Attorney's Office

John Charles Hinderaker

    Lewis & Roca LLP

1. Ellis M Johnston, III
2.  Federal Defenders of San Diego Incorporated
3. Mark Francis Fleming
4.  Law Office of Mark Fleming
5. 
6. Wallace Heath Kleindienst
7.  US Attorney's Office
8. Peter Shawn Kozinets
9.  Steptoe & Johnson LLP
10. Dominic William Lanza
11.  US Attorneys Office
12. 
13. Michael L Piccarreta
14.  Piccarreta & Davis PC
15. Janet C Tung
16.  Federal Defenders of San Diego Incorporated
17. 
18. 
19. /Kristen Twist/
20. KRISTEN TWIST