**Colleen Clase (AZ Bar # 029360)**
**Daniel Miranda (AZ Bar #021938)**
Crime Victims Legal Assistance Project
P.O. Box 875920
Tempe, AZ 85287
Ph. 602-258-1812
E-Mail: cclase@voiceforvictims.org
         dmiranda@mirandalawpc.com

Attorneys for Crime Victims.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED LEE LOUGHNER,<br><br>Defendant,<br><br>Kenneth & Carol Dorushka<br>(Count #32 and #33)<br><br>Crime Victims. | Case No. CR-11-0187-TUC-LAB<br><br>**CRIME VICTIMS' NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**<br><br>(Assigned to the Honorable Larry Alan Burns) |

Crime Victims Kenneth & Carol Dorushka give notice that KELI LUTHER has left the office of Arizona Voice for Crime Victims to accept a position with the Maricopa County, Arizona County Attorney's Office.

COLLEEN CLASE AND DANIEL MIRANDA, whose contact information is set forth above, will appear on their behalf.

Respectfully submitted this 25th day of July, 2012.

By  /s/ Colleen Clase
    Colleen Clase
    Crime Victim Legal Assistance Project
    Arizona Voice for Crime Victims

By /s/ Daniel Miranda
Daniel Miranda
Crime Victim Legal Assistance Project
Arizona Voice for Crime Victims

I hereby certify that on July 25th, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Beverly K Anderson

　　US Attorney's Office

David Jeremy Bodney

　　Steptoe & Johnson LLP

Christina Marie Cabanillas

　　US Attorney's Office

Reuben Camper Cahn

　　Federal Defenders of San Diego Inc

Judy C Clarke

　　Clarke & Rice APC

Mary Sue Feldmeier

　　US Attorney's Office

Bruce M Ferg

　　US Attorney's Office

John Charles Hinderaker

　　Lewis & Roca LLP

1. Ellis M Johnston, III
2.     Federal Defenders of San Diego Incorporated
3. Mark Francis Fleming
4.     Law Office of Mark Fleming
5. 
6. Wallace Heath Kleindienst
7.     US Attorney's Office
8. Peter Shawn Kozinets
9.     Steptoe & Johnson LLP
10. Dominic William Lanza
11.     US Attorneys Office
12. 
13. Michael L Piccarreta
14.     Piccarreta & Davis PC
15. Janet C Tung
16.     Federal Defenders of San Diego Incorporated
17. 
18. 
19. /Kristen Twist/
20. KRISTEN TWIST
21. 
22. 
23. 
24. 
25.