# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | CASE NO. 11cr0187 TUC LAB |
|---|---|
| Plaintiff, | **SCHEDULING ORDER** |
| vs. | |
| Jared Lee Loughner, | |
| Defendant. | |

A hearing on the defendant's competency is scheduled for Tuesday, August 7 at 11:00 a.m. in Tucson. This Order confirms that hearing will go forward. If the Court finds the defendant competent, his counsel has requested a follow-on change of plea hearing. Accordingly, assuming the Court finds the defendant competent, it will also consider whether to accept the defendant's proffered pleas at the August 7 hearing.

**IT IS SO ORDERED.**

DATED: August 6, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge