**Minutes of the United States District Court**
**District of Arizona**

**Tuesday, August 7, 2012**

| Hon. LARRY A. BURNS | Deputy Clerk: T. Weisbeck | Reporter: Eva Oemick |
|---|---|---|

Time: 2hrs 5mins

04:11cr0187-TUC LAB

USA v
    JARED LEE LOUGHNER

Competency hearing
Change of Plea Hearing

Mark Fleming
Reuben Cahn, FD
Judy Clarke
Trip Johnston, FD

Wallace Kleindienst, AUSA
Mary Sue Feldmeier, AUSA
Beverly Anderson, AUSA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Competency hearing held. Swore witness. Marked and received exhibits.
Court finds the defendant competent to stand trial.
Change of plea hearing held. Defendant enters guilty plea to count(s):
1,5,8,11,13,18,21,24,27,30,32,34,36,38,40,42,44,46,48 of the Superseding Indictment.
Refer to probation for PSR.
Sentencing with PSR set for 11/15/2012 at 10:00 a.m. before Judge Larry Alan Burns.