RECEIVED ___ COPY
AUG - 7 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

USA VS JARED LEE LOUGHNER

Case Number: 4:11CR187-LAB          EXHIBIT-WITNESS LIST          Type of Hearing: COMPETENCY HEARING

## PLAINTIFF

| NO. | DATE I.D. | DATE REC'VD |  | Pltf | Def | WITNESSES Name: |
|---|---|---|---|---|---|---|
| 1 | 8/7/2012 | 8/7/2012 | Dr. Christina Pietz's report dated 4/24/12 | X |  | Dr. Christina Pietz |

## DEFENDANT

| NO. | DATE I.D. | DATE REC'VD |  | Pltf | Def | WITNESSES Name: |
|---|---|---|---|---|---|---|