UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 11-0187-TUC-LAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Jared Lee Loughner, | |
| Defendant. | |

With the concurrence of counsel for the United States of America and for defendant, IT IS HEREBY ORDERED that the U.S. Marshal for the District of Arizona and the Federal Bureau of Prisons maintain defendant Jared Lee Loughner's custody at FMC-Springfield until his sentencing hearing, currently set for November 15, 2012.

Dated this 8th day of August, 2012.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge